# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Changing World Films LLC<br><br>v.<br><br>Parker et al<br><br>**PLAINTIFF(S) / DEFENDANT(S).** | **CASE NUMBER**<br><br>2:22-cv-09021-DSF-PLA<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

March 15, 2023
Date

*/s/ Dolly M. Gee*
Dolly M. Gee, United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
Date

United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:21-cv-09100-DMG-PVCx  and the present case:

- ☐ A. Arise from the same or closely related transactions, happenings or events; or
- ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge  Paul L. Abrams  to Magistrate Judge  Pedro V. Castillo .

On all documents subsequently filed in this case, please substitute the initials  DMG-PVCx  after the case number in place of the initials of the prior judge, so that the case number will read  2:22-cv-09021-DMG-PVCx . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☑ *Previous Judge*   ☐ *Statistics Clerk*