NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
RACHEL R. GOLDBERG (State Bar No. 308852)
  rachelgoldberg@dwt.com
SAMANTHA LACHMAN (State Bar No. 331969)
  samanthalachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
NATHANIEL PARKER, TINY GIANT
PRODUCTIONS, LLC, ASP FILM, LLC,
TM FILM FINANCE, LLC, AND
VERTICAL ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANGING WORLD FILMS LLC, SELTON SHAW, and LANGSTON SHAW,<br><br>Plaintiffs,<br><br>vs.<br><br>NATHANIEL PARKER *a/k/a* NATE PARKER, TM FILM FINANCE LLC *d/b/a* TM FILMS, TINY GIANT PRODUCTIONS, LLC *d/b/a* TINY GIANT ENTERTAINMENT, VERTICAL ENTERTAINMENT, LLC, SHELTON JACKSON LEE *a/k/a* SPIKE LEE, and ASP FILM, LLC,<br><br>Defendants. | Case No. 2:22-cv-09021-DMG-PVC<br><br>**DECLARATION OF RACHEL R. GOLDBERG IN SUPPORT OF DEFENDANTS' MOTION TO BIFURCATE DISCOVERY AND PERMIT INITIAL SUMMARY JUDGMENT MOTION ON ACCESS** |

## **DECLARATION OF RACHEL R. GOLDBERG**

I, Rachel R. Goldberg, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and before this Court. I am an associate in the law firm Davis Wright Tremaine LLP, and I am one of the attorneys representing defendants Nathaniel Parker, Tiny Giant Productions, LLC, ASP Film, LLC, TM Film Finance, LLC, and Vertical Entertainment, LLC (collectively, "Defendants") in this matter. If called to testify, I could and would competently testify to these facts.

2. Pursuant to Local Rule 7-3, I attempted to meet and confer with counsel for Plaintiffs regarding the substance of Defendants' motion to bifurcate on October 6, 2023; October 10, 2023; October 11, 2023; October 12, 2023; and October 13, 2023.

3. The parties exchanged their positions regarding the instant motion, via email, on October 11, 2023, and October 17, 2023.

4. If Plaintiffs contend that Defendants' meet and confer efforts were insufficient, I will provide a more fulsome summary of Defendants' attempts to meet and confer with their reply in support of the motion to bifurcate.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration was executed on the 20th day of October, 2023, in Los Angeles, California.

_Rachel Rose Goldberg_
Rachel Rose Goldberg

1
GOLDBERG DECLARATION ISO DEFENDANTS' MOTION TO BIFURCATE
4896-0872-1800v.1 0118814-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899