# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANGING WORLD FILMS LLC, SELTON SHAW, and LANGSTON SHAW,<br><br>Plaintiffs,<br><br>vs.<br><br>NATHANIEL PARKER *a/k/a* NATE PARKER, TM FILM FINANCE LLC *d/b/a* TM FILMS, TINY GIANT PRODUCTIONS, LLC *d/b/a* TINY GIANT ENTERTAINMENT, VERTICAL ENTERTAINMENT, LLC, SHELTON JACKSON LEE *a/k/a* SPIKE LEE, and ASP FILM, LLC,<br><br>Defendants. | Case No. 2:22-cv-09021-DMG-PVC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO BIFURCATE DISCOVERY AND PERMIT INITIAL SUMMARY JUDGMENT MOTION ON ACCESS** |

      Defendants Nathaniel Parker, Tiny Giant Productions, LLC, ASP Film, LLC, TM Film Finance, LLC, and Vertical Entertainment, LLC (collectively, "Defendants") moved to bifurcate discovery to allow an initial phase as to access, with all other discovery stayed pending further order of this Court, and to permit Defendants to file an initial motion for summary judgment limited to the issue of access, without prejudice to Defendants filing a second motion for summary judgment as to other issues after the close of remaining discovery, should this Court deny the initial motion.

      Having reviewed and considered the motion and all other papers and argument, the motion is **GRANTED**. Severing the potentially dispositive issue of access will save the Court and the parties time, burden, and expense, will further the interest of judicial economy, will not prejudice Plaintiffs, and is appropriate under this Court's broad discretionary authority to manage discovery. Fed. R. Civ. P. 42(b); *Danjaq LLC v. Sony Corp.*, 263 F.3d 942, 961 (9th Cir. 2001); *Ellingson Timber Co. v. Great Northern Ry. Co.*, 424 F.2d 497, 499 (9th Cir. 1970).

**IT IS SO ORDERED.**

Dated: _____   By: _____
                                                    Honorable Dolly M. Gee
                                                    United States District Judge