Joshua I. Schiller (CA Bar No. 330653)
jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
Fax: (415) 293-6899

Benjamin Margulis (admitted *pro hac vice*)
bmargulis@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, NY 10001
Tel: (212) 446-2300
Fax: (212) 446-2350

Gina A. Rossman (admitted *pro hac vice*)
grossman@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, D.C. 20005
Tel: (202) 237-2727
Fax: (202) 237-6131

Leonard Bennett (admitted *pro hac vice*)
leonard@bblegal.net
**BENNETT & BENNETT LAW GROUP, LLC**
5000 Sunnyside Avenue, No. 101
Beltsville, MD 20705
Tel: (240) 398-3140
Fax: (240) 398-3140

*Attorneys for Plaintiffs*
*Changing World Films, LLC, Selton Shaw,*
*and Langston Shaw*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANGING WORLD FILMS, LLC, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>NATHANIEL PARKER, et al.,<br><br>        Defendants. | Case No. 22-cv-09021-DMG-PVC<br><br>**STIPULATION TO EXTEND TIME TO AMEND PLEADINGS AND ADD PARTIES BY 60 DAYS**<br><br>Current due date: March 15, 2024<br>New due date:  May 14, 2024 |

This stipulation is entered by and between plaintiffs Changing World Films LLC, Selton Shaw, and Langston Shaw ("Plaintiffs") and defendants Nathaniel Parker, Tiny Giant Productions, LLC, ASP Film, LLC, TM Film Finance LLC, and Vertical Entertainment, LLC ("Defendants"), with reference to the following facts:

1.     Plaintiffs served their first set of discovery requests on Defendants on September 29, 2023.

2.     The parties are currently discussing certain discovery issues, and so no documents have been produced.

3.     The Court set March 15, 2024, as the deadline to amend pleadings and add parties.

4.     The parties have not yet begun producing documents in this matter. Defendants have yet to produce documents following their service of responses and objections to Plaintiffs' requests for production in December 2023.  Plaintiffs' responses and objections to Defendants' requests for production are due in mid-March 2024.

5.     Given the lack of document production, good cause exists for the Court to extend the deadline to permit the parties to first take discovery so they can ascertain whether amending their pleadings and/or adding parties is necessary in this matter.

6.     Plaintiffs and Defendants have agreed that the deadline to amend pleadings and add parties should be extended to May 14, 2024.

7.     This extension will not affect any other dates in this matter.

8.     Neither the Plaintiffs nor the Defendants have previously requested an extension of time for this deadline.

Now, therefore, it is STIPULATED AND AGREED that:

(a)     The deadline to amend pleadings and add parties shall be May 14, 2024.

1    DATED: March 7, 2024

2

3

4

5

6

7

8

9    DATED: March 7, 2024

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BOIES SCHILLER FLEXNER LLP
JOSHUA I. SCHILLER
BENJAMIN MARGULIS
GINA A. ROSSMAN

BENNETT & BENNETT LAW GROUP, LLC
LEONARD BENNETT

By:   /s/ Joshua I. Schiller
              Joshua I. Schiller

Attorneys for Plaintiffs
CHANGING WORLD FILMS LLC,
SELTON SHAW, and LANGSTON SHAW

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
JOHN D. FREED
CYDNEY SWOFFORD FREEMAN
RACHEL R. GOLDBERG
SAMANTHA LACHMAN

By:   /s/ John D. Freed
              John D. Freed

Attorneys for Defendants
NATHANIEL PARKER, TINY GIANT
PRODUCTIONS, LLC, ASP FILM, LLC,
TM FILM FINANCE, LLC, AND
VERTICAL ENTERTAINMENT, LLC

3

1

## **FILER'S ATTESTATION**

2       Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby

3 certify that the content of this document is acceptable to John D. Freed, counsel for

4 Defendants Nathaniel Parker, Tiny Giant Productions, LLC, ASP Film, LLC, TM

5 Film Finance, LLC, and Vertical Entertainment, LLC, and I have obtained his

6 authorization to affix his electronic signature to this document.

7

8 DATED: March 7, 2024           BOIES SCHILLER FLEXNER LLP

9                        By:  /s/ *Joshua I. Schiller*

10                            Joshua I. Schiller

11                  Attorneys for Plaintiffs

12                  CHANGING WORLD FILMS LLC,
SELTON SHAW, and LANGSTON SHAW

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO AMEND PLEADINGS AND ADD PARTIES BY 60 DAYS
CASE NO. 2:22-cv-09021-DMG-PVC