# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANGING WORLD FILMS LLC, SELTON SHAW, and LANGSTON SHAW,<br><br>        Plaintiffs,<br><br>    vs.<br><br>NATHANIEL PARKER *a/k/a* NATE PARKER, TM FILM FINANCE LLC *d/b/a* TM FILMS, TINY GIANT PRODUCTIONS, LLC *d/b/a* TINY GIANT ENTERTAINMENT, VERTICAL ENTERTAINMENT, LLC, SHELTON JACKSON LEE *a/k/a* SPIKE LEE, and ASP FILM, LLC,<br><br>        Defendants. | Case No. CV 22-09021-DMG (PVCx)<br><br>**ORDER RE STIPULATION SETTING PHASE I SCHEDULE [56]** |

The Court, having considered the parties' Joint Stipulation, and for good cause shown, HEREBY ORDERS the following schedule for the Phase I proceeding contemplated by the Court's March 12, 2024 Order [Doc. # 54]:

1. The non-expert discovery cutoff on the issue of access in the above-captioned action is set for August 16, 2024.

2. Motion(s) for summary judgment on the issue of access shall be filed on or before September 6, 2024.

3. Opposition(s) to summary judgment motion(s) on the issue of access shall be filed on or before September 27, 2024.

4. Replies in support of summary judgment motion(s) on the issue of access shall be filed on or before October 11, 2024.

5. The hearing on the motion for summary judgment shall be set for November 1, 2024 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: March 26, 2024

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE