# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANGING WORLD FILMS LLC, et al.,<br><br>          Plaintiffs,<br>     v.<br><br>NATHANIEL PARKER, et al.,<br><br>          Defendants. | Case No. CV 22-09021-DMG (PVCx)<br><br>**ORDER RE JOINT STIPULATION TO EXTEND TIME FOR THE PHASE I PROCEEDING [61]** |

The Court has reviewed and considered the Stipulation of plaintiffs Changing World Films LLC, Selton Shaw, and Langston Shaw and defendants Nathaniel Parker, Tiny Giant Productions, LLC, ASP Film, LLC, TM Film Finance LLC, and Vertical Entertainment, LLC for an extension of the Phase I Deadlines. [Doc. # 61.] The Court **DENIES** the request to extend the dates in the Phase I Scheduling Order, without prejudice, for failure to comply with the requirements of the Initial Standing Order. [Doc. # 29.]

When requesting a continuance, the Standing Order requires parties to submit a "**detailed** declaration" of the grounds for the requested continuance. *Id.* at 10–11 (emphasis in original). Here, such a declaration must include a description of not only what the parties have yet to accomplish in discovery but also how they have been diligent in doing discovery in the over three months since the Court adopted the schedule to which they previously stipulated. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (when requesting modification of the scheduling order, the court "primarily considers the diligence of the party seeking the amendment."). If the parties have not been diligent, "the inquiry ends." *Id*.

**IT IS SO ORDERED.**

DATED: July 5, 2024

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE