**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANGING WORLD FILMS, LLC, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATHANIEL PARKER, *et al.*,<br><br>    Defendants. | Case No. CV 22-9021-DMG (PVCx)<br><br>**ORDER APPROVING STIPULATION RE PHASE I SCHEDULE [63]** |

1       Upon consideration of the Stipulation of Plaintiffs Changing World Films
2 LLC, Selton Shaw, and Langston Shaw and defendants Nathaniel Parker, Tiny Giant
3 Productions, LLC, ASP Film, LLC, TM Film Finance LLC, and Vertical
4 Entertainment, LLC for An Extension of Time to Amend Pleadings and Add Parties;
5 and
6       FOR GOOD CAUSE SHOWN, the parties' Stipulation requesting an
7 extension is hereby **APPROVED**.
8       It is hereby ORDERED that the deadline for the Phase I proceeding shall be
9 extended by 60 days (with the exception of the hearing date, which shall be extended
10 by 67 days), as follows:

11,12 • The non-expert discovery cutoff on the issue of access is set for **October 15, 2024**.

13,14 • Motion(s) for summary judgment on the issue of access shall be filed on or before **November 5, 2024**.

15,16 • Opposition(s) to summary judgment motion(s) on the issue of access shall be filed on or before **November 26, 2024**.

17,18 • Replies in support of summary judgment motion(s) on the issue of access shall be filed on or before **December 10, 2024**.

19,20 • The hearing on the motion for summary judgment shall be set for **January 7, 2025** at 2:00 P.M.

21
22 **IT IS SO ORDERED.**
23
24
25 DATED: July 22, 2024

                                            DOLLY M. GEE
                                            CHIEF U.S. DISTRICT JUDGE