# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Changing World Films, LLC, et al., | | CASE NUMBER: |
| | Plaintiff(s) | CV 22-9021 DMG (PVCx) |
| v. | | |
| Nathaniel Parker, et al., | | MOTION RE: INFORMAL DISCOVERY DISPUTE |
| | Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Pedro V. Castillo.

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A telephonic conference is set for Monday, September 9, 2024, at 10:00 a.m.

The Courtroom Deputy Clerk will email call-instructions to the parties.

Dated:  9/05/24

By:  Marlene Ramirez
Deputy Clerk