NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
SAMANTHA LACHMAN (State Bar No. 331969)
  samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

JOHN D. FREED (State Bar No. 261518)
  jakefreed@dwt.com
SARAH E. BURNS (State Bar No. 324466)
  sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 276-6500
Fax: (415) 276-6599

Attorneys for Defendants
NATHANIEL PARKER, TINY GIANT
PRODUCTIONS, LLC, ASP FILM, LLC,
TM FILM FINANCE, LLC, AND
VERTICAL ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANGING WORLD FILMS LLC, SELTON SHAW, and LANGSTON SHAW,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>NATHANIEL PARKER *a/k/a* NATE PARKER, TM FILM FINANCE LLC *d/b/a* TM FILMS, TINY GIANT PRODUCTIONS, LLC *d/b/a* TINY GIANT ENTERTAINMENT, VERTICAL ENTERTAINMENT, LLC, SHELTON JACKSON LEE *a/k/a* SPIKE LEE, and ASP FILM, LLC,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-09021-DMG-PVC<br><br>**JOINT STIPULATION REGARDING DEPOSITION OF LANGSTON SHAW** |

JOINT STIPULATION

This stipulation is entered by and between plaintiffs Changing World Films LLC, Selton Shaw, and Langston Shaw ("Plaintiffs") and defendants Nathaniel Parker, Tiny Giant Productions, LLC, ASP Film, LLC, TM Film Finance LLC, and Vertical Entertainment, LLC ("Defendants," and together with Plaintiffs, the "Parties"), with reference to the following facts:

1. Plaintiffs contend that Defendants' film *American Skin* infringed the alleged copyright in Plaintiffs' screenplay *A Routine Stop* (the "Screenplay").

2. On March 12, 2024, the Court granted Defendants' Motion to Bifurcate, dividing the case into two phases: (1) an initial phase focused on the issue of whether Defendants had access to the Screenplay ("Phase I"); and (2) if necessary, a second phase addressing remaining liability issues ("Phase II"). Dkt. 54 ("Bifurcation Order").

3. Pursuant to the Bifurcation Order, the Parties' Stipulation Regarding Phase I Schedule (Dkt. 56), and the Court's July 22, 2024 Order Approving Stipulation Re Phase I Schedule (Dkt. 63), Defendants plan to file a motion for summary judgment on the issue of access on or before November 5, 2024.

4. Defendants seek to depose all three Plaintiffs about the subject matter of Phase I prior to the close of Phase I fact discovery. Plaintiffs contend that it would be burdensome and unnecessary to depose Langston Shaw as part of Phase I discovery because (a) he was not involved in submitting the Screenplay to the TV One Screenplay Competition, and (b) he has no personal knowledge regarding anything relating to access or that would otherwise be relevant to Phase I that is different from and/or greater than that possessed by Selton Shaw.

5. Langston Shaw's deposition is currently noticed for September 26, 2024.

6. Defendants have agreed to forgo the deposition of Langston Shaw in Phase I in exchange for Plaintiffs' promise that they will not rely on any testimony or information provided by, or in the sole possession of, Langston Shaw in

connection with their opposition to Defendants' anticipated Phase I motion for summary judgment. Plaintiffs will not submit a declaration from Langston Shaw in connection with Phase I summary judgment or otherwise rely on information in his sole possession, custody, or control in connection with same. Nor will Plaintiffs rely on any information or testimony regarding information provided by Langston Shaw at any time in Phase I.

Now, therefore, it is STIPULATED AND AGREED that:

a. Defendants will not depose Langston Shaw in Phase I of this case.

b. Plaintiffs will not submit or rely upon information or testimony from Langston Shaw in connection with summary judgment proceedings in Phase I of this case.

c. Plaintiffs will not submit testimony from any Plaintiff or third party, via declaration or otherwise, relying on information supplied by Langston Shaw in connection with summary judgment proceedings in Phase I of this case.

**IT IS SO STIPULATED.**

DATED: September 25, 2024

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
JOHN D. FREED
SARAH E. BURNS
SAMANTHA LACHMAN

By: */s/ John D. Freed*
      John D. Freed

*Attorneys for Defendants*

BOIES SCHILLER FLEXNER LLP
JOSHUA I. SCHILLER
BENJAMIN MARGULIS
GINA ROSSMAN

By: */s/ Benjamin Margulis*

*Attorneys for Plaintiffs*

2

JOINT STIPULATION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899