NICOLAS A. JAMPOL (State Bar No. 244867)
nicolasjampol@dwt.com
SAMANTHA LACHMAN (State Bar No. 331969)
samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

JOHN D. FREED (State Bar No. 261518)
jakefreed@dwt.com
SARAH E. BURNS (State Bar No. 324466)
sarahburns@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 276-6500
Fax: (415) 276-6599

Attorneys for Defendants
NATHANIEL PARKER, TINY GIANT PRODUCTIONS, LLC, ASP FILM, LLC, TM FILM FINANCE, LLC, AND VERTICAL ENTERTAINMENT, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CHANGING WORLD FILMS LLC, SELTON SHAW, and LANGSTON SHAW,

Plaintiffs,

vs.

NATHANIEL PARKER *a/k/a* NATE PARKER, TM FILM FINANCE LLC *d/b/a* TM FILMS, TINY GIANT PRODUCTIONS, LLC *d/b/a* TINY GIANT ENTERTAINMENT, VERTICAL ENTERTAINMENT, LLC, SHELTON JACKSON LEE *a/k/a* SPIKE LEE, and ASP FILM, LLC,

Defendants.

Case No. 2:22-cv-09021-DMG-PVC

**DECLARATION OF JODY DREWER**

# DECLARATION OF JODY DREWER

I, Jody Drewer, declare as follows:

1. I am the Executive Vice President, and Chief Financial Officer at TV One, LLC ("TV One"). I make this declaration on behalf of TV One, a Black culture and entertainment television network. TV One offers original programming, classic series, and more. This declaration is based on my review of TV One's records in response to the subpoena served on TV One by the Defendants in this case.

2. TV One put on the TV One Screenplay Competition (the "Competition"), an event created to encourage aspiring Black film writers and to promote the production of engaging and relatable screenplays. The Competition was developed by TV One for presentation at the American Black Film Festival ("ABFF"). The ABFF was created by ABFF Ventures, an entertainment company. On December 15, 2016, TV One announced the 2017 TV One Screenplay Competition (the "2017 Competition"). The 2017 Competition highlighted three finalists, who received an all-expense paid trip to the ABFF from June 14-18, 2017 in Miami, Florida. Scenes from the three finalists' scripts were performed by professional actors at a table read event in front of a live audience on June 16, 2017. The Grand Prize winner was then announced at an ABFF Filmmaker Ceremony on June 18, 2017 and received a $5,000 cash prize. Attached as **Exhibit 1** is a true and correct copy of a December 15, 2016 press release announcing the 2017 Competition.

3. TV One accepted submissions to the 2017 Competition from December 16, 2016 through February 16, 2017. To the best of my knowledge, approximately 450 entrants submitted screenplays to the 2017 Competition.

4. On February 15, 2017, Plaintiff Selton Shaw submitted a screenplay called *A Routine Stop* (the "Screenplay") for consideration in the 2017 Competition. Mr. Shaw submitted the 84-page Screenplay along with a 12-page excerpt of the



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Screenplay. Attached as **Exhibit 2** is a true and correct copy Mr. Shaw's submission to the 2017 Competition, including his submission form, the Screenplay, and the 12-page excerpt. To the best of my knowledge, Mr. Shaw did not pay $50 to receive a copy of the judge's feedback on his submission.

5. TV One contracted with third-party S.L. Duffy to assist with the 2017 Competition. Ms. Duffy was responsible for managing the intake of entrants' screenplays and assigning judges to review and rate those screenplays. She also identified the three finalists in the 2017 Competition based on their scores. TV One contracted with approximately fifteen individuals to serve as judges for the 2017 Competition. To the best of my knowledge, each of those judges signed an independent contractor agreement with TV One, which included non-disclosure requirements prohibiting disclosure of entrants' submissions to unauthorized third parties.

6. Ms. Duffy coordinated the judging of the 2017 Competition, and was responsible for distributing entrants' screenplays to their assigned judges. On December 20, 2016, Ms. Duffy wrote to the judges that "[y]our scripts will be provided via dropbox link. I will email you all individually with your own link wherein you will have zip files for each submission assigned to you. (Each zip file will include the Contest Entry & Release Form, the script in pdf format and a scene selection in pdf format.)." Ms. Duffy noted that "all your scores and feedback will be recorded via" an online form. On January 4, 2017, Ms. Duffy wrote to the judges that she would begin "sending scripts tomorrow." A true and correct copy of these emails is attached as **Exhibit 3**.

7. Ron Moskovitz was one of the judges of the 2017 Competition. Attached as **Exhibit 4** is a true and correct copy of his independent contractor agreement, signed on December 13, 2016. Mr. Moskovitz agreed that he "may not without TV ONE's express prior written consent disclose or supply any information



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

to any third party regarding the scripts that are read" as part of the 2017 Competition.

8. The Screenplay was not selected as one of the three finalists in the 2017 Competition. To the best of my knowledge, no one reviewed the Screenplay after it failed to make it past the initial round of judging. Attached as **Exhibit 5** is a true and correct copy of an April 3, 2017 email in which Ms. Duffy informed ABFF Ventures and TV One that the three finalists for the 2017 Competition had been selected. The three finalists were Timothy Folsome, Roni Brown, and Sade Sellers. Attached as **Exhibit 6** is a true and correct copy of an April 10, 2017 press release announcing the three finalists.

9. ABFF Ventures' role in the 2017 Competition was limited to providing a forum to celebrate the finalists and winner of the 2017 Competition at the 2017 ABFF in Miami, FL, which took place in June 2017 (the "2017 ABFF")—several months after the announcement of the three finalists. Specifically, ABFF hosted the "Celebrity Scene Stealers" event, discussed below. The winner of the 2017 Competition was announced at the "ABFF Filmmaker Ceremony". ABFF Ventures did not participate in judging the screenplays submitted to the 2017 Competition. To the best of my knowledge, TV One has no information in its possession suggesting that any ABFF personnel received screenplays submitted to the 2017 Competition (including the Screenplay).

10. As a part of the 2017 Competition, actors performed scenes from the three finalists' screenplays, in front of a live audience at the 2017 ABFF. The event was called "Celebrity Scene Stealers." Attached as **Exhibit 7** is a true and correct copy of a June 12, 2017 press release listing the actors for the event. These actors were Nicole Ari Parker, Boris Kodjoe, Lance Gross, Lil Mama, Tami Roman, Tobias Truvillion, and Lisa Wu. Attached as **Exhibit 8** hereto is a true and correct copy of a collection of photos from the "Celebrity Scene Stealers" event, showing the guest actors performing scenes from each of the three finalist screenplays.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Exhibit 8 is a printout from TV One's website, https://tvone.tv/playlist/celebrity-scene-stealers-go-behind-the-scenes-of-a-live-table-read/, where it has been publicly available since June 2017.

11. The TV One records I have reviewed confirm Omari Hardwick was not a judge in the 2017 Competition and had no role of any kind evaluating entrants' screenplays. Nor was he one of the actors who performed scenes as a part of "Celebrity Scene Stealers" at the ABFF in June 2017. The TV One records I have reviewed confirm he did not have authorization from TV One to receive or view the submissions to the 2017 Competition. To the best of my knowledge, nobody at TV One sent Mr. Hardwick a copy of any screenplay submitted to the 2017 Competition—including the Screenplay—or otherwise shared the details of any such screenplay with him. At the direction of counsel, an extensive search of TV One's documentary records of the 2017 Competition was completed. That search yielded no evidence that I have reviewed supporting a showing that any screenplay submitted to the 2017 Competition—including the Screenplay—had been shared with any unauthorized third party, including Mr. Hardwick. TV One's records show Omari Hardwick was invited to attend the TV One Awards Presentation at the June 2017 ABFF as a guest. I have no knowledge of whether Mr. Hardwick did or did not attend that event.

12. The TV One records I have reviewed confirm Nate Parker did not have authorization from TV One to receive or view the submissions to the 2017 Competition. To the best of my knowledge, nobody at TV One sent Mr. Parker a copy of any screenplay submitted to the 2017 Competition—including the Screenplay—or otherwise shared the details of any such screenplay with him. At the direction of counsel, an extensive search of TV One's documentary records of the 2017 Competition was completed. That search yielded no evidence that I have reviewed showing that any screenplay submitted to the 2017 Competition—



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

including the Screenplay—had been shared with any unauthorized third party, including Mr. Parker.

13. To the best of my knowledge and upon review of the TV One documentation, I have not reviewed any TV One documentation showing that anyone affiliated with the 2017 Competition—including Ms. Duffy, the independent-contractor judges, ABFF personnel, and TV One personnel—disclosed any screenplay submitted to the 2017 Competition to any unauthorized third party.

14. Counsel for Plaintiffs contacted TV One on March 24, 2022 to inquire about the possibility that Nate Parker or Omari Hardwick obtained the Screenplay via the 2017 Competition. In response, TV One informed Plaintiffs' counsel: "Please note that we have checked our contract files and have not found any agreements that confirmed that Omari Hardwick or Nathaniel Parker had access to the script for "A Routine Stop". Additionally, we have followed up internally with our employees to see if there is any recollection of the script being provided to Omari Hardwick or Nathaniel Parker and none of our employees recollect that this has occurred. Moreover, we have attempted to reach out to prior employees, which did not yield any feedback that confirms "A Routine Stop" was shared with Omari Hardwick or Nathaniel Parker." A true and correct copy of the email correspondence between TV One and Plaintiffs' counsel is attached as **Exhibit 9** hereto.

15. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration was executed on the 7th day of October, 2024, in the State of Maryland.

[signature]
Jody Drewer





DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# EXHIBIT 1

TV ONE REPRESENT. PRESS RELEASE

# TV ONE ANNOUNCES THIRD ANNUAL AMERICAN BLACK FILM FESTIVAL SPONSORSHIP AND SCREENPLAY COMPETITION

***2016's Winning Screenplay "Tale of a Script," Written by N'zuri Za Austin, Set to Debut as a TV One Original Movie at Next Year's Festival And Premiere On-Air in Summer 2017***

**SILVER SPRING, MD – DEC. 15, 2016 – TV One** continues to encourage aspiring film writers with the announcement of its third annual **American Black Film Festival (ABFF)** sponsorship and screenplay competition. Created to promote the production of creative, contemporary, engaging and relatable screenplays, the **2017 TV One Screenplay Competition,** which opens **Friday, Dec. 16,** will highlight three new writers who will vie for a $5000 cash prize and a chance to have their screenplay produced into an original, made-for-TV movie, which will debut in **2018** on **TV One** and at the **22nd American Black Film Festival.**

"We're thrilled to partner with the **American Black Film Festival** on our screenplay competition for the third year in-a-row," said **D'Angela Proctor, TV One's SVP, Original Programming & Production.** "Our ability to help spotlight up-and-coming talent is vital to the growth of our industry. This year, we want to encourage contestants to offer fresh perspectives on their stories. Whether a comedy, drama, family adventure or heart-warming holiday tome, the film entries should find ways to both connect with and entertain the Black community."

The three **2017 TV One Screenplay Competition** finalists will receive an all-expense paid trip to next year's festival in Miami (June 14-18, 2017) and will observe a scene from their script being performed by professional actors at a Table Read. This Grand Prize winner will be announced at the "ABFF Filmmaker Ceremony" on Saturday, June 18. The competition opens on **Friday, Dec. 16, 2016** and applicants have until **Thursday, Feb. 16, 2017** to submit their screenplays for consideration. Official rules and submission information is available on **TV One's website** and on **ABFF's website.**

**TV One's 2016 ABFF Screenplay Competition** winner **N'zuri Za Austin** will debut her original film ***Tale of a Script*** at next year's festival tentatively set for Sunday, June 18. The film will then also premiere on **TV One** in summer 2017. In ***Tale of a Script***, Brandon is a script reader who shares a collection of short stories he found in a pile of "unreads" that narrate the dangers of social networking. The stories, each telling of the dangers that await us behind the keystroke of our computer screens, are a puzzle piece that will lead us on a journey of deceit.

**TV One** began its sponsorship of the **ABFF TV One Screenplay Competition** in **2015** with the debut of ***Runaway Island (Lorraine Touissant, Aisha Hinds, Thomas Q. Jones, A. Russell Andrews, Erica Tazel),*** written by the 2014 winner **Christopher Brandt**. This year, the network premiered ***Bad Dad Rehab***, an original film highlighting the ups and downs of parenthood by scriptwriter and 2015 winner **Keronda "Kiki McKnight**." The film, which centers around four men in denial of their poor parenting skills features, featured a star-studded cast – **Malik Yoba, Wesley Jonathan, Robert Ri'chard, Rob Riley, Rick Gonzalez** and **Kandi Burruss**. ***Bad Dad Rehab,*** was also directed by **Carl Seaton,** and recently received a 2017 NAACP Image Awards nomination for Outstanding Directing in a Motion Picture (Television).

PRESS RELEASE

For more information about **TV One's** participation at the **22nd American Black Film Festival,** visit the network's website at **www.tvone.tv/tvoneatabff.** Budding writers may also submit their screenplays for consideration by logging onto **www.tvone.tv/screenplay-competition-abff/**. **TV One** viewers are encouraged to join the conversation by connecting via social media on Twitter, Instagram and Facebook **(@tvonetv)** using the hash tag **#TVOneAtABFF.** Fans can also visit **TV One's** YouTube Channel for network clips and promos.

**ABOUT THE AMERICAN BLACK FILM FESTIVAL:**

The **American Black Film Festival (ABFF)** is an annual event dedicated to showcasing quality film and television content by and about people of African descent. Founded by Jeff Friday, it supports emerging artists to foster a wider range of images, stories and storytellers represented in the entertainment industry. The **ABFF** is committed to the belief that Black artists deserve the same opportunities as their mainstream counterparts, and is recognized as the preeminent pipeline to new Black talent, both in front of and behind the camera. **ABFF** is regarded as one of the leading film festivals in the world. Annually held during the month of June, the festival is comprised of five action-packed days of films, engaging panels, networking events and more…from the star-studded opening night screening to the inspirational closing filmmaker ceremony. The festival is produced by ABFF Ventures, a partnership between Film Life, Inc. and Black Enterprise. For more information, visit www.abff.com.

**ABOUT TV ONE:**

Launched in January 2004, **TV One** serves more than 60 million households, offering a broad range of real-life and entertainment-focused original programming, classic series, movies and music designed to entertain and inform a diverse audience of adult black viewers. The network represents the best in black culture and entertainment with fan favorite shows ***Unsung, Rickey Smiley For Real, Fatal Attraction, Hollywood Divas*** and ***The NAACP Image Awards***. In addition, **TV One** is the cable home of blockbuster drama ***Empire***, and ***NewsOne Now***, the only live daily news program dedicated to black viewers. In December 2008, the company launched **TV One High Def**, which now serves 14 million households. **TV One** is solely owned by **Radio One** [NASDAQ: ROIA and ROIAK, www.radio-one.com], the largest radio company that primarily targets Black and urban listeners.

# # #

**TV One Media Contact:**
Tosha Whitten-Griggs, 202.246.7875 or TWhitten-Griggs@tvone.tv
Brandii Toby-Leon, 301.755.2866 or btoby-leon@tvone.tv

# EXHIBIT 2

TV ONE REPRESENT.

# TV One Screenplay Competition 2017

The TV ONE SCREENPLAY COMPETITION 2017 promotes the production of creative, contemporary, engaging and relatable screenplays that can be turned into original movies for television. Genres include, but are not limited to comedies, romantic comedies, dramas, and family adventures (submissions should be non-period stories). One (1) Grand Prize Winner will be selected from three (3) Finalists and announced at the closing night event of ABFF.

**CLICK HERE TO READ TV ONE SCREENPLAY COMPETITION 2017 OFFICIAL RULES**

**I have read and agree to these Official Rules**
Yes

**Show Contest Overview & Requirements**
No

**Show Submission Instructions**
No

## TV One Screenplay Competition 2017 Submission Form

**Primary Contact / Screenwriter 1 Name**
Selton Shaw

**Primary Contact Email**
[redacted]

## Screenwriter(s)

### Screenwriter 1

**Name**
Selton Shaw

**Address**
[redacted]

**Email**
[redacted]

**Phone**
[redacted]

## SUBMISSION GUIDELINES AND RELEASE

**Please confirm all signers will read this agreement in its entirety before signing.**
Yes

**TV ONE, like many other entertainment networks, receives numerous submissions and materials for programming, content, and projects of all kinds.**

**A lot of the material we each receive includes and/or is comprised of materials, suggestions or ideas which are identical or substantially similar to those which have been previously developed by our respective staffs. Also, a lot of the materials we each receive includes and/or is comprised of materials, suggestions or ideas which are identical or substantially similar to those which have been submitted by other people outside of our respective companies.**

**Therefore, TV ONE and/or ABFF may begin using material similar or identical to yours which we received after the date of your submission.**

**To protect both you and our respective companies, TV ONE and ABFF have outlined a policy regarding such submissions and materials in order to explain the process of reviewing, investigating, inspecting and evaluating these materials.**

**Based on this policy, TV ONE and ABFF can each receive and review materials only if it is left up to either of us to determine whether either of us has in fact used these ideas and to decide what compensation, if any, should be paid in event of use.**

**Also, before we can receive and consider any unsolicited submissions and materials, everyone must sign the following Release.**

**Please carefully read the following Release and then return a signed copy with the materials you'd like to submit.**

# Submission Release

Dear Sir/Madam:

You acknowledge that you would like to submit certain materials to the TV ONE SCREENPLAY COMPETITION 2017. For purposes of this release and agreement (the "Release" or the "Agreement"), "TV ONE" shall refer to TV ONE, LLC, 1010 Wayne Avenue, Suite 1000, Silver Spring, MD 20910. Such materials may include proposals, outlines, treatments, presentation tapes, scripts, ideas, marketing or promotional plans, program formats, or other material, or any portions thereof (the "Material").

By signing this Release and returning it to us, you confirm that you have read TV ONE's policy regarding the acceptance and review of the Material and you hereby accept the terms of this letter agreement.

The following shall constitute our agreement with respect to the Material:

1. **RELATIONSHIP OF THE PARTIES**: You acknowledge that there does not now exist, nor has there ever existed, nor will there exist, a fiduciary relationship between you and TV ONE. You acknowledge that you have requested this opportunity to submit your Material to TV ONE, and that you make this submission, voluntarily and on an unsolicited basis.
2. **AGREEMENT BETWEEN THE PARTIES:** You acknowledge that you and TV ONE had not yet reached any agreement whatsoever concerning the use of the Material. You realize that no obligation of any kind is assumed by, or may be implied against, TV ONE unless and until a written agreement has been entered into between you and TV ONE, and then the obligation shall only be as expressed in such written agreement. Notwithstanding the foregoing, you understand that TV ONE assumes no obligation to proceed with negotiations of any kind respecting the Material.
3. **REVIEW & RETURN OF THE MATERIAL**: In consideration of your agreement to the terms of this Release, TV ONE agrees to cause its employee with appropriate responsibility of evaluating the

Material to review your Material. You acknowledge and agree that you have retained a copy of the Material and that TV ONE assumes no obligation to return the Material to you. You understand that TV ONE is not under any obligation to furnish you with any information about the results of its review of the Material or its reasons for not proceeding further if TV ONE so decides. TV ONE's review of the Material constitutes TV ONE's acceptance of the terms and conditions of this Release, and TV ONE shall have relied upon your agreement herein in considering your Material for review. TV ONE agrees to use reasonable efforts to keep all the Material confidential.

4. **SCOPE OF RELEASE:** You acknowledge that this Release covers and governs any and all of the Material, whether first submitted to TV ONE contemporaneously with, prior to, or following the execution of this Release, and that this Release also applies to any submission of the Material made to TV ONE by another source, directly or indirectly, by or through you.

5. **SUMMARY OF MATERIALS:** The Material being submitted with this Release is outlined on the attached Submission Form. You declare that all of the important features of your Material, and the particular items being submitted by you are stated on the attached Submission Form and you have not disclosed any other features to TV ONE.

6. **OWNERSHIP OF MATERIALS:** You represent and warrant that you are the sole and exclusive creator(s), author(s) and owner(s) of the Material, that to your knowledge no one else has any right to the Material, that you have the right to submit the Material to TV ONE, and that you have the power and authority to enter into this Release regarding the Material. You further warrant that no rights in the Material have previously been granted to anyone nor has the Material otherwise been exploited in any way.

7. **NOVELTY OF IDEAS:** Although TV ONE may accept and review the Material, you cannot and will not assume or infer that TV ONE regards your Material as unique, novel, valuable and/or usable. You understand and acknowledge that similar or identical materials may have been or may be submitted to TV ONE by others, including TV ONE’S employees; may have originated or been developed or made public by others, including TV ONE’S employees; or may hereafter originate, be developed, be submitted or made public by others. TV ONE shall have the right to use, and you understand that you will not be entitled to any compensation because of TV ONE’s use of such other similar or identical material. Subject to the foregoing, TV ONE will not make any use of any legally protectable portion of your Material unless you and TV ONE have agreed in a writing concerning your compensation for such use, which compensation shall in no event be greater than the compensation normally paid by TV ONE for similar Material from comparable sources.

8. **INDEMNIFICATION AND LIMITATION OF LIABILITY**: You indemnify TV ONE, its parent, affiliates, subsidiary companies, assignees, associates, judges and sponsors against all claims, losses, expenses damages and liabilities, from and against any claim or cause of action arising out of any claim for infringement of intellectual property rights. You release and hold harmless TV ONE, its parent, affiliates, subsidiary companies, assignees, associates, judges and sponsors, and any agents involved in the development, production, handling implementation and/or distribution of this Contest, and their respective parent companies, subsidiaries, affiliates, partners, representatives, agents, successors, assignees, employees, officers and directors, from any and all liability, for loss, harm, damage, injury, cost or expense whatsoever including, without limitation, property damage, personal injury and/or death which may occur in connection with or resulting from preparation for, or participation in this Competition, or possession, acceptance and/or use/misuse of the prize or any participation in any Competition-related activity, any typographical or other errors in the printing, offering or announcement of the prize, selection and announcement of the winner, distribution of the prize, or errors in any printing or posting of these instructions, and for any claims based on publicity rights, defamation, invasion of privacy, copyright infringement, trademark infringement or any other intellectual property-related cause of action. Entrants also agree to waive any right to claim ambiguity in these official rules. In no event shall TV ONE be responsible for printing, typographical, human or other errors in any Competition-related materials;

or for transactions that are processed late or incorrectly, or are lost in the mail. TV ONE reserves the right to cancel, suspend or modify the Competition for any reason. If any event should occur that may compromise the integrity of the Competition as determined by TV ONE in its sole discretion, TV ONE may choose to award the Prize from among all eligible non-suspect entries received prior to action taken.

9. **DISPUTE RESOLUTION:** Any controversy arising out of or in connection with this Release, including without limitation any claim that TV ONE has used any legally protectable portion of your Material in violation of the terms hereof, shall be governed by the laws of the State of Maryland, and the parties consent to the jurisdiction of the state and federal courts of Maryland for the resolution of such matters. In the event of such controversy you agree that you shall assert such claims not later than six (6) months after the date on which you first learned (or reasonably should have become aware) of TV ONE 's use or intended use of any portion of the Material and thereafter you shall be barred from asserting any such claims. You further agree that your rights and remedies, if any, shall be limited to an action to recover compensatory money damages in an action at law, and without limitation of the foregoing, you expressly agree that you shall not seek to enjoin or restrain the production, exhibition, distribution, licensing, advertising, and/or promotion of any of TV ONE’s programming, promotional or marketing plans, and/or any of the subsidiary rights in connection therewith.
10. **ENTIRE UNDERSTANDING:** This Release constitutes our entire understanding and agreement, and supersedes all prior understandings, whether written or oral. Any subsequent modification or waiver of this Release must be in writing, signed by both of us. The invalidity of any provision hereof is not to affect the remaining provisions.
11. **MISCELLANEOUS:**

(a) You are executing this Release voluntarily, without coercion or undue influence from any source, and do so with complete understanding of all of its terms and effects, and every portion thereof.

(b) The captions used in this Release are for convenience only and shall not used to interpret, define or construe any terms hereof.

(c) As used in this Release, the terms "you" and "your" includes and binds the undersigned and any and all legal representatives of the undersigned. As used in this release, the terms "TV ONE" and "we" includes and inures to the benefit of TV ONE’s successors, assigns, employees, officers, directors, licensees, and associated companies and individuals.

**By signing this Release and returning it to us, you confirm that you have read TV ONE’s policy regarding the acceptance and review of the Material, that you have read and, understand, agree to and complied with the “Official Rules” of this Competition, which includes granting TV One an exclusive option on the Material and a purchase price of $5000 for the Grand Prize Winner and $3500 for the Finalists and entrants, and you hereby accept the terms of this letter agreement (the "Release" or the "Agreement").**

**Sincerely,**

**TV ONE, LLC**

**I/We accept and agree to this release agreement for the submitted screenplay entitled:**

A Routine Stop

# Submission Release Acceptance & Agreement

## Screenwriter Signature 1

**Name**
Selton Shaw

**I confirm that I am Twenty-One (21) years of age or older as of the Date of Submission**
Yes

**Signature**

# Screenplay Upload & Information

**Screenplay Title**
A Routine Stop

**Genre**
Drama

**Number of Pages**
84

**Attach Screenplay in PDF format**
a routine Stop.pdf

**Attach 12 page scene selection in PDF format**
A Routine Stop Table Read Scene.pdf

**Logline (up to 50 words)**
Logline: A Routine Stop
Selton Shaw

Logline: When a cop isn’t charged in the shooting death of an unarmed black man, the victim’s brother takes the law into his own hands.

**Synopsis (Up to 600 words)**
Synopsis: A Routine Stop
Selton Shaw

Upon leaving a wedding reception, in which they both were groomsmen in the wedding party, twenty-nine year old, twin brothers, Romulus and Remus Johnson, are pulled over by a police officer for a routine traffic stop. During the stop, Romulus Johnson is killed. Amid pressure from the community and protests, the officer is charged with second degree murder. At the time of his death, Romulus Johnson, although he had a criminal record, was unarmed, but the white officer, who shot him, Kyle Tully, was not indicted by a grand jury.

Remus Johnson, feeling betrayed by the criminal justice system, after the officer is not indicted, decides to take matters into his own hands. With the help of his deceased brother’s hardened childhood

friends, Duck and Pooh Bear, Remus kidnaps Officer Tully, and transports him to a recording studio. There, Remus puts Officer Tully on trial for the murder of his brother with Pooh Bear serving as the judge, Duck as the bailiff, and himself as the lawyer for the prosecution. Remus fashions the studio to resemble a courtroom and orders Officer Tully to represent himself in his own defense. To keep the 'trial' impartial and justice blind, Remus has also kidnapped twelve random people to serve as jury members, listening inside the studio's recording booth, but their faces are covered with black masks. They are only able to hear the proceedings and must rule solely on what is said. At the outset, Officer Tully refuses to play along, but changes his mind once Remus explains that if the jury finds him guilty, he will be executed.

Once the trial of Officer Tully commences, a video recording of the proceedings begins to stream on a television monitor at the police station where Officer Tully works. The live video sends the officers into a panicked frenzy and their commanding officers, Captain Norton and Sargent Cynthia Turner, dispatch every available unit to find Officer Tully. Back at the studio, Remus lays out his case for why Officer Tully should not have killed his brother, calling witnesses, and even taking the stand himself to give an account of what happened the night in question.

Tully eventually takes the stand, stating that his shooting was justified, and citing Romulus's long criminal record as evidence for what unfolded. Officer Tully and Remus verbally joust about police shootings of unarmed black men in this country and what constitutes a justifiable kill. Remus then calls a surprise witness, District Attorney Kittlemen, the state's lawyer who tried to originally indict Tully. As the courtroom drama unfolds, it is revealed that the DA colluded with Tully to keep the charges from sticking in his case.

Sargent Turner eventually locates the studio where Officer Tully is being held and raids the building to free Tully and the members of the jury. When she finds the jury, she removes their black masks and discovers that the jury was nothing more than a bunch of mannequins. Remus, Duck, and Pooh Bear are arrested for kidnapping, but Officer Tully and DA Kittlemen are arrested as well for obstruction of justice and murder based on the video evidence from the studio. Officer Tully and the DA were unaware that the entire court proceeding was being filmed. The new District Attorney drops the charges on Remus, Duck, and Pooh Bear, and on the anniversary of his death, they have a candlelight vigil to celebrate the life of Romulus Johnson with Sargent Turner who was secretly assisting them in the process.

## Character Description(s)

### Main Character 1

| Name | Description |
|---|---|
| Remus Johnson | Late-twenties, the twin brother of the deceased Romulus Johnson. He's smart, articulate, never been in trouble with the law, and has nothing to lose after his brother is killed. |

### Main Character 2

| Name | Description |
|---|---|
| Officer Kyle Tully | Late-thirties, a nine year veteran on the police force, Tully is confident, but hot-headed, and eager to prove his innocence in Romulus's death. |

### Main Character 3

| Name | Description |
|---|---|
| Sargent Cynthia Turner | Late-twenties, by-the-book officer who is second in command at the police station. Cynthia grew up in the neighborhood she serves and feels a personal connection with the people there. |

## Screenwriter(s) Bio

### Screenwriter Bio 1

**Name**
Selton Shaw

**Description**
Selton Shaw was born the middle of three children and raised in Washington DC. He attended the Piney Woods Boarding School in Piney Woods, Mississippi for middle and high school. Upon graduation, he completed his undergraduate course study at Hampton University in 2005, earning a Bachelor's degree in Political Science.

In 2006, Selton won the AXE Black Filmmaker's Series Competition for his directorial debut, "The Let Out Guy's". The short film, which he wrote and directed, premiered at the American Black Film Festival (ABFF) in Miami and subsequently went on a ten city screening tour. After the success of his first film, Selton teamed up with his brother and formed Changing the World Films in an effort to independently launch their own movies. Together they have released four independent films since 2008.

In 2010, Selton won Robert Townsend's Ultimate Pitch Master Competition sponsored by (ABFF) in New York City by pitching "The Let Out Guys" as a feature film. In 2014, he was a finalist in the UPtv screenplay competition. Selton loves imaginative and relevant storytelling that resonates with people from all walks of life. He is married, the father of three children, and resides in Laurel, Maryland.

## Judge's Feedback Option

Each screenplay submitted will be read and evaluated by a professional screenplay judge to provide a candid assessment of your screenplay consisting of constructive feedback and notes regarding its strengths, weaknesses, characters, structure, originality, overall quality and other areas based on the criteria described in the Official Rules.

If you would like to obtain a PDF copy of your judge's feedback via email for $50, please select this option.

**Would you like to receive your judge's feedback ($50)?**
No

---

*End of TV One Screenplay Competition Submission Form.*

*Click "Submit" below to send your submission.*

(A Routine Stop)

by
(Selton Shaw)

TABLE READ SCENE SELECTION: A Routine Stop

INT. RECORDING STUDIO - NIGHT

A dark, empty room.

The door bursts open. A light switch abruptly flicks on, illuminating the engineer's room of a recording studio. Two large men enter, POOH BEAR, early-twenties, a mountain of a man, burly, bald headed, late-twenties, black full beard tee-shirt and jeans, gold chains, and tattoos and DUCK, mid-thirties, smaller by comparison, but also large, scar on his left cheek, mid-thirties, dragging in an unknown MAN, bound with zip ties, by both his arms and legs. The man is violently kicking, screaming, clawing, contorting his body in the hope of freeing himself, but to no avail. His face is covered with a black sack.

Both men strain as they hoist the man towards the center of the room. Waiting patiently, seated in a folding chair in the middle of the engineer's room is Remus, black tee-shirt and blue jeans, clutching an oily, black, .38 revolver in both his hands.

Remus is disheveled and unshaven with a five o'clock shadow. His eyes are flinty, but laser focused on the black firearm he massages in his palms. Remus never breaks his concentration from the gun to observe the abducted man, clawing for his freedom in an attempt to get away. Pooh Bear and Duck, with their prisoner in tow, walk past some recording equipment, a sound and mixing board, monitors, and speakers, dropping the man onto the hardwood floor of the engineer's room.

Behind Remus is the sound recording booth, but a large black tarp covers the glass window to see inside the studio recording area. The man with the black sack over his face hits the ground with a thud which halts his squirming. Pooh Bear glances back outside the door they entered in before locking the door behind him. Remus finally looks up from his gun, shooting his eyes up to Pooh Bear.

POOH BEAR
You were sitting in the dark?

REMUS
Did anybody see you?

POOH BEAR
(shaking head "no")
It was in and out, but they're gonna fry us for this. Kidnapping a cop? You know it aint no turning back now.

REMUS
They killed Rome, Pooh Bear. They forced my hand. Thanks for helping, Duck.

DUCK
We weren't related, but Rome was my brother too. You really want to do this, Ream? You been straight as an arrow your whole life. His mask aint off yet.

REMUS
I have to. My brother deserved better than to be shot down like a dog.

The man with the sack covering his face begins to move again, inching across the floor. His hands are tied behind his back, and his ankles bound with several zip ties. In futility, he attempts to pull himself up on his knees. Pooh Bear, however, using the end of his boot, pushes the man back on his face.

POOH BEAR
(to man on the ground)
Where do you think you're going?

REMUS
Once the show starts, we wont have much time. Can you set everything up like we discussed?

POOH BEAR
Sure thing, Ream. Today is a good day to die. C'mon, Duck.

Pooh Bear and Duck walk past Remus through another side door in the studio. The bound up man on the floor, musters the strength to sit up, Indian style, but drops his head down towards his lap. Remus grabs a box of bullets, sitting on top of a long, rectangular table in the room, along with a manila folder. One by one, he begins loading the pistol in his hand, methodically and grim. Once his six agents of death are loaded into his gun's chamber, Remus spins the cylinder, flicking it back into the pistol.

Remus's gaze centers back to the sitting man, with the black sack over his head. Pooh Bear and Duck reenter the room, both carrying three small folding tables.

REMUS
(pointing in front of him)
I need one here and the other one across from it. This long table can stay put.

Pooh Bear and Duck set two of the small square tables next to one another with ten feet of space in between them. The last small table, they set next to the long table that Remus is sitting on. Grabbing some black folding chairs from up against the wall, Duck and Pooh Bear place two chairs behind each of the two small tables they carried into the room. Once they finish, Remus gives them a nod of satisfaction as he sits on the long table’s edge.

POOH BEAR
What do you want us to do with him?

REMUS
Cuff him to the chair.

Pooh Bear and Duck grab the man and removing handcuffs from their pockets, they shackle the man’s hands and ankles to the chair. Once they cuff the man to the chair, they cut the zip ties from off of his arms and legs. Duck pushes the man in the chair behind one of the two small tables, which are both facing Remus, still seated on the edge of the long table.

DUCK
What now, Ream?

REMUS
Arraignment.

Remus, gun in fist, storms over to the man cuffed to the chair, behind the desk, and violently rips the black sack from off of his face. The man, OFFICER KYLE TULLY, pale as a ghost, clean shaven, late thirties, buzz cut, with a sweat drenched face, stares back at Remus with his eyes wide as silver dollars. Breathing heavily, he looks quickly around the room, staring quickly at Pooh Bear and Duck who are flanking him on both sides. A piece of grey duck tape is affixed across the mouth of Kyle, rendering him mute. Remus bends down and strips the piece of tape from off of his mouth.

REMUS (CONT’D)
Officer Kyle Tully. So glad you could make it.

Officer Tully winces his face and mouth from the duck tape’s adhesive which burned as it ripped across his face.

OFFICER KYLE TULLY
(breathing heavily, raising voice)
Do you have any idea the hailstorm you all are in? Do you? You think you can just kidnap a cop? You will release me immediately or I'll . . .

REMUS
(interrupting)
You'll do nothing, Tully! Look around. You're in no position to make threats.

OFFICER KYLE TULLY
(looking over to Pooh Bear)
You're all pretty tough with these cuffs on. Take them off and see who's walking out of here.

POOH BEAR
(walking over to Officer Tully)
Oh, you want the cuffs off?

REMUS
Not now, Pooh Bear. Don't get too excited. . . Not yet.

Pooh Bear, cued by Remus's glance, steps back from the seated, Officer Tully.

POOH BEAR
It's cool. Ream here got something better in store. But keep running yo mouth and I'll put your teeth in my pocket.

OFFICER KYLE TULLY
(spots Ream's revolver)
And what are you gonna to do with that? You kill me, you'll get the death penalty.

REMUS
I'm already dead, Officer Tully. I died the day you gunned down my brother.

Beads of sweat continue to roll down the face Officer Tully, but bound, he is unable to wipe it away.

OFFICER KYLE TULLY
(scoffs)
Is that what this is about? News flash boys, the grand jury decided not to indict two days ago. I'm a free man.

REMUS
You sure don't look free, officer.

OFFICER KYLE TULLY
Justifiable homicide, was the ruling. You take these cuffs off right now and I'll speak to D.A. Kittlemen for leniency at your sentencing.

Remus glances over at Duck and Pooh Bear and grins to a chuckle. Pooh Bear smiles, but Duck remains stoic.

OFFICER KYLE TULLY
(CONT'D)
(screaming)
What is so funny? Get me out of here now! Get me out of here!

Enraged, Officer Tully struggles to free himself from his iron jewelry. With all his might, he strains and fidgets, but for naught.

OFFICER KYLE TULLY
(CONT'D)
Somebody help me!

INT. POLICE STATION - NIGHT

CAPTAIN HADLEY NORTON, mid-fifties, balding silver hair, and police uniform, blows on his steaming hot coffee as he strolls forth, through a quiet, half-filled police station bull pen. Individual desks with loose paperwork, folders, telephones, and laptops, line the drab walls and white tiled floor in the police station.

Half a dozen POLICE OFFICERS are working inside the station on the graveyard shift. Some officers are on the phone chasing leads while others are socializing while working at their desks. A large forty-two inch monitor is mounted to the wall at the north end with the late, local news on its screen. Captain Norton strides into his office, which has a large glass window, through which he can survey the entire bull pen, and plops down at his desk which is cluttered with papers.

POLICE OFFICER
(yelling from outside his office)
Captain Norton! You gotta come see this!

A bit startled, Captain Norton spills a few drops of his coffee onto his desk.

Annoyed, he wipes coffee from off of his hand and walks out of his office to see what is so pressing.

Captain Norton emerges from his office to find all of the police officers in the bull pen standing around the television screen. The collective jaws of the police officers are silently on the floor as Captain Norton squints to get a better look on the monitor. SARGENT CYNTHIA TURNER, mid-thirties, police uniform, hair in a bun, is standing the closest to the TV, shaking her head in disbelief.

CAPTAIN NORTON
What's going on over here? Who is that?

SARGENT CYNTHIA TURNER
Captain Norton, it looks like Officer Tully.

CAPTAIN NORTON
What's he doing on our TV?

SARGENT CYNTHIA TURNER
Captain, sir, I think he's been abducted.

CAPTAIN NORTON
(gawking at the TV)
Are you crazy? Only a dead man would kidnap a cop.

Captain Norton pushes through the police officers to look at the TV, with only a few inches separating his face and the monitor. Captain Norton and the other officers watch in horror as Remus, Pooh Bear, and Duck surround Officer Kyle Tully inside the recording studio. Watching the TV screen intensely, Captain Norton gasps, realizing that the man on the screen is indeed Officer Kyle Tully.

CAPTAIN NORTON (CONT'D)
(frantic, yelling)
What the hell is this? Is this real?
(tapping the TV screen)

SARGENT CYNTHIA TURNER
(staring at the TV)
It looks that way, Captain. I know that man right there is Remus Johnson, the twin brother of the man Officer Tully killed last year.

Captain Norton is furious! His face turns hot red. The cops watching the TV are mortified.

CAPTAIN NORTON
(yelling)
How did this even get on here, Sargent Turner?

SARGENT CYNTHIA TURNER
Beats me, Captain. It just came on.

CAPTAIN NORTON
It just came on is not acceptable! Get our IT guys down here now! Where is Hawkins?

COP
He’s off duty.

CAPTAIN NORTON
(raising voice)
Then get his ass out of the bed!

The police officers shrink as the enraged Captain Norton barks his orders at them.

CAPTAIN NORTON (CONT’D)
I want as APB on, what’s this guy’s name, Sargent?
(pointing to Remus on the TV)

SARGENT CYNTHIA TURNER
Remus Johnson. He’s referred to the other two as Duck and Pooh Bear. I’m sure those are aliases.

CAPTAIN NORTON
(raising voice)
Get an APB out on the one you do know <u>now</u>, get Hawkins in here now to trace this feed, run those other faces through the recognition software. I want their real names, addresses, known accomplices, if they stole a carton of milk in the second grade, and I need it done <u>yesterday</u>! The rest of you, your only mission in life is to find Officer Tully and bring him back in one piece. He’s our brother! <u>What</u> <u>are</u> <u>you</u> <u>waiting</u> <u>for</u>? <u>Get</u> <u>out</u> <u>of</u> <u>here</u>! <u>Now</u>!

Nearly all of the officers rush out of the police station in a furious stampede. Sargent Turner heads towards the door to leave with her fellow officers.

CAPTAIN NORTON (CONT'D)
You stay, Sargent Turner. I need you here with me. You worked this case with Tully, right?

SARGENT CYNTHIA TURNER
I did after he went out on administrative leave for the shooting.

Captain Norton continues speaking to Sargent Turner, but his gaze remains locked on the TV monitor. The screen's light illuminates upon Captain Norton's face as he helplessly watches Officer Tully struggle savagely to get free.

CAPTAIN NORTON
This is just what we need. They marched for nearly a month over that boy getting killed.

SARGENT CYNTHIA TURNER
I remember. We all were working overtime.

CAPTAIN NORTON
Internal affairs was breathing down my neck over this shooting. You know his family is suing our department for millions? If this ends bad the press will have a field day.

SARGENT CYNTHIA TURNER
Are we altering them?

CAPTAIN NORTON
Not yet. Let's see what our boys can dig up first.

SARGENT CYNTHIA TURNER
What do you need from me, Captain?

CAPTAIN NORTON
Pull all the files on this case from A to Z. See what you can dig up on his brother, and I need Hawkins down here an hour ago so that we can find out where this feed is coming from.

SARGENT CYNTHIA TURNER
I'm on it chief.

Sargent Turner walks off, leaving Captain Norton alone by the television screen.

INT. RECORDING STUDIO - CONTINUOUS - NIGHT

Remus remains seated on the edge of the long table, facing the two smaller tables, inside the dimly lit recording studio. Officer Tully, seated at the table to the right of Remus, sits still for the first time, and has seemingly calmed down. Holding it up for Officer Tully to see, Remus spins his revolver's cylinder like a wheel of misfortune. Duck and Pooh Bear stand only five feet from the seated officer, not moving a muscle.

OFFICER KYLE TULLY
If you're trying to intimidate me, save it. I've seen it all on this job. Your little pea shooter isn't impressing me.

REMUS
Say what you will. We both know how this is going to end.

OFFICER KYLE TULLY
Yeah, with you dead or in jail; where you belong.

Remus flicks his gun's cylinder back into his weapon and places the firearm in his waistband.

REMUS
Somebody's dying alright. Aren't you even a little curious as to why I went through all the trouble to get you here?

OFFICER KYLE TULLY
Enlighten me.

REMUS
The grand jury decided not to indict you on second degree murder, but the case should have gone to trial.

OFFICER KYLE TULLY
Well it didn't. Justice was served. I did what I had to do.

REMUS
Justice, huh? No disrespect officer, but you're white and fifteen of the sixteen members of the grand jury were white. That hardly seems like impartial justice.

OFFICER KYLE TULLY
I had nothing to do with that.

POOH BEAR
He's lying, Ream.

REMUS
I know he is.

OFFICER KYLE TULLY
(to Pooh Bear)
You don't know anything.

POOH BEAR
(to Officer Tully)
I know how to make you cry.

Officer Tully scowls in Pooh Bear's direction, unshaken at his words. Meanwhile, Remus slides open the manila folder on the desk he's seated on and glances over a piece of paper.

REMUS
(reading paperwork)
Well actually, during jury selection, your attorney struck down nine potentially black jurors and five Latino ones. So tonight, I'm putting you on trial myself.

OFFICER KYLE TULLY
Excuse me?

REMUS
You heard me. The three of us will serve as diverse voices that your jury sorely lacked.

OFFICER KYLE TULLY
But you're all black! That's not diversity!

POOH BEAR
Not true, officer. I'm one eighteenth Irish. Go Celtics.

DUCK
And I'm mixed with black and Jamaican.

OFFICER KYLE TULLY
This is bull! Let me go now!

REMUS
No, you're here to stay. I vote yes to indict.

POOH BEAR
Me too.

DUCK
Three's company . . .

Remus stands up from off of edge of the long table and takes the manila folder with him. He walks over to the other small table, next to the one that Officer Tully is sitting behind, and takes a seat.

REMUS
(looking across to Tully)
The indictment on the charge of second degree murder for Officer Kyle Tully is officially entered. Mr. Tully, do you understand your rights as it pertains to the indictment?

OFFICER KYLE TULLY
You can't indict me! This isn't a court of law! You don't have the authority!

REMUS
So, Officer Tully, you are charged with second degree murder in the death of Romulus Johnson. I will be representing the prosecution and I assume you will be representing yourself for your defense. The long table in front of us is for the judge and the short table next to it will serve as our witness stand.

OFFICER KYLE TULLY
Let me stop you right there. I won't be participating in this stupid little exercise.

REMUS
I wasn't done! If you're found not guilty, you're free to leave.

OFFICER KYLE TULLY
(perks up)
You'll let me go? Just like that? I don't believe you.

REMUS
You have my word, Officer Tully. I'll release you and face the music. If you're found guilty, however, the penalty . . . is death.

A fearsome chill glazes across the face of Officer Tully. He turns white as a sheet and his nostrils flair. Remus scowls a death stare, directly into the eyes of Officer Tully, who sits just a few feet away at his small desk.

OFFICER KYLE TULLY
You wouldn’t . . .

REMUS
Again, you have my word.

(A Routine Stop)

by
(Selton Shaw)

EXT. BANQUET HALL - DAY

Two rows of well dressed PEOPLE, handsome men in dark suits, ties, and sportcoats, and attractive women in sheath and floral dresses, are standing at attention, in adjacent lines, facing one another, just outside a modest Banquet Hall's double doors. The two rows of men and women, line the middle walkway on both sides. A red carpet runner separates the two lines of people, leading out from the Banquet Hall, down a few steps, to a waiting, white stretch limousine. Some of the people in both rows are quietly socializing as well as holding their cell phones, towards the hall's doors, looking to capture the moment while others are holding small silver bells.

Suddenly, three bridesmaids, dressed in violet, one-strap matching dresses and black heels, emerge from the banquet hall's doors. They walk through the two rows of people, to the end of the rows, just a few feet from the limo. One of the bridesmaids is holding a bouquet of fragrant red and yellow roses. Escorting the three bridesmaids are three groomsmen, gray suits, white shirts, with violet neckties and boutonnieres, who exit the hall, and separate from the bridesmaids, on the opposite side of their row.

Two of the groomsmen, ROMULUS "Rome" JOHNSON, and REMUS "Ream" JOHNSON, identical twin brothers, late-twenties, medium build, athletic, with short haircuts, stand right next to each other in one of the lines. Only a pair of black aviator sunglasses on the face of Rome differentiates him from his twin brother, Ream. As the invited wedding guests face the hall's door in anticipation, Remus leans over to his brother.

REMUS
(lowers voice)
I know that look.

ROME
(confused)
What look?

REMUS
The bridesmaids, bruh. You were drooling the whole wedding. Which one you got your eye on?

Rome pushes his dark shades to the bridge of his nose to carefully inspect the three lovely bridesmaids who are standing in the line across from him. Romulus smiles towards bridesmaids and they grin back in his direction.

ROME
(pushing his shades back over his eyes)
You were looking too, Ream. And you know which one I want. The cute one.

REMUS
They're all cute, Rome.

ROME
Then I want the one you think is cute.

REMUS
(scoffs)
There's something wrong with you. You know that right? Do you have your bell?

ROME
Yeah I got this stupid bell. What is the purpose of these bells anyway?

Rome digs in his trousers and retrieves a small jingle bell.

REMUS
Come on, Rome. When you ring the bell the bride has to kiss the groom. They did it the whole wedding.

ROME
(looking at the bell in his palm)
Wait, so if I ring this bell at the cute bridesmaid then she has to kiss me?

REMUS
(interrupting, shaking head)
No. Forget it. Matter fact, just give me the bell.

Ream tries to snatch the bell from his brother Rome, but he stuffs the bell back in his pants.

ROME
You just wish you thought of it.

Abruptly, a PASTOR, male, mid-fifties, black robe, and glasses, opens the double doors of the hall. Both lines of attendees quiet down, and fix their attention on the Pastor.

PASTOR
Thank you all for waiting. I am pleased to present again, Mr. and Mr. Jerome Robinson.

The Pastor steps to the side and MR. ROBINSON, black tux, white vest, and violet bowtie, and his bride, MRS. ROBINSON, white wedding dress, emerge from the hall to the cheers and celebration of the two rows of applauding wedding attendees. Everyone in both lines begins to ring their small bells as does Rome. Mr. Robinson kisses his bride as they walk hand in hand through the two lines of people towards the stretch limousine. The happy couple waves to their family and friends who are taking photos with their cell phones before heading straight for the limo.

ROME
(looking at the groom and bride)
Relationship goals.

A Chauffeur emerges from the vehicle and opens the door of the limo. The newlyweds step into the limousine and both lines rush over and throw rice onto the car as it disappears up the street. Rome and Ream, however, remain standing as they watch the car drive off.

PASTOR
(calling out to the crowd)
So the newly married couple had to leave in a hurry to catch the flight to their honeymoon, but please, come on back inside. There is plenty of food left. They wanted you to still enjoy yourselves and make sure you sign the guestbook if you’re leaving.

The crowd of wedding attendees turn and make their way back up towards the hall’s doors to go inside.

REMUS
We staying?

The three bridesmaids walk past Rome and Ream, smiling back at them before walking into the hall.

ROME
(removes sunglasses)
I saw a lot of unopened champagne bottles still in there. Now tell me how this bell works again?

REMUS
Come on man. It’s not a magic trick.

Romulus jingles his bell at Remus as they both follow the bridesmaids back towards the entrance of the hall.

INT. CAR - NIGHT

Romulus and Remus are both seated in the front driver and passenger seats of a black sedan. Their crisp white shirts are now unbuttoned at the neck and their ties loosened as they converse while waiting at a red light intersection.

REMUS
Well, I had a good time. Did you get the cute ones number?

ROME
Come on, man. It's a wedding and a brotha is rocking a suit. It was mandatory.

Suddenly, bright blue and red lights begin to flash from a police cruiser behind Romulus and Remus's car. Both of the brothers, looking back confused, are backlit by the flickering glare of the beaming police lights.

ROME (CONT'D)
(looking at the lights in rear view mirror)
Are you serious? We didn't even do anything! My license is expired. I can't afford any more dings on my record.

REMUS
Well its a good thing I'm driving. Don't worry. This will all be over in a minute.

INT. RECORDING STUDIO - NIGHT

A dark, empty room.

The door bursts open. A light switch abruptly flicks on, illuminating the engineer's room of a recording studio. Two large men enter, POOH BEAR, early-twenties, a mountain of a man, burly, bald headed, late-twenties, black full beard tee-shirt and jeans, gold chains, and tattoos and DUCK, mid-thirties, smaller by comparison, but also large, scar on his left cheek, mid-thirties, dragging in an unknown MAN, bound with zip ties, by both his arms and legs. The man is violently kicking, screaming, clawing, contorting his body in the hope of freeing himself, but to no avail. His face is covered with a black sack.

Both men strain as they hoist the man towards the center of the room. Waiting patiently, seated in a folding chair in the middle of the engineer's room is Remus, black tee-shirt and blue jeans, clutching an oily, black, .38 revolver in both his hands.

Remus is disheveled and unshaven with a five o'clock shadow. His eyes are flinty, but laser focused on the black firearm he massages in his palms. Remus never breaks his concentration from the gun to observe the abducted man, clawing for his freedom in an attempt to get away. Pooh Bear and Duck, with their prisoner in tow, walk past some recording equipment, a sound and mixing board, monitors, and speakers, dropping the man onto the hardwood floor of the engineer's room.

Behind Remus is the sound recording booth, but a large black tarp covers the glass window to see inside the studio recording area. The man with the black sack over his face hits the ground with a thud which halts his squirming. Pooh Bear glances back outside the door they entered in before locking the door behind him. Remus finally looks up from his gun, shooting his eyes up to Pooh Bear.

POOH BEAR
You were sitting in the dark?

REMUS
Did anybody see you?

POOH BEAR
(shaking head "no")
It was in and out, but they're gonna fry us for this. Kidnapping a cop? You know it aint no turning back now.

REMUS
They killed Rome, Pooh Bear. They forced my hand. Thanks for helping, Duck.

DUCK
We weren't related, but Rome was my brother too. You really want to do this, Ream? You been straight as an arrow your whole life. His mask aint off yet.

REMUS
I have to. My brother deserved better than to be shot down like a dog.

The man with the sack covering his face begins to move again, inching across the floor. His hands are tied behind his back, and his ankles bound with several zip ties. In futility, he attempts to pull himself up on his knees. Pooh Bear, however, using the end of his boot, pushes the man back on his face.

POOH BEAR
(to man on the ground)
Where do you think you're going?

REMUS
Once the show starts, we wont have much time. Can you set everything up like we discussed?

POOH BEAR
Sure thing, Ream. Today is a good day to die. C'mon, Duck.

Pooh Bear and Duck walk past Remus through another side door in the studio. The bound up man on the floor, musters the strength to sit up, Indian style, but drops his head down towards his lap. Remus grabs a box of bullets, sitting on top of a long, rectangular table in the room, along with a manila folder. One by one, he begins loading the pistol in his hand, methodically and grim. Once his six agents of death are loaded into his gun's chamber, Remus spins the cylinder, flicking it back into the pistol.

Remus's gaze centers back to the sitting man, with the black sack over his head. Pooh Bear and Duck reenter the room, both carrying three small folding tables.

REMUS
(pointing in front of him)
I need one here and the other one across from it. This long table can stay put.

Pooh Bear and Duck set two of the small square tables next to one another with ten feet of space in between them. The last small table, they set next to the long table that Remus is sitting on. Grabbing some black folding chairs from up against the wall, Duck and Pooh Bear place two chairs behind each of the two small tables they carried into the room. Once they finish, Remus gives them a nod of satisfaction as he sits on the long table's edge.

POOH BEAR
What do you want us to do with him?

REMUS
Cuff him to the chair.

Pooh Bear and Duck grab the man and removing handcuffs from their pockets, they shackle the man's hands and ankles to the chair. Once they cuff the man to the chair, they cut the zip ties from off of his arms and legs. Duck pushes the man in the chair behind one of the two small tables, which are both facing Remus, still seated on the edge of the long table.

DUCK
What now, Ream?

REMUS
Arraignment.

Remus, gun in fist, storms over to the man cuffed to the chair, behind the desk, and violently rips the black sack from off of his face. The man, OFFICER KYLE TULLY, pale as a ghost, clean shaven, late thirties, buzz cut, with a sweat drenched face, stares back at Remus with his eyes wide as silver dollars. Breathing heavily, he looks quickly around the room, staring quickly at Pooh Bear and Duck who are flanking him on both sides. A piece of grey duck tape is affixed across the mouth of Kyle, rendering him mute. Remus bends down and strips the piece of tape from off of his mouth.

REMUS (CONT'D)
Officer Kyle Tully. So glad you could make it.

Officer Tully winces his face and mouth from the duck tape's adhesive which burned as it ripped across his face.

OFFICER KYLE TULLY
(breathing heavily, raising voice)
Do you have any idea the hailstorm you all are in? Do you? You think you can just kidnap a cop? You will release me immediately or I'll . . .

REMUS
(interrupting)
You'll do nothing, Tully! Look around. You're in no position to make threats.

OFFICER KYLE TULLY
(looking over to Pooh Bear)
You're all pretty tough with these cuffs on. Take them off and see who's walking out of here.

POOH BEAR
(walking over to Officer Tully)
Oh, you want the cuffs off?

REMUS
Not now, Pooh Bear. Don't get too excited. . . Not yet.

Pooh Bear, cued by Remus's glance, steps back from the seated, Officer Tully.

POOH BEAR
It's cool. Ream here got something better in store. But keep running yo mouth and I'll put your teeth in my pocket.

OFFICER KYLE TULLY
(spots Ream's revolver)
And what are you gonna to do with that? You kill me, you'll get the death penalty.

REMUS
I'm already dead, Officer Tully. I died the day you gunned down my brother.

Beads of sweat continue to roll down the face Officer Tully, but bound, he is unable to wipe it away.

OFFICER KYLE TULLY
(scoffs)
Is that what this is about? News flash boys, the grand jury decided not to indict two days ago. I'm a free man.

REMUS
You sure don't look free, officer.

OFFICER KYLE TULLY
Justifiable homicide, was the ruling. You take these cuffs off right now and I'll speak to D.A. Kittlemen for leniency at your sentencing.

Remus glances over at Duck and Pooh Bear and grins to a chuckle. Pooh Bear smiles, but Duck remains stoic.

OFFICER KYLE TULLY
(CONT'D)
(screaming)
What is so funny? Get me out of here now! Get me out of here!

Enraged, Officer Tully struggles to free himself from his iron jewelry. With all his might, he strains and fidgets, but for naught.

OFFICER KYLE TULLY
(CONT'D)
Somebody help me!

INT. POLICE STATION - NIGHT

CAPTAIN HADLEY NORTON, mid-fifties, balding silver hair, and police uniform, blows on his steaming hot coffee as he strolls forth, through a quiet, half-filled police station bull pen. Individual desks with loose paperwork, folders, telephones, and laptops, line the drab walls and white tiled floor in the police station.

Half a dozen POLICE OFFICERS are working inside the station on the graveyard shift. Some officers are on the phone chasing leads while others are socializing while working at their desks. A large forty-two inch monitor is mounted to the wall at the north end with the late, local news on its screen. Captain Norton strides into his office, which has a large glass window, through which he can survey the entire bull pen, and plops down at his desk which is cluttered with papers.

POLICE OFFICER
(yelling from outside his office)
Captain Norton! You gotta come see this!

A bit startled, Captain Norton spills a few drops of his coffee onto his desk. Annoyed, he wipes coffee from off of his hand and walks out of his office to see what is so pressing.

Captain Norton emerges from his office to find all of the police officers in the bull pen standing around the television screen. The collective jaws of the police officers are silently on the floor as Captain Norton squints to get a better look on the monitor. SARGENT CYNTHIA TURNER, mid-thirties, police uniform, hair in a bun, is standing the closest to the TV, shaking her head in disbelief.

CAPTAIN NORTON
What’s going on over here? Who is that?

SARGENT CYNTHIA TURNER
Captain Norton, it looks like Officer Tully.

CAPTAIN NORTON
What’s he doing on our TV?

SARGENT CYNTHIA TURNER
Captain, sir, I think he’s been abducted.

CAPTAIN NORTON
(gawking at the TV)
Are you crazy? Only a dead man would kidnap a cop.

Captain Norton pushes through the police officers to look at the TV, with only a few inches separating his face and the monitor. Captain Norton and the other officers watch in horror as Remus, Pooh Bear, and Duck surround Officer Kyle Tully inside the recording studio. Watching the TV screen intensely, Captain Norton gasps, realizing that the man on the screen is indeed Officer Kyle Tully.

CAPTAIN NORTON (CONT'D)
(frantic, yelling)
What the hell is this? Is this real?
(tapping the TV screen)

SARGENT CYNTHIA TURNER
(staring at the TV)
It looks that way, Captain. I know that man right there is Remus Johnson, the twin brother of the man Officer Tully killed last year.

Captain Norton is furious! His face turns hot red. The cops watching the TV are mortified.

CAPTAIN NORTON
(yelling)
How did this even get on here, Sargent Turner?

SARGENT CYNTHIA TURNER
Beats me, Captain. It just came on.

CAPTAIN NORTON
It just came on is not acceptable! Get our IT guys down here now! Where is Hawkins?

COP
He's off duty.

CAPTAIN NORTON
(raising voice)
Then get his ass out of the bed!

The police officers shrink as the enraged Captain Norton barks his orders at them.

CAPTAIN NORTON (CONT'D)
I want as APB on, what's this guy's name, Sargent?
(pointing to Remus on the TV)

SARGENT CYNTHIA TURNER
Remus Johnson. He's referred to the other two as Duck and Pooh Bear. I'm sure those are aliases.

CAPTAIN NORTON
(raising voice)
Get an APB out on the one you do know now, get Hawkins in here now to trace this feed, run those other faces through the recognition software. I want their real names, addresses, known accomplices, if they stole a carton of milk in the second grade, and I need it done yesterday! The rest of you, your only mission in life is to find Officer Tully and bring him back in one piece. He's our brother! What are you waiting for? Get out of here! Now!

Nearly all of the officers rush out of the police station in a furious stampede. Sargent Turner heads towards the door to leave with her fellow officers.

CAPTAIN NORTON (CONT'D)
You stay, Sargent Turner. I need you here with me. You worked this case with Tully, right?

SARGENT CYNTHIA TURNER
I did after he went out on administrative leave for the shooting.

Captain Norton continues speaking to Sargent Turner, but his gaze remains locked on the TV monitor. The screen's light illuminates upon Captain Norton's face as he helplessly watches Officer Tully struggle savagely to get free.

CAPTAIN NORTON
This is just what we need. They marched for nearly a month over that boy getting killed.

SARGENT CYNTHIA TURNER
I remember. We all were working overtime.

CAPTAIN NORTON
Internal affairs was breathing down my neck over this shooting. You know his family is suing our department for millions? If this ends bad the press will have a field day.

SARGENT CYNTHIA TURNER
Are we altering them?

CAPTAIN NORTON
Not yet. Let's see what our boys can dig up first.

SARGENT CYNTHIA TURNER
What do you need from me, Captain?

CAPTAIN NORTON
Pull all the files on this case from A to Z. See what you can dig up on his brother, and I need Hawkins down here an hour ago so that we can find out where this feed is coming from.

SARGENT CYNTHIA TURNER
I'm on it chief.

Sargent Turner walks off, leaving Captain Norton alone by the television screen.

INT. RECORDING STUDIO - CONTINUOUS - NIGHT

Remus remains seated on the edge of the long table, facing the two smaller tables, inside the dimly lit recording studio. Officer Tully, seated at the table to the right of Remus, sits still for the first time, and has seemingly calmed down. Holding it up for Officer Tully to see, Remus spins his revolver's cylinder like a wheel of misfortune. Duck and Pooh Bear stand only five feet from the seated officer, not moving a muscle.

OFFICER KYLE TULLY
If you're trying to intimidate me, save it. I've seen it all on this job. Your little pea shooter isn't impressing me.

REMUS
Say what you will. We both know how this is going to end.

OFFICER KYLE TULLY
Yeah, with you dead or in jail; where you belong.

Remus flicks his gun's cylinder back into his weapon and places the firearm in his waistband.

REMUS
Somebody's dying alright. Aren't you even a little curious as to why I went through all the trouble to get you here?

OFFICER KYLE TULLY
Enlighten me.

REMUS
The grand jury decided not to indict you on second degree murder, but the case should have gone to trial.

OFFICER KYLE TULLY
Well it didn't. Justice was served. I did what I had to do.

REMUS
Justice, huh? No disrespect officer, but you're white and fifteen of the sixteen members of the grand jury were white. That hardly seems like impartial justice.

OFFICER KYLE TULLY
I had nothing to do with that.

POOH BEAR
He's lying, Ream.

REMUS
I know he is.

OFFICER KYLE TULLY
(to Pooh Bear)
You don't know anything.

POOH BEAR
(to Officer Tully)
I know how to make you cry.

Officer Tully scowls in Pooh Bear's direction, unshaken at his words. Meanwhile, Remus slides open the manila folder on the desk he's seated on and glances over a piece of paper.

REMUS
(reading paperwork)
Well actually, during jury selection, your attorney struck down nine potentially black jurors and five Latino ones. So tonight, I'm putting you on trial myself.

OFFICER KYLE TULLY
<u>Excuse</u> <u>me</u>?

REMUS
You heard me. The three of us will serve as diverse voices that your jury sorely lacked.

OFFICER KYLE TULLY
But you're all black! That's not diversity!

POOH BEAR
Not true, officer. I'm one eighteenth Irish. Go Celtics.

DUCK
And I'm mixed with black and Jamaican.

OFFICER KYLE TULLY
This is bull! Let me go now!

REMUS
No, you're here to stay. I vote yes to indict.

POOH BEAR
Me too.

DUCK
Three's company . . .

Remus stands up from off of edge of the long table and takes the manila folder with him. He walks over to the other small table, next to the one that Officer Tully is sitting behind, and takes a seat.

REMUS
(looking across to Tully)
The indictment on the charge of second degree murder for Officer Kyle Tully is officially entered. Mr. Tully, do you understand your rights as it pertains to the indictment?

OFFICER KYLE TULLY
You can't indict me! This isn't a court of law! You don't have the authority!

REMUS
So, Officer Tully, you are charged with second degree murder in the death of Romulus Johnson. I will be representing the prosecution and I assume you will be representing yourself for your defense. The long table in front of us is for the judge and the short table next to it will serve as our witness stand.

OFFICER KYLE TULLY
Let me stop you right there. I won't be participating in this stupid little exercise.

REMUS
I wasn't done! If you're found not guilty, you're free to leave.

OFFICER KYLE TULLY
(perks up)
You'll let me go? Just like that? I don't believe you.

REMUS
You have my word, Officer Tully. I'll release you and face the music. If you're found guilty, however, the penalty . . . is death.

A fearsome chill glazes across the face of Officer Tully. He turns white as a sheet and his nostrils flair. Remus scowls a death stare, directly into the eyes of Officer Tully, who sits just a few feet away at his small desk.

OFFICER KYLE TULLY
You wouldn't . . .

REMUS
Again, you have my word.

Officer Tully jerks at his iron chains in outrage.

OFFICER KYLE TULLY
(raising voice)
And just who do you think you are? This isn't justice! He was your brother. You can't be impartial! Who made you judge, jury, and executioner?

REMUS
You mean like <u>you</u> were the night you killed my brother? If you're found guilty, I will be the executioner, but for justices sake, the honorable Pooh Bear will be presiding as the judge in this case.

POOH BEAR
Judge swag.

Officer Tully, his jaw ajar, looks over to Pooh Bear in disbelief. Pooh Bear, his gold chains swinging on his chest, strides up to the long desk, taking a seat at the long table in front of him. He places both of his size twelve boots on the table, crossing his legs and reclining like he's resting in a hammock.

OFFICER KYLE TULLY
(shaking his head "no")
Oh no. Out of the question. Nobody named Pooh Bear is going to be my judge.

POOH BEAR
That's the honorable, Pooh Bear. I Googled it.

Pooh Bear lifts up a white piece of paper, scribbled with courtroom procedures, in numerical order.

OFFICER KYLE TULLY
No, I'm not doing this. My life is not in <u>his</u> hands.

REMUS
(to Officer Tully)
Your life is in your own hands at this point. Duck here will be our bailiff.

Duck, still standing near Officer Tully, raises his shirt up to reveal a pearl handled, Glock 9mm pistol, resting in his waistband.

DUCK
(staring at Officer Tully)
Don't try anything stupid.

OFFICER KYLE TULLY
Shoot me now because even if I went along, I still don't have a chance. You all don't want justice, you want revenge. If I was indicted, a real, impartial jury wouldn't convict me because I'm <u>not guilty</u>. Now that's the truth.

REMUS
I'm glad you said that.

Remus stands up from behind his square table and walks over towards a wall with a large black tarp covering it. The huge tarp is taped to the ceiling and runs down to the studio's floor.

REMUS (CONT'D)
You know they say that justice is blind.

Remus yanks the black tarp off of the wall. As the tarp falls to the floor, the studio's recording booth is revealed, with a thick plexi-glass wall separating the recording booth from the engineer's room. Through the glass, inside the recording booth, are twelve seated PEOPLE, in two rows of six, also handcuffed to their chairs with black sacks covering each one of their heads.

To the front of the room sits a metallic ribbon microphone which is connected to a microphone stand.

REMUS (CONT'D)
Tonight, for the first time in the history of mankind, justice will be truly blind. We'll present our cases to these wonderful volunteers and whatever verdict they render will be final. Judge, bailiff, may I have a quick word in chambers?

Pooh Bear and Duck double-time over to Remus who pushes through a door and they follow him inside.

INT. BATHROOM - CONTINUOUS - NIGHT

Remus, Pooh Bear, and Duck enter a shadowy bathroom. It hasn't been cleaned in years, no tissue on the roll, cobwebs, and grime runs along the walls. One light bulb rests over their heads and the glass mirror over the grubby sink is cracked.

REMUS
Thank you for again for this. I know its probably going to cost us our lives.

POOH BEAR
Look fam, Rome was our boy. We put a lot of work in on these streets, but he was a good dude. You went to college though, Ream. You shouldn't be throwing everything away for dis cop.

DUCK
Bear is right. Your brother was proud that you never got into the life. After what we've done tonight, you're as good as dead.

REMUS
I died when my brother died. Some things just need to be said. If we don't do it, nobody will. I can't turn back. I'm sure they're looking for us right now. If you want out, now's the time.

Pooh Bear and Duck glance at one another before turning their attention back to Remus.

POOH BEAR
I'm in . . . all the way.

DUCK
. . . Court is in session.

INT. POLICE STATION - NIGHT

Captain Norton, has pulled up a rolling chair to the mounted TV screen in the police station bull pen. He stares at the television desperately like he's in a trance. Not even blinking. The station has cleared out and is as quiet as a cotton ball hitting the floor. Sargent Turner emerges from a back room and speed walks over to the Captain with a thick file folder tucked under her arm.

SARGENT CYNTHIA TURNER
I got the file. What did I miss?

CAPTAIN NORTON
What did you miss? Well, let's see. Remus is putting Officer Tully on trial for his brother's murder. If he's found guilty, he says he's going to kill him.

SARGENT CYNTHIA TURNER
(confused)
Put him on trial how?

CAPTAIN NORTON
(sighs)
He's fashioned that studio like a court room and has twelve other hostages in the sound booth listening in, I guess.

SARGENT CYNTHIA TURNER
What? Let me see?

CAPTAIN NORTON
(pointing to TV)
They're right there. In that back room.

Sargent Turner walks up to the monitor, staring at the shackled Officer Tully, but also observes the jury through the Plexiglas, seated in two rows of six, with the black sacks covering their heads.

SARGENT CYNTHIA TURNER
He's insane. He kidnapped thirteen people?

CAPTAIN NORTON
That's what it looks like. Where are we on finding Tully?

SARGENT CYNTHIA TURNER
I've got every available cop, checking every studio all over town so it could take a while. Here's the file. You wanna take a look?

CAPTAIN NORTON
Yes, but right here. I want to keep my eyes on this situation.

Captain Norton and Sargent Turner cop a squat at a desk just a few feet away from the TV screen.

CAPTAIN NORTON (CONT'D)
Just give me the gist. Internal Affairs handles police shootings so I was hands off on Tully's case.

SARGENT CYNTHIA TURNER
I heard a rumor that the family is suing for one hundred million dollars. Is that true?

CAPTAIN NORTON
Sure are. They wont get that much. The number alone is ludicrous.

SARGENT CYNTHIA TURNER
Of course they wont get that much, but still.

CAPTAIN NORTON
But, what?

Sargent Turner takes a deep breath and shakes her head.

SARGENT CYNTHIA TURNER
But what is the value of a human life, Captain? You have three grandkids, right?

CAPTAIN NORTON
I do.

SARGENT CYNTHIA TURNER
Well then, what are their lives worth to you? A dollar amount, I mean? You can't put a price on a person's life.

Annoyed, Captain Norton taps his fingers on the table.

CAPTAIN NORTON
Sargent, we're wasting time.

SARGENT CYNTHIA TURNER
(flips open file folder)
You're right. So basically Tully pulled over Romulus Johnson, here is his jacket, during a routine stop for not signaling on a lane change.

Sargent Turner hands Captain Norton the weighty file for Romulus Johnson.

CAPTAIN NORTON
Yeah, I've seen his jacket. Died at twenty-nine, in and out of juvi as an adolescent.
(skimming over the file)
Possession, possession, possession with the intent to distribute. He did a couple of smaller stretches and fourteen months for selling to an undercover cop.

SARGENT CYNTHIA TURNER
Yes, and he was on probation at the time of the shooting. What's going on now in there? I only see Officer Tully.
(looking up at the TV)

CAPTAIN NORTON
Remus and the other two went somewhere off camera. Do you think Tully knows they're recording this?

SARGENT CYNTHIA TURNER
I doubt it. Oh and I have the identity of those other two men in the room.
(hands Norton two more files)
Their names are Carter Duckworth and Pernell Holland. They were known associates of Romulus. I put ABP's out on them as well.

Captain Norton stands to his feet and paces the room as he watches Officer Tully on the TV screen.

SARGENT CYNTHIA TURNER
(CONT'D)
Don't worry, Captain. We're going to find him, sir. You want some more Joe?

CAPTAIN NORTON
(shaking his head)
Sure, and we've got to find him. Tully has a wife and ten year old son. I mean a blinker?

SARGENT CYNTHIA TURNER
(confused)
Excuse me, sir?

Captain Norton looks up at the TV screen in exhaustion, watching Officer Tully in chains.

CAPTAIN NORTON
A blinker. A freakin' turn signal, Sargent. This is all happening because of a blinker?

SARGENT CYNTHIA TURNER
Captain, with all due respect, this case has nothing to do with a blinker.

Sargent Turner walks off towards to put on another pot of coffee. Captain Norton just stares at her as she leaves.

INT. RECORDING STUDIO - NIGHT

Remus, his revolver now clutched in his right hand, walks out from his bathroom meeting with Pooh Bear and Duck, who are following behind him. Remus cuts his eyes at Officer Tully, before taking his seat behind the small table just a few feet next to him. Tully looks disheveled, watching his three captors return to the room as beads of sweat have congregated across his forehead. Pooh Bear takes his seat at the long table, in front of the two smaller tables where Officer Tully and Remus are sitting, while Duck walks over and stands near Pooh Bear.

REMUS
Duck, can you cue the sound?

DUCK
I got you.

Duck walks over to a laptop computer, near some other studio equipment, mixing boards, speakers, an old drum set, and a few microphone stands. He hunches over and strikes a few keys on the laptop's keyboard.

REMUS
(looking over to Tully)
Once Duck powers on the sound, Officer Tully, the jury in that booth will be able to hear out every word. Choose them carefully.

OFFICER KYLE TULLY
I got nothing to hide. I was doing my job!

On Remus's nod, Duck mashes the 'Enter' key and a red light-bulb illuminates inside the recording booth with the twelve jurors. Duck then steps back over to stand near the door. Duck, standing with his arms folded, blurts out a chuckle to the chagrin of Officer Tully.

OFFICER KYLE TULLY
(CONT'D)
What's so funny?

DUCK
(crossing his arms)
I've been to court so many times that I know this part by heart. Court is now in session. The honorable judge Pooh Bear is presiding.

POOH BEAR
(reclining in his seat)
Just call me Judge swag. You feel me?

OFFICER KYLE TULLY
(rolling eyes)
This is such a sham. They're going to put all of you under the jail. You got thirteen hostages and you think you're walking away from all of this?

POOH BEAR
Hey! Court is in session, Officer Tully. The jury can hear you. No more outbursts.

OFFICER KYLE TULLY
Or what?

POOH BEAR
Or I smack you in the face with my bawled up fist.

Pooh Bear picks up his court procedural document and begins reading it.

POOH BEAR (CONT'D)
(reading document)
Members of the jury, you are here to determine the guilt or innocence of you, officer Kyle Tully, in the shooting death of Romulus Johnson. The charge is murder in the second degree. Remus, you wanna make your opening statements?

REMUS
Yes, I do.

POOH BEAR
Go ahead, playa.

Remus clears his throat, gesturing for Pooh Bear to straighten up. Pooh Bear, who was still reclined in his seat, sits up straight and adjusts his posture in an upright position.

POOH BEAR (CONT'D)
I mean, ugh . . .
(eyes bouncing over document)
Proceed, ugh, consul.

Remus rises to his feet and walks over to the Plexiglas that's separating the jury's recording booth from the main engineering room. Remus stares through the glass, at the twelve, handcuffed, jury members with their faces covered with black sacks. Remus stares at the jury, and exhales, shaking his head in frustration.

REMUS
Ladies and gentlemen of the jury, let me first apologize for bringing you here tonight, against your will. Unfortunately, this was the only way to get impartial justice in this case. No matter what your final decision is, you will be freely released when this is over. Here are the facts. . .

Remus turns away from the Plexiglas and faces Officer Tully, sitting still as a stone in his chains.

REMUS (CONT'D)
On the night of January 24th, of last year, Officer Kyle Tully, the defendant, pulled our car over for failing to use a turn signal while changing lanes. I showed him all the proper and necessary ID, but Officer Tully neligently killed my brother in the process.

OFFICER KYLE TULLY
I didn't kill that boy! He was acting erratic. Your brother was a criminal with a rap sheet longer than a roll of toilet paper.

Pooh Bear leans forward, pointing his index finger at Officer Tully.

POOH BEAR
You'll get your turn, officer. I wont warn you again.

Tully grinds his teeth, his eyes riveted back over to Remus, giving him the floor to speak.

REMUS
Thank you, your honor.

POOH BEAR
You good, dog.

REMUS
As I was stating, my brother didn't need to get killed and his past criminal record has nothing to do with this case. No victim of violence deserves to get killed just because they made past mistakes in their life.

Remus shoots a look over to Officer Tully before he steps over to the Plexiglas.

REMUS (CONT'D)
Now for the members of our jury, second degree murder is when you intended to cause a death, but the killing wasn't pre-mediated.

Remus glances back over to officer Tully, wrinkling his face at the officer.

REMUS (CONT'D)
Do I think Officer Tully planned to kill my brother when he pulled us over? No, but did he intend to cause his death when he shot him? It should have never happened and I'm going to prove that tonight. Thank you.

Remus steps over to his small table and takes his seat. Ignoring Remus's icy stare, Tully rolls his eyes over to Pooh Bear, but says nothing.

REMUS (CONT'D)
You kept interrupting me. Now you can speak and you got nothing to say?

OFFICER KYLE TULLY
(scoffs)
What do you want me to say? That I'm going to entertain this little fantasy trial of yours? Please, you have to know, as a grown man, this is pathetic.

REMUS
I'm not looking at a man. All I see is a boy.

OFFICER KYLE TULLY
Now I know it's something wrong with you.

REMUS
Oh, I'm fine. It's you officer, who hasn't grown up. Sure your foot size grew and your voice got deeper, but if you can't defend your own actions as a man, you're just a boy living in a man's body.

OFFICER KYLE TULLY
That trick isn't going to work on me.

REMUS
No tricks, Officer Tully. I'm giving you the unique opportunity to truthfully stand behind the decisions you made and be a man. If you can't be honest with yourself, than you're indeed boy and thus incapable of representing yourself. I would have no choice but to enter a verdict on your behalf . . .

Officer Tully sighs in frustration.

OFFICER KYLE TULLY
. . . So can I go now?

POOH BEAR
(shaking head)
You're up, officer.

OFFICER KYLE TULLY
Good evening, good people. I know you're confused and I'm sure a little scared right now, but rest assured, everything is going to be alright. My name is officer Kyle Tully. I'm a thirteen year vet on the police force. I have a wife and a ten year old son and I love to serve my community. This incident was unfortunate, but my shooting was justified. There was a threat and I had to eliminate it. I will prove my innocence tonight and I won't let anything happen to you all.

REMUS
(rising up quickly from his chair)
Objection, your honor. Officer Tully is in no position to guarantee anything to the jury. He must stick only with the facts and his defense.

POOH BEAR
(scratching head)
You right, he can't. You win that one, Ream.

REMUS
Stick to the notes, Judge. Sustained means you're upholding my position. Overruled means you're siding with him.

Pooh Bear lifts up the piece of paper with his procedural notes on it, squinting at the lined paper like its words are written in Chinese.

POOH BEAR
Got you, bruh. Sustain. Stick to the case, Officer. You got anything else to say?

OFFICER KYLE TULLY
I do. I'm deeply sorry that a young man lost his life, but I'm not sorry for doing my job. I'm innocent of this crime. Thank you.

Officer Tully smirks at Remus, seated at his table.

POOH BEAR
(looking over his notes)
Okay, Ream. You ready to call your first witness?

REMUS
I am, your honor. Duck, can you please go bring in our first witness?

Duck nods and slips out the front door of the studio.

OFFICER KYLE TULLY
You brought actual witnesses?

REMUS
Of course I did.

Duck reopens the studio's front door and steps inside with MRS. GLORIA JOHNSON, mid-60's, Creole accent flora dress, and bifocals, on his arm.

REMUS (CONT'D)
The prosecution calls Mrs. Gloria Johnson to the stand, mother of the deceased, Romulus Johnson.

OFFICER KYLE TULLY
(astonished)
Your mother? She wasn't even there.

Duck escorts Mrs. Johnson to the small table, adjacent to long table where Pooh Bear is seated, which is serving as the witness stand.

DUCK
Please raise your right hand, Mrs. Johnson.

Mrs. Johnson lifts her wrinkly right hand in the air.

DUCK (CONT'D)
Do you swear to tell the truth, the whole truth, and nothing but the truth so help you God?

MRS. JOHNSON
Too old to lie now, shuga.

Duck pulls Mrs. Johnson's chair out and helps her take her seat. He forces out a faint grin at Mrs. Johnson before returning back over towards the door.

INT. POLICE STATION - NIGHT

Captain Norton, a cup of cold Joe clinched tightly in his hand, has his eyes glued unwaveringly to the TV screen in the station. He watches in disbelief as Remus's mother takes the witness stand. Two other POLICE OFFICERS, look on with Captain Norton, equally as flabbergasted at what is unfolding inside the studio.

CAPTAIN NORTON
Sargent! Get in here!

Speed walking, Sargent Turner, hastens towards Captain Norton with a small file folder in her hand.

SARGENT CYNTHIA TURNER
Did something happen?

CAPTAIN NORTON
He's got his mother in there for goodness sake.
(motions up to the screen)

Captain Norton is uneasy and on edge. He can't even drink his coffee.

SARGENT CYNTHIA TURNER
(confused)
Whose mother?

CAPTAIN NORTON
Remus's mother. She's taking the stand Where are we on finding this guy?

SARGENT CYNTHIA TURNER
Every cop on the street is looking. And Rome's brother doesn't have a file. He's never been collared.

CAPTAIN NORTON
Well, he should have. He's clearly insane. He must have jaywalked at some point! Come on!

SARGENT CYNTHIA TURNER
No sir, I checked twice. Not even a parking ticket.

POLICE OFFICER #1
You think she's in on it?

SARGENT CYNTHIA TURNER
(scoffs)
That old lady? I doubt it.

CAPTAIN NORTON
Who knows at this point. I've never seen anything like this in thirty years on the force. We need you to find this guy, like yesterday. I gotta bad feeling about this. . .

INT. RECORDING STUDIO - NIGHT

Mrs. Johnson is seated at the witness table with Judge Pooh Bear sitting next to her at his long table. In front of them both, at opposite tables, are Remus and Officer Tully.

POOH BEAR
You may proceed, Remus.

Glancing down at his notes, Remus looks up and smiles at, Mrs. Johnson.

REMUS
Mrs. Johnson . . .

MRS. JOHNSON

Now you can quit wit that right now. I know you got more degrees than a thermometer, but I ain't neva gonna be Mrs. Johnson to you. You done called me Mama since you had two teeth in ya gums. Don't start getting fancy now, son.

Remus chuckles and stands from his seat. He walks over to Mrs. Johnson and takes her hand. She stares at Remus, wearing a smirk on her face.

REMUS

Mama.

MRS. JOHNSON

Don't Mama me. Ima tell you right now, I don't approve of what ya doing here, son. This aint right. I raised you betta than this, didn't I?

REMUS

. . . You did, Mama.

Mrs. Johnson smacks Ream's hand like she's trying to squash a mosquito.

MRS. JOHNSON

(raising voice)

Don't give me that. You know right from wrong. Them people back there scared, he scared, and it shouldn't have come to this.

OFFICER KYLE TULLY

I'm not scared.

MRS. JOHNSON

Then why you over there, quieter than a mouse peeing on cotton? Please don't interrupt me, officer. I'm speaking to my only <u>living</u> child. Thanks to you.

REMUS

I could have done this another way, but Mama, I need to ask you some questions, and I need you to be honest with me.

MRS. JOHNSON

I ain't got no reason to lie to you, son.

REMUS

So the jury is made aware, Mrs. Johnson --

Mrs. Johnson clears her throat heavily to get Remus's attention.

REMUS (CONT'D)
I mean, Mama, wasn't there the night of the shooting, but can you talk a little bit about your son? Who was he really? You knew him better than anybody. I want the jury to know the man who lost his life.

Mrs. Johnson perks up in her chair.

MRS. JOHNSON
Romulus was an amazing son. You and him both came early, only four pounds apiece at delivery. He was smart and handsome, just like you. He did love women. Speaking of which, you need to settle down. You aint getting any younger and I want some grand-babies.

REMUS
Mamma.

MRS. JOHNSON
He was a good boy, but serious. His flaw, and we all got 'em, was his impatience. He couldn't wait for water to turn wet.

REMUS
Is that how you saw him?

MRS. JOHNSON
. . . I loved my son, but he wanted everything, all at once. That's why he started dealing. I told him that there was no life in doing the wrong thing. He just didn't believe me.

REMUS
Was your son violent?

MRS. JOHNSON
No, he wasn't. He was never arrested for anything like that. Lord knows I miss him. May I speak to Officer Tully for a moment, son?

OFFICER KYLE TULLY
Mrs. Johnson, your son is in a lot of trouble right now. If you care at all about him, you need to tell him to let me go and to let these people go.
(MORE)

OFFICER KYLE TULLY
If he doesn't, you might end up with no sons at all.

MRS. JOHNSON
I stopped changing diapers a long time ago. This is his mess. He's gonna be the one to clean it up.

Well then, Mrs. Johnson, I don't have much to say to you. I'm here against my will.

MRS. JOHNSON (CONT'D)
Don't worry, I can do all the talking.

Mrs. Johnson gets up from her seat. Duck motions to come over and assist her, but she waves him back off.

MRS. JOHNSON (CONT'D)
I'm fine unless you gonna carry me.

Duck politely shakes his head 'no' towards Mrs. Johnson on the stand. She rises to her feet and walks over to Officer Tully. Mrs. Johnson steps right beside Officer Tully, but not before sliding Remus's chair over to his desk. The legs of the chair emit a low-pitched purr as Mrs. Johnson drags her seat right up beside officer Tully. Still handcuffed to his chair, Tully is unable to look away from her as Mrs. Johnson is seated only a mere foot away from him.

MRS. JOHNSON (CONT'D)
(sitting down)
Good evening, sir.

OFFICER KYLE TULLY
Ma'am.

MRS. JOHNSON
I was wondering if I ever spoke to you face to face, what would I want to say to you? After you killed my boy, I was too numb to really think about it.

OFFICER KYLE TULLY
So you planned this with your other son?

MRS. JOHNSON
(snickers)
No sir, I didn't. Do you have any children, Mr. Tully?

OFFICER KYLE TULLY
A son.

MRS. JOHNSON

How old?

OFFICER KYLE TULLY

Ten.

MRS. JOHNSON

Oh, he's barely a tadpole. Now when you shot my boy, and the news was coming out about it, when everyone was marching in the streets because of the outrage, what did you tell your son about what happened?

Officer Tully takes a deep breath and shrugs his shoulders.

OFFICER KYLE TULLY

. . . I told him that daddy has a very tough job. That sometimes he makes decisions that can potentially be life or death choices. He's young, but he gets it. That's why I'm his hero.

MRS. JOHNSON

So you play God on the job?

OFFICER KYLE TULLY

We protect and serve. Things can always happen in this line of work.

MRS. JOHNSON

But officer Tully, <u>everyone</u> has a bad day at work. Eventually, if she works long enough, a waitress will break a dish.

OFFICER KYLE TULLY

What's your point?

MRS. JOHNSON

Did you have a bad day the night you killed my boy? Did he really need to die?

OFFICER KYLE TULLY

(rolling eyes)

Mrs. Johnson . . .

MRS. JOHNSON

Look at me, officer!

Mrs. Johnson suddenly grabs a handful of Officer Tully's chin with her hand. She propels his face violently towards hers, so he can look her square in the eyes.

OFFICER KYLE TULLY
Take your hands off me!

Tully, abruptly jerks his face away from Mrs. Johnson's grasp. Mrs. Johnson and Officer Tully are face to face, just a few inches from one another.

MRS. JOHNSON
(raising voice)
They were leaving a wedding! Did you see their suits when you first came to the car?

OFFICER KYLE TULLY
(flustered)
Don't touch me again, Mrs. Johnson.

MRS. JOHNSON
You stated in the investigation that you thought his insurance card was a weapon. You really believe that?

OFFICER KYLE TULLY
That's what I saw.

MRS. JOHNSON
(scoffs)
Sure, so two black men, left a wedding, set on killing a random police officer on the way home? That's crazier than a one tree hammock!

Mrs. Johnson freezes Officer Tully with a draconian look. All pretense of politeness is gone.

OFFICER KYLE TULLY
I don't have to listen to this! Your son was a criminal. That might be hard for you to accept, but he was. I was doing my job! Maybe had you done yours, he'd still be here.

REMUS
How dare you speak to my mother that way!

MRS. JOHNSON
Leave it be, son. This officer knows that killing aint in his job description. My son had his problems, but that got nothing to do with what chu did. You broke some dishes that night. It should never have happened.

OFFICER KYLE TULLY
Are you done, Mrs. Johnson?

Mrs. Johnson looks away for a moment, her eyes filling with tears.

MRS. JOHNSON
(wiping her tears away)
You don't even see it. You took a life, snatching everything my son was and would have been.

OFFICER KYLE TULLY
He was reaching for something!

MRS. JOHNSON
(pointing at Tully)
Yes, what you asked him for! He was my first child! I carried him and pushed him into existence. Ten hours of my blood and sweat, gone in a second! You never apologized, you never reached out to me, because you're not sorry.

OFFICER KYLE TULLY
I won't apologize for doing my job. He reached.

MRS. JOHNSON
(raising voice)
If your ten year old had reached, would you have shot him four times?

Dead silence. Officer Tully, shakes his head, glancing away from Mrs. Johnson.

MRS. JOHNSON (CONT'D)
Despite what you may think about my son, he was an amazing man, not looking to take your life that night. He didn't deserve this.

OFFICER KYLE TULLY
And I don't deserve this.
(jerking his chains)

MRS. JOHNSON
(nodding head)
I can agree to that, but you need to know, from my mouth, that my son is not among the living because of the judgement call you made. If on your job, you're going to play God, you can't afford to break not even a single dish.

Mrs. Johnson stands up, seemingly now resigned, and slides her chair back under the prosecution's table.

She steps slowly, inching towards the exit door in the studio.

MRS. JOHNSON (CONT'D)
I'm sorry for grabbin' your face, Officer. Son, I don't approve. In an hour, I'm calling the police and telling them where you are. You understand?

Both Duck and Pooh Bear are stunned, their mouthes swing open. Officer Tully, exhales a breath.

POOH BEAR
(confused)
Wait? You're what?

MRS. JOHNSON
You heard me. Right is right, son. One hour, no more.

Duck slides over to block the studio's exit door from Mrs. Johnson.

POOH BEAR
(startled)
You're calling the cops on us?

DUCK
Can't let you leave, Mrs. Johnson.

MRS. JOHNSON
Excuse me? I can go around or through you.

REMUS
Step aside, Duck. That's my mother and she's right. We all know how this is going to end.

Stymied, Duck moves out the way in frustration. With her path cleared, Mrs. Johnson walks out of the studio, shutting the door behind her.

INT. POLICE STATION - NIGHT

Captain Norton and Sargent Turner, along with the two other Police Officers, BLAKE and FARETTI, in the bull pen, stand as still as statues, watching the events on the TV screen unfurl live. HAWKINS, mid-thirties, round glasses, slacks, polo, with a cup of coffee in his hand, types at a laptop which has a cable connected to the TV on the wall.

Everyone's eyes are piercing at the screen, observing Mrs. Johnson walking out of the recording studio. Captain Norton finally moves, snapping his attention over to Sargent Turner.

CAPTAIN NORTON
(pointing to screen)
That's it. The mother. She knows where Tully is. She's going home. I'm sure of it. Blake, Faretti, go pick up the mother. Dispatch will send you the address. Let's move.
(to Police Officers)

Both Police Officers walk speedily out of the police station. Captain Norton rubs his forehead apprehensively, but keeps his gaze locked on the mounted TV.

SARGENT CYNTHIA TURNER
Hawkins, any luck on locating the feed yet?

HAWKINS
(yawning)
Negative. This is streaming live, but from a server on the dark web. I need more time.

CAPTAIN NORTON
We don't have more time, Hawkins. Any word yet on the street, Sargent?

SARGENT CYNTHIA TURNER
Not a peep. We went by Tully's house, but nobody was home. His wife is out of town with the son. They're with relatives while things blew over with the media fire-storm around the shooting. What are you thinking?

Captain Norton scratches his balding head attempting to relieve his anxiety.

CAPTAIN NORTON
The way I see it we got an hour before we gotta call IA and the big boys in. What you got on the other two accomplices?

SARGENT CYNTHIA TURNER
They used to be in a crew with the deceased brother. Remus probably needed their help to pull all this off.

CAPTAIN NORTON
(lowering voice)
Okay look, when they bring the mother in, we'll get the location and bring Tully in ourselves. Can't leave anything to chance.

INT. RECORDING STUDIO - NIGHT

Once Mrs. Johnson departs from the studio, Duck pounds his fist on the door. Walking over to the laptop by the mixing board, Duck forcefully mashes a few keys on the keyboard before storming over to Remus and Pooh Bear. The red light in the recording booth goes dark.

DUCK
I killed the sound to the jury. Is your mom really going to call the cops here?

REMUS
Without a doubt. She would have gone through you to get out too.

DUCK
So we got one hour before they bust in here, guns blazing?

REMUS
You afraid to die, Duck?

DUCK
(unsettled)
What kind of question is that? Rome used to ask me that all the time. We put in work in the streets. Things I can't even say out loud. I aint scared, Ream, I just want more control of the situation.

OFFICER KYLE TULLY
Trouble on the farm, fellas?
(faint smile)
Just turn me loose now. I'll say you all cooperated. You know this is ending badly.

DUCK
(to Tully)
Shut your mouth!

POOH BEAR
Duck is right, Ream. We got one of their own. When they come in, it wont be pretty. If you gonna waste him anyway, why not just do it now?

REMUS
Because if I do, I'm no better than he is. The jury will decide his fate. We just have to speed it up.

Duck returns to the laptop to cue the audio in the sound booth where the twelve masked jury members are seated. Once Duck strikes the laptop's keys, he gives a thumbs up to Remus, and the red light bulb in the sound booth flicks back on.

POOH BEAR
Are you ready to call your next witness, Ream?

REMUS
I am. I'm calling myself, Remus Johnson to the stand.

Remus walks over to the witness table and slowly sits down next to Pooh Bear.

OFFICER KYLE TULLY
You can't call yourself as a witness.

REMUS
I have to. The only two living witnesses who were present on the night of the shooting are you and I. The jury needs to know what happened.

POOH BEAR
Can you describe the events that unfolded on the night that Romulus Johnson was killed?

REMUS
(sits up)
Yes, my brother and I had just left a wedding. Our friend Jerome just got married. We left the reception and were pulled over near an intersection.

POOH BEAR
Go on.

REMUS
Officer Tully pulled us over, stating that we failed to use the turn signal during a lane change. I gave him the license, but I couldn't find the registration. The whole thing was stupid from the get go.

POOH BEAR
Stupid how?

REMUS
Officer Tully asked to search our vehicle and I told him no. Why did he need to search the car for a turn signal? He was upset about that. My brother, remembering where the registration was, reached into the side panel to get it and Officer Tully shot him to death. It all happened in under a minute.

OFFICER KYLE TULLY
That is not how it happened.

Pooh Bear reaches into his pant's waistband, and removes a chrome .45 Caliber pistol with black tape wrapped around the handle. He slams it on the long table where he's seated and malevolently looks over to Officer Tully. Pooh Bear places his large index finger over his mouth, indicating the muteness desired from Officer Tully.

POOH BEAR
You'll get your turn, Officer. What happened next, Ream?

REMUS
Before I can even react, Officer Tully is yanking me from the car, my brother's blood still on my shirt. He slams me to the ground and cuffs me. I'm screaming at the top of my lungs. You shot my brother! Why did you shoot him?

OFFICER KYLE TULLY
You know why I shot him. He was reaching for something. I couldn't see his hands.

Remus snaps and leaping out of his chair in a vicious arc, swipes up Pooh Bear's .45 Caliber, and jolts over to the sitting Officer Tully. With the gun pointed straightway at Officer Tully's cranium, Tully tenses up. Pooh Bear stands up from his chair, but doesn't move.

REMUS
(screaming)
He reached for nothing, but what you asked for! You may have lied to that grand jury, but you're gonna tell the truth tonight!

POOH BEAR
Ream?

Duck slowly walks over to Remus.

DUCK
Ream, you sure this is how you wanna do it?

REMUS
I'm just tired of his lies, Duck! I asked if he could let us go with a warning, but he insisted!

OFFICER KYLE TULLY
Oh, you're feeling so strong with that gun in your hand, huh?

REMUS
No stronger than you did that night! We were two black men, dressed up, not bothering anybody!

OFFICER KYLE TULLY
(raising voice)
You were breaking the law! And you better get that gun out my face!

Duck makes it over to Remus, standing right beside him.

DUCK
Come on, man. Put it down.

REMUS
A turn signal? He lied to that grand jury. He said that his weapon wasn't drawn already, but it was.

Duck slowly places his hand on the barrel of the gun Remus is holding to Officer Tully's face, and eases the weapon down. Remus hand is shaking, but he releases the weapon to Duck.

DUCK
I'll hold on to this.

Pooh Bear breathes a sigh of relief and slowly sits back down in his seat.

OFFICER KYLE TULLY
You say my weapon was drawn, but you don't know that.

REMUS
No, I do know, because I heard you unsnap it. You shot my brother in one motion. There was no hesitation and that's why you're guilty.

OFFICER KYLE TULLY
That's not what happened! He was reaching!

Remus rubs his face with both hands, unable to calm himself down. He takes a step back from the chained up Tully, bawling up both his fists.

REMUS
You keep saying that! Do you have any idea the fear I get as a black man when I'm pulled over by the cops? I gripped that steering wheel so tight that night you pulled us over, I thought it would break in my hands. My heart was racing, I was scared, and knew I hadn't done anything wrong. I get that feeling every time I get pulled over.

Infuriated, Remus punches his fist forcefully into his hand.

OFFICER KYLE TULLY
If you aren't in the wrong, you shouldn't be afraid.

REMUS
Are you out of your mind? Unarmed black men are being killed at a ratio of seven to one versus whites.

OFFICER KYLE TULLY
(rolling eyes)
There you go, pulling the race card. This has nothing to do with your race. Your brother was a criminal!

REMUS
What planet are you on? Look at any study? FBI to Harvard . . .

Remus steps over to his table and quickly snatches a piece of paper from off his file on the tabletop.

REMUS (CONT'D)
(reading paper to Tully)
Blacks are more likely to get stopped, more likely to get stopped for minor offenses, <u>like</u> <u>turn</u> <u>signals</u>.
(glances up at Tully)
More likely to have our cars searched, more likely to have our cars searched without our consent, more likely to be profiled.
(MORE)

REMUS (CONT'D)
We get pepper sprayed more, batoned more, we're bitten by canines more, more likely to get handcuffed, more likely to get handcuffed even if we aren't arrested, more likely for officers to demand compliance even when they lack legal authority, and finally more likely to be killed unarmed at a rate of three to one to whites.

POOH BEAR
(stunned)
Damn.

DUCK
Is all that really true, Ream?

Remus slowly nods his head.

REMUS
Unfortunately, Duck.
(turns to Tully)
Officer, if you think race is not in the equation, you're either a racist, dumb, or ignorant.

OFFICER KYLE TULLY
I'm not racist!

REMUS
(raising voice)
Only you know that. You pulled us over for not signaling, yet there weren't any other cars around us. What imminent danger to society were we posing?

OFFICER KYLE TULLY
You broke the law!

REMUS
(raising voice)
And so did you when you lied about what happened! All cops aren't bad and all police officers certainly aren't racist, but there is a problem nonetheless.

OFFICER KYLE TULLY
(scoffs)
And you got it all figured out, huh? Cops don't have a problem with black people. Our problem is with crime. We protect you just like we would anybody else.

REMUS
You shouldn't fear the ones who are sworn to protect you.

OFFICER KYLE TULLY
Your mom ever beat you as a child?

REMUS
(puzzled)
What?

OFFICER KYLE TULLY
Did you ever get spanked as a child?

REMUS
If I acted up.

OFFICER KYLE TULLY
You cry?

REMUS
You just met my mom. What do you think?

OFFICER KYLE TULLY
So when you did the wrong thing, you got punished for it. Sounds familiar to what we do everyday, huh?

REMUS
. . . But my mother never killed me.

INT. POLICE STATION - NIGHT

Police officers, Blake and Faretti, enter the police station, escorting Mrs. Johnson, handcuffed, up to Captain Norton and Sargent Turner. The Sargent has to nudge Captain Norton to break his gaze away from the TV screen. Hawkins and another officer are looking over his laptop trying to trace the video on the TV.

CAPTAIN NORTON
(calling out to Blake and Faretti)
It's about time. Take her to interrogation.

Blake nods and veering to his right with Faretti, guides Mrs. Johnson to a door. The two officers walk through it with Mrs. Johnson in tow.

CAPTAIN NORTON (CONT'D)
(to Sargent Turner)
She doesn't need to see this.

Captain Norton checks his digital watch.

CAPTAIN NORTON (CONT'D)
I'm going to have to phone the Commissioner within the hour.
(rubs furrowed brow, sighs)
He'll have to get out of bed. This is a total fiasco.

SARGENT CYNTHIA TURNER
You wanna interrogate her or should I? One of us needs to stay here.

CAPTAIN NORTON
I'll go. Come get me if something happens.

INT. INTERROGATION ROOM - NIGHT

Captain Norton enters a bleak room. Four colorless walls, but one of them is a double-sided glass window. In the dead-center of the room, a generic metal table, and two metal chairs are tucked under the table at opposite ends. Mrs. Johnson is seated at the table, her hands folded, with a placid demeanor as Captain Norton sits down in front of her.

CAPTAIN NORTON
(scooting his chair up to the table)
Mrs. Johnson, I'm skipping the formalities. You can understand why. Where is your son?

MRS. JOHNSON
And good evening to you too, sir. What's your name?

CAPTAIN NORTON
I'm Captain Norton. Where is your son?

MRS. JOHNSON
Parkside cemetery. I visit him every week on Fridays.

CAPTAIN NORTON
(raises tone)
Your other son, Mrs. Johnson.

MRS. JOHNSON
Captain sounds important. So do you run this entire precinct? How many officers do you oversee?

CAPTAIN NORTON
Mrs. Johnson, you're my elder so I'm trying to be as nice as I can here.

MRS. JOHNSON
Not by much. You aint no spring chicken.

CAPTAIN NORTON
Be that as it may, where is your son, Remus Johnson? I know you know where he's holding Officer Tully.

MRS. JOHNSON
Who?

CAPTAIN NORTON
Obstruction of justice is a felony, Mrs. Johnson. You not telling me only hurts yourself. If my officer is harmed or worse, you'll be looking at manslaughter.

MRS. JOHNSON
(checking watch)
What time is it? I think my battery died.

Captain Norton bangs his fist on the table with a loud thud.

CAPTAIN NORTON
(screaming)
The time doesn't matter and yours is almost up! Where is your son and my officer!

Mrs. Johnson doesn't flinch, cracking the faintest of smiles.

MRS. JOHNSON
(calm)
So you're the bad cop, huh? Let's be clear, I don't like this situation anymore than you do.

CAPTAIN NORTON
I saw you in there. You sure you want to spend your retirement years in a five by nine?

MRS. JOHNSON
My watch says ten twenty-seven. At eleven, I'll tell you what you want to know.

CAPTAIN NORTON
You don't have that long.

MRS. JOHNSON
Sure I do. Now may I ask you a question?

CAPTAIN NORTON
(irritated)
What?

MRS. JOHNSON
When a person is killed by one of the officers under your command, what is typically the process to follow?

CAPTAIN NORTON
Mrs. Johnson . . .

MRS. JOHNSON
Indulge me. Nobody from your department bothered to offer even a single condolence to my family in this tragedy.

Vexed, Captain Norton flashes a disingenuous grin.

CAPTAIN NORTON
Mrs. Johnson, officially we can't issue any apology for shootings of any kind.

MRS. JOHNSON
Condolences and an apology are two separate things.

Captain Norton stares at the two-way glass to his right, peering back at his own reflection.

CAPTAIN NORTON
Well, your hundred million dollar lawsuit is our way of offering our condolences.

MRS. JOHNSON
Apples to oranges. Now please, what happens to an officer after a shooting?

CAPTAIN NORTON
The officer goes on leave pending an investigation of the shooting.

MRS. JOHNSON
Then what?

CAPTAIN NORTON
IA and the district attorney get involved and if they deem the shooting justified, the officer gets back to work after a psych evaluation.

MRS. JOHNSON
What is IA?

CAPTAIN NORTON
Internal affairs.

Abruptly, Sargent Turner bursts into the interrogation room. With a swift and distressing head movement, she gestures for Captain Norton to step outside the room.

SARGENT CYNTHIA TURNER
Captain . . .

INT. POLICE STATION - MOMENTS LATER - NIGHT

Captain Norton walks with Sargent Turner, from the interrogation room, back to the police bull pen.

CAPTAIN NORTON
(walking towards TV monitor)
What happened? Is Tully, okay?

SARGENT CYNTHIA TURNER
He's still alive. For now.

CAPTAIN NORTON
So what happened?

SARGENT CYNTHIA TURNER
Remus, the prosecution, they rested. He tried to get Tully on the stand to give his account of the night in question. . .

CAPTAIN NORTON
Well, what is it?

Captain Norton and Sargent Turner walk up to the TV monitor in the bull pen. Blake and Faretti, their eyes broad, are fixated on the mounted television. Captain Norton ominously looks at Officers Banks, Faretti, and Sargent Turner.

CAPTAIN NORTON (CONT'D)
(staring at TV)
Who the hell is that other person in the room?

INT. RECORDING STUDIO - NIGHT

The makeshift courtroom is set. Pooh Bear is seated at his long table presiding over the court proceedings, Remus sits at his small table on the prosecution side, with Officer Tully seated at his table to Remus's left.

Duck continues to guard the door, but an unknown MAN, in a blue, three-piece suit, crisp white shirt, and red necktie is seated on the witness stand, adjacent to Pooh Bear. The man's face is covered with the identical black sack that covers the jury's faces in the recording booth.

The unknown man is handcuffed in a similar fashion to Officer Tully; behind his back, at his ankles, and to the chair. He struggles in his chair to move, his handcuffs clanging against one another.

REMUS
(to Officer Tully)
. . . So you're sure you don't want to take the stand in your own defense? Tell your side of the story?

OFFICER KYLE TULLY
Are you deaf? I told you I'm not playing your sick little game anymore. Either release me or shoot me.

REMUS
Have it your way. Bailiff, I'm ready to call my surprise witness.

Duck walks over to the man on the witness stand.

DUCK
(shaking head)
Here we go . . .

Duck rips the black sack off of the man's face on the witness stand, jerking his head back from the force. Officer Tully's eyes nearly pop out of their sockets when he spots the individual. The man seated, GORDON KITTLEMEN, mid forties, with rectangular glasses, one of which is cracked, sits in utter trepidation as Duck, Pooh Bear, and Remus stare him down.

OFFICER KYLE TULLY
(dumbfounded)
Kittlemen?

Kittlemen, with a piece of gray duck tape wrapped around his mouth, is unable to speak, but terrified at his surroundings. His face burns red in fear.

Duck stands directly over Kittlemen at the witness stand, and leans in close to his face.

DUCK
I'm going to remove this tape. When I do, you're not going to scream or I'll put it back on. Nod if you understand?

His face covered in perspiration, Kittlemen nods his head in agreement. Duck rips the piece of duck tape from his mouth and returns back to the door.

KITTLEMEN
(eyes Remus)
Whatever you do, please don't kill me.

REMUS
That's not why you're here. . .

Kittlemen is uneasy. Fearful. His leg quivers and the handcuffs around his ankles rattle together.

KITTLEMEN
Then what do you want from me?

OFFICER KYLE TULLY
(looking around)
You're all dumber than you look. You kidnapped a cop, twelve other people, and a DA? The three of you are the walking dead.

REMUS
(to Tully)
Shut your mouth! You couldn't even take the stand and speak on your own behalf.

OFFICER KYLE TULLY
It's not a witness stand. It's a table in a crummy studio and it's the last place you'll ever be free.

A smug grin breaks over Officer Kyle's face as he stares Remus.

REMUS
Duck, can you bring the audio back into the jury room?

Duck nods, but taps on his watch towards Remus, indicating it's time to get going. Duck steps over to the laptop computer near the sound mixing board, punches a few keys, and the red light flicks on inside the recording booth where the jury is seated.

One of the twelve jury members, sitting in two rows of six, rotates their head at the end of a row. Remus nods to Pooh Bear to commence.

POOH BEAR
Ladies and gentlemen of the jury, the prosecution did rest, but we will call a final surprise witness, District Attorney Gordon Kittlemen.

KITTLEMEN
(breathing heavily)
I swear, I won't say anything. Please just let me go.

Remus stands up from his desk and walks over to the table serving as the wittiness stand.

POOH BEAR
DA Kittlemen, settle down! Ream is gonna ask you some questions and you aint gonna lie. You understand?

KITTLEMEN
Please guys?

POOH BEAR
You understand?

Kittlemen reluctantly nods his head 'yes' to agree.

REMUS
District Attorney Kittlemen, for the sake of our blind jury, can you tell us what your role was in the case of Romulus Johnson?

Full of fright, Kittlemen takes a breath, his heart racing, and swallows the lump in his throat.

KITTLEMEN
(stuttering)
I ugh, presented the, ugh, state's case to indict Officer Tully for murder in the second degree.

REMUS
You were the lead prosecutor, correct?

KITTLEMEN
I am, I mean, I was.

REMUS
And what were the findings of the grand jury?

Kittlemen looks across to Officer Tully for clarity. Tully just motions to let it be for now.

KITTLEMEN
The grand jury determined that a charge of second degree murder should not be sought on Officer Tully. He was cleared of all charges and released.

REMUS
Basically, making him free and off the hook for murdering my brother?
(KITTLEMEN)
I don't believe he murdered you brother. Romulus had an extensive criminal record and he was reaching . . .

REMUS (CONT'D)
Save it because we've been over this. For the last time, a person's record has nothing to do with it! But while we're speaking about records, what evidence did you present to the grand jury?

KITTLEMEN
I . . . I mean, I can't say. That information is confidential.

REMUS
I thought you might say that.

Remus steps back over to his table, and flipping open his folder, Remus skims through the file.

REMUS (CONT'D)
In case the jury doesn't know, only the prosecution presents their evidence at a grand jury.

OFFICER KYLE TULLY
Right, so I don't know why you're even doing this. The DA presented his case and the grand jury knew it was garbage.

REMUS
So, DA Kittlemen, after the grand jury didn't return an indictment, did they state their reasoning behind their decision?

KITTLEMEN
They ugh, didn't say specifically, but the sentiment seemed to be that they trusted the judgement call of Officer Tully.

REMUS
And what did you tell the grand jury about Officer Tully?

KITTLEMEN
What do you mean?

REMUS
For instance, did you tell them that he was a decorated veteran on the force?

KITTLEMEN
Yeah, something like that.

REMUS
But did you discuss his seven write-ups for excessive force since he's been on the job?

KITTLEMEN
Excuse me?

REMUS
His write ups? He's gotten almost one a year since he's joined the force.

Remus pulls two stapled documents from his file and lays them in front of DA Kittlemen on the stand. Kittlemen reluctantly glances down at the paperwork.

KITTLEMEN
I don't know anything about that?

REMUS
(raising tone)
But it's your job to know. Did you mention his DUI?

OFFICER KYLE TULLY
That was fifteen years ago! It had no bearing on what happened.

REMUS
No more than my brother's past record. Did you mention Tully's DUI and his documented pattern of excessive force? To the jury I mean?

Kittlemen shakes his head 'no'.

KITTLEMEN
. . . I didn't.

REMUS
Hmmm, that's interesting. What about his mistress?

KITTLEMEN
What? Officer Tully has been happily married for over a decade.

REMUS
Tully, you didn't tell Kittlemen about Sandra? She's a cop in his precinct who he's having an affair with.

POOH BEAR
(high pitched inflection)
Playa. Playa.

OFFICER KYLE TULLY
(yelling from seat)
You son of a bitch!

In a flash, Officer Tully violently jerks to free himself from his chains. His weight shifts on the chair, nearly toppling him over.

OFFICER KYLE TULLY
(CONT'D)
Who told you that! How do you know that?

REMUS
Calm down, Tully. You didn't want to take the stand, remember?

OFFICER KYLE TULLY
(wrenching at his handcuffs)
<u>When I get out of these chains</u> . . .

REMUS
Kittlemen, Tully has been making house calls at Sandra's residence for the last four months.

Pooh Bear chuckles at Officer Tully.

POOH BEAR
(sarcastic)
Yeah, he's been <u>serving</u> and <u>protecting</u> alright.

OFFICER KYLE TULLY
You've been <u>following</u> me? For how long?

REMUS
(to Pooh Bear)
Your honor, he keeps interrupting me. I can't even speak to my own witness.

POOH BEAR
Bailiff. . .

Duck walks over towards Officer Tully, rubbing his hands together in gleeful anticipation.

OFFICER KYLE TULLY
And what are you gonna to do?

Duck steps up to the seated Officer Tully, and grabbing the duck tape that was on Kittlemen's mouth, he affixes the tape onto Tully mouth. Officer Tully goes mute, but irately mutters inaudible sounds through the tape.

REMUS
So if I have this right, Officer Tully cheats on his wife, has multiple write-ups for excessive force, and has gotten a DUI?

Remus picks up the documents of evidence, in front of DA Kittlemen, and slams them to the floor.

REMUS (CONT'D)
(raising voice)
Now if I'm a private citizen and I discovered all this in a matter of months, how the hell do you expect me to believe that you, the District Attorney, with the full resources of your office, didn't have a clue as to what this man's past was like?

A long silence. Kittlemen glances at Remus's paperwork on the floor.

KITTLEMEN
I presented the facts the best way I could . . .

REMUS
(interrupting)
No you didn't. You painted my brother as a random, hardened criminal, who was shot and killed by a squeaky-clean veteran cop. Admit it.

KITTLEMEN
(upset)
Admit what?

REMUS
That you weren't really trying for an indictment. The whole thing was just a show.

KITTLEMEN
That's not true.

REMUS
Yes, it is. People were stirring the pot. They were calling for your job. Marching in the streets. That is the only reason you even charged him.

KITTLEMEN
(sighs)
Look, I'm a District Attorney. At the end of the day, I have a job to do. I'm sorry about your brother.

REMUS
No you're not so don't patronize me. All I've heard about since Rome was killed was his past record. Nobody has talked about Tully's record and it took a month for you to charge him.

KITTLEMEN
Investigations take time.

REMUS
And you expect me to believe that you never took a look at his file in all that time?

KITTLEMEN
. . . Can I leave now, please?

REMUS
We're not finished yet.

A fearful chill sprints across Kittlemen's spine and he tenses up.

KITTLEMEN
What do you want? Please, I just want to go home.

REMUS
Can you explain why Officer Tully visited you every night on the same week that he shot and killed my brother?

KITTLEMEN
(confused)
You followed me too?

REMUS
No, I followed Tully. I didn't even know who you were. I got the photos right here. Did you coach him on what to say so he would get off?

Stepping back over to his prosecution table, Remus quickly thumbs through his folder, looking for a particular document. He finds a stack of photographs, 8 x 5 inches, and picks them up, gazing upon them as a man transfixed. Remus places them in front of Kittlemen.

KITTLEMEN
Objection your honor. This is purely speculation. Counsel wasn't present so he has no knowledge of any conversation I may or may not have had with Officer Tully.

Kittlemen looks over to Pooh Bear as does Remus.

KITTLEMEN (CONT'D)
Your honor?

REMUS
Pooh Bear, that's you.

Pooh Bear was totally enthralled in the back and forth and suddenly realizes that Kittlemen is talking to him.

POOH BEAR
(grabs the paper in from of him)
Oh yeah. Sustained.

REMUS
(surprised)
What?

POOH BEAR
Well he's right, Ream. How do you know what they were talking about in his house?

REMUS
I don't know, but ladies and gentlemen of the jury, DA Kittlemen was there, at Officer Tully's house, the same week my brother was murdered. This is a clear conflict of interest.
(MORE)

REMUS (CONT'D)
My theory is that DA Kittlemen was going over the get off list with Officer Tully.

KITTLEMEN
The get off list? What the heck are you talking about?

Remus steps back to his table, lifting another document from it, and walking back up to DA Kittlemen on the stand.

REMUS
(glancing down at his paper)
The get off list are the same excuses we always hear every time an unarmed black person is killed by a police officer. He lunged towards me. I felt threatened. I was fearful for my life. He was acting hysterically. He was walking towards me. I couldn't see his hands. He wouldn't show me his hands. He wouldn't get out the car. He tried to get back in the car. He was using his car as a weapon. He wouldn't comply. He ran away. He just stood there. There was more than one of them. The gun just went off. He was resisting. He was yelling and screaming. He was acting crazy. He was angry. He was . . .

Remus gets choked up and takes a moment to gather himself. His document quivers in his palms as his eyes fill with tears.

REMUS (CONT'D)
He was . . . reaching for something.

Remus does an about face and fixes his eyes right onto Officer Tully. Unable to hold them any longer, tears flow down his red cheeks, falling on the document that Remus is holding. The jury in the recording booth, Duck, Pooh Bear, Officer Tully and DA Kittlemen, all freeze, still as parked cars, with their attention on Remus. Nobody moves, nobody speaks.

REMUS (CONT'D)
(mildly sobbing)
He was leaving a wedding! He was laughing and joking! He was just trying to live his life . . .These aren't crimes!
(voice breaking up, yelling)
Why did you do it, man? Why did you kill my brother? Was there a way that . . .
(MORE)

REMUS (CONT'D)
he could have lived because I swear on my brother's eternal soul that if that blind jury convicts you, I'm going to watch your eyes as your life leaves your body.

Remus swipes the tears off of his cheeks and pulls the duck tape off of Officer Tully's mouth. Remus, his eyes red and teary, breathes heavily as he stares down Officer Tully.

REMUS (CONT'D)
The prosecution rests!

OFFICER KYLE TULLY
. . . I'm taking the stand.

INT. POLICE STATION - NIGHT

Five humorless Police Officers, along with Captain Norton and Sargent Turner, stare up at the TV monitor in the bullpen watching Remus and Officer Tully. Hawkins continues to tinker on his laptop attempting to locate the source of the video feed. Everyone stands in one place, hypnotized.

SARGENT CYNTHIA TURNER
I didn't know Tully had that many dings on his record.

CAPTAIN NORTON
Sargent?

Captain Norton motions his head for Sargent Turner to step off to the side for a private conversation. They both move a few paces away, out of earshot of the other officers.

SARGENT CYNTHIA TURNER
(lowering voice)
This looks awful, Captain. It has collusion written all over it.

Captain Norton glances over at the other officers to make sure they aren't eavesdropping on his conversation. Observing that the other officer's pupils are glued to the TV, Captain Norton turns his attention back to Sargent Turner.

CAPTAIN NORTON
(lowers voice)
Of course it does. Kittlemen should never have been at Tully's home and certainly not the week of the shooting.
(MORE)

CAPTAIN NORTON (CONT'D)
(rubs his face in angst)
It taints the entire investigation.

SARGENT CYNTHIA TURNER
And if this gets out, they'll probably come after you for not disclosing Tully's record.

CAPTAIN NORTON
(raising voice)
You don't think I know that.

The Police Officers standing around the TV look over to Captain Norton when he raises his voice.

SARGENT CYNTHIA TURNER
Well, we have to do something. It looks to me like Remus is going to kill him either way. Heck, he might shoot Kittlemen too.

CAPTAIN NORTON
I'm thinking the same thing.
(checking watch)
It's ten forty-two. We'll go back in with the mom. Let her know we're charging her with murder one if Tully or Kittlemen dies.

SARGENT CYNTHIA TURNER
You going in?

CAPTAIN NORTON
No, I want you to. Woman to woman she may confide in you. I need to hear what else Tully says. I'm counting on you.

Sargent Turner nods and heads towards the interrogation room.

INT. INTERROGATION ROOM - MOMENTS LATER - NIGHT

Sargent Turner steps inside the police interrogation room. Seated at the metal table, in the middle of the drab room is Mrs. Johnson, calm as the sea after a storm. Sargent Turner takes a seat at the table in front of her.

SARGENT CYNTHIA TURNER
Good evening, Mrs. Johnson. I'm Sargent Turner and I need to ask you a couple questions.

MRS. JOHNSON
More questions?

SARGENT CYNTHIA TURNER
Yes, ma'am.

MRS. JOHNSON
So you must be the good cop.

SARGENT CYNTHIA TURNER
We don't have much time and I really only need you to answer one question. Where is Remus right now?

MRS. JOHNSON
It's not eleven, Sargent.

SARGENT CYNTHIA TURNER
Yes, I'm aware, but if your son harms our officer, you'll be looking at significant jail time. Federal prisons don't have jazzercise, Mrs. Johnson.

MRS. JOHNSON
So just like that, you would have me give up my only son still alive?

SARGENT CYNTHIA TURNER
Yes, and I need that information now. Mrs. Johnson, I understand that nobody likes talking when a crime occurs, but...

MRS. JOHNSON
(interrupting)
Please stop, Sargent. Now I have lived in this neighborhood for over forty years and raised my two boys here.

SARGENT CYNTHIA TURNER
I'm from this neighborhood too.

MRS. JOHNSON
You're missing my point. Crime has been a problem in our community and ever since the drugs came in. Once it got out of control, law enforcement officers, like yourself, have been saying the same thing to us to solve the crime problem.

SARGENT CYNTHIA TURNER
(sighs)
Which is what?

MRS. JOHNSON
To report crime. To snitch, as the young people say. If you see a crime, you need to report it to the police. That's been your message to us.

SARGENT CYNTHIA TURNER
It clearly is falling on deaf ears because no one likes to snitch, Mrs. Johnson. People know who did what, but no one says a thing, and nothing changes.

MRS. JOHNSON
Exactly. Now you may think that people not telling is fear related, and retaliation is a part of it, but there's something far more hypocritical about reporting neighborhood crime to police officers.

SARGENT CYNTHIA TURNER
And what is that?

MRS. JOHNSON
(scoffs)
We don't report crime in our neighborhoods because you don't report crime in yours. The code of silence in the streets pales in comparison to the code of silence among police officers. Now am I lying or are you being naive?

Sargent Turner nods, solemnly.

SARGENT CYNTHIA TURNER
There's some truth to that.

MRS. JOHNSON
Of course there is so you can understand my hesitation in turning Remus in prematurely.

SARGENT CYNTHIA TURNER
But giving him up can potentially save lives. The rubber is on the road, Mrs. Johnson. Don't talk it and not walk it.

MRS. JOHNSON
(chuckles)
So basically give up my son to save the officer who murdered my other son?

SARGENT CYNTHIA TURNER
. . . Yes. The right thing is never easy.

MRS. JOHNSON
And in return, who are you prepared to give up in your neighborhood? What officers, unfit of the shield, are breaking the law that you're aware of?
(MORE)

MRS. JOHNSON (CONT'D)
We can't fix our neighborhoods until you police officers first fix yours. The rubber, Sargent Turner, has long been on the road.

SARGENT CYNTHIA TURNER
(checks watch)
Quarter till, Mrs. Johnson. Are you telling me something or not?

Mrs. Johnson just stares at Sargent Turner. A sly grin breaks on her wrinkled face.

SARGENT CYNTHIA TURNER
(CONT'D)
Nice to meet you, Mrs. Johnson.

Sargent Turner rises from the table and heads for the door of the interrogation room.

MRS. JOHNSON
Sargent?

SARGENT CYNTHIA TURNER
(turning around)
Yes, Mrs. Johnson?

MRS. JOHNSON
It's never the wrong time to do what's right. Shell Studios. Don't let them kill my baby.

SARGENT CYNTHIA TURNER
(eyes widening)
I won't. Thank you.

INT. POLICE STATION - MOMENTS LATER - NIGHT

Sargent Turner bursts into the police station bullpen. The five officers and Captain Turner are right where she left them with their eyes immovably locked onto the mounted TV.

SARGENT CYNTHIA TURNER
I got his location!

The Police officers, along with Captain Norton, snap their attention over to Sargent Turner.

CAPTAIN NORTON
(eyes widening)
<u>Where</u>?

SARGENT CYNTHIA TURNER
(walking up to Captain)
Shell Studios off Matthews avenue.

CAPTAIN NORTON
Go now, Sargent! You're running point.

SARGENT CYNTHIA TURNER
On it, Captain. Everyone, let's go!

The other Police officers quickly disperse and head outside towards their police cruisers.

CAPTAIN NORTON
I have to stay back. End this thing peacefully. I'll radio you if something happens.

Sargent Turner nods and hurries out the station leaving Captain Norton alone.

INT. RECORDING STUDIO - NIGHT

Chained to his metal folding chair, Officer Tully, is seated on the witness stand adjacent to Pooh Bear. DA Kittlemen is seated at the defense table while Remus sits at the prosecution table cutting his eyes at Tully. Duck guards the door as Pooh Bear clears his throat.

POOH BEAR
When you're ready, Kibble-man.

KITTLEMEN
It's Kittlemen.

POOH BEAR
Yeah, whatever. Go ahead.

KITTLEMEN
Can you describe what happened the night in question, Officer Tully?

OFFICER KYLE TULLY
Sure thing. I was on patrol. Working my usual route. I saw a car that performed an improper lane change and I pulled that vehicle over.

KITTLEMEN
Now did you target or profile the driver of the car in any way prior to pulling him over?

OFFICER KYLE TULLY
No, I did not.

KITTLEMEN
Please continue . . .

The steel from Officer Tully's hand cuffs cling together as he speaks.

OFFICER KYLE TULLY
I approached the car and identified two African-American males in the vehicle. I asked for their license and registration. The driver quickly produced the license, but appeared nervous, and claimed he didn't know where the registration was. I asked to search the vehicle and the driver declined.

KITTLEMEN
Then what happened?

OFFICER KYLE TULLY
The passenger, the deceased, yelled out something that I couldn't make out and reached his hand down on the side of his door. Fearing for my life, I discharged my weapon, killing who would later be identified as Romulus Johnson.

KITTLEMEN
Do you feel as though you did anything wrong in this situation, Officer Tully?

OFFICER KYLE TULLY
No, I followed police protocol. I told the driver to keep his hands on the steering wheel and again, the deceased made a quick movement, reaching his hand out of my line of sight, essentially leaving me no choice.

KITTLEMEN
(to Remus)
Your witness.

REMUS
(still in his seat)
So let's go back to when you pulled us over. You basically tailgated us while you ran our plates. When the car came back as not stolen, you waited until we made a minor traffic offense.

OFFICER KYLE TULLY
You made an illegal lane change without signaling. You were in the wrong.

Remus stands up and treads over to Officer Tully on the witness stand.

REMUS
You're right, but we should only have gotten a ticket. To shoot somebody, they should pose a threat. Nobody threatened you at any time.

OFFICER KYLE TULLY
It was a judgement call. I couldn't see the perps hands.

REMUS
(raising voice)
He wasn't a perpetrator He was a groomsmen!

OFFICER KYLE TULLY
Your brother was a criminal. You know that.

REMUS
I'm so sick of that song and dance! Why do people always bring up a persons past mistakes when they get killed by police officers? Like having a record makes it acceptable for you to get murdered in cold blood. . .

Officer Tully rolls his eyes curtly.

OFFICER KYLE TULLY
I have to take a leak. You got anymore questions?

REMUS
Sure, what about your past? Your mistress? The DUI? Late night sessions with DA Kittlemen who is supposed to be prosecuting you? Why should anybody trust you?

OFFICER KYLE TULLY
And we should trust your brother or you? Your brother was a criminal and the apple clearly doesn't fall far from the tree.

REMUS
What did you and Kittlemen discuss the week you shot my brother?

OFFICER KYLE TULLY
World peace. And I love my wife and my son adores me. I'm his real life super hero. The affair did happen. I didn't plan it.

REMUS
(shaking head)
I don't think you planned it, the same way I don't think you planned to kill my brother before you saw us. But you acted so recklessly and dangerously, you don't need to be a cop.

OFFICER KYLE TULLY
How dare you say that to me!

REMUS
Because you're a disgrace to what the badge really means. There are plenty of good cops on the beat, helping people, fighting crime, and doing it with integrity.

OFFICER KYLE TULLY
I'm a good cop and I've bled for this badge.

REMUS
My brother bled for your badge too. Good officers protect and serve the people. They're not cowboys.

OFFICER KYLE TULLY
You sure got a lot to say considering you've kidnapped fourteen people. And for what?

REMUS
For justice. Why did you kill my brother?

OFFICER KYLE TULLY
I already told you what happened.

Remus inches closer to Officer Tully's face.

REMUS
(raising voice)
Why did you kill my brother?

OFFICER KYLE TULLY
I tried to tell you . . .

REMUS
(interrupting, raising voice)
Why did you kill my brother? Why did you kill my brother?

Remus is now right in the face of Officer Tully who is still on the witness stand.

OFFICER KYLE TULLY
You better get out of my face!

Remus, only four inches away from Officer Tully's face, barks out his words like a Drill Sargent. Officer Tully can feel Remus's breath on his own nose.

REMUS
(screaming)
Why did you kill my brother? He was my flesh and blood! Why did you kill him! Why! Why! Why! Why did you kill him!

OFFICER KYLE TULLY
(hollering at the top of his lungs)
Because I was afraid! Alright! I was afraid! He was reaching! I always have my gun out the holster when I pull cars over! I'm trying to make it home!

Breathing heavily, with his heart pounding out of his chest, Officer Tully's nostrils flair in his staredown with Remus.

REMUS
. . . So were we.

OFFICER KYLE TULLY
(yelling)
Maybe I didn't have to shoot him. Called for backup or something. I was too afraid to think so I reacted. That doesn't make me a bad cop!

REMUS
It does and it makes you a lawbreaker. What did Kittlemen and you talk about?

KITTLEMEN
Don't tell him anything.

OFFICER KYLE TULLY
Zip it, Kittlemen. I don't work for you. He just wants the truth, right?

REMUS
That's all I ever wanted. You know I'm not going to hurt you, Tully. If I wanted to, I would have done it by now.

KITTLEMEN
Shut your mouth. Don't say another . . .

Before DA Kittlemen can get another word out of his mouth, Duck, who clandestinely crept over towards the defense's table, plasters Kittlemen's mouth shut with a strip of duck tape.

DUCK
(to Kittlemen)
Hush, puppy.

Duck walks back over towards the studio's front door as Kittlemen bellows out disjointed sounds through his tape.

OFFICER KYLE TULLY
So you want the truth, huh?

REMUS
You owe me that.

OFFICER KYLE TULLY
(glances at Kittlemen)
. . . Kittlemen coached me on what to say to IA. He told me that grand juries never convict cops and I would be fine.

POOH BEAR
(to Kittlemen)
You lying bastard. You helped him get off?

Kittlemen, chained and gagged, turns as pale as bleach. Remus bites his lower lip trying to calm himself down.

REMUS
And what about my brother?

OFFICER KYLE TULLY
I didn't plan to shoot him. Three days prior, I got called to a domestic dispute and the husband shot the wife. I was jumpy all week after that.

REMUS
So my brother didn't have to die?

OFFICER KYLE TULLY
. . . Probably not. I don't know.

Remus drops his head towards the floor, unable to process his anger.

REMUS
Have you lost any sleep over killing him?

The room is dead silent. Officer Tully stares at Remus expressionless, unable to answer.

REMUS (CONT'D)
(getting more upset)
You know what, don't answer that. This entire thing was your fault and after the fact, you tried to cover it up?

OFFICER KYLE TULLY
Look, I've made the right call thousands of times though! I shouldn't be penalized for one bad decision. My job, my pension, my future were all at stake! I had to do something.

Remus, Duck, and Pooh Bear are speechless, their collective jaws touching the floor. Remus shakes his head in disbelief.

REMUS
And now it's our turn to do something. I think the jury has enough to decide a verdict.

DUCK
(looking out the window)
Ugh, Ream, Pooh Bear, <u>we got us a situation out here.</u>

REMUS
(confused)
What?

Remus walks over to the window, by Duck, and peers out of it, but from the side as to not be seen. Pooh Bear hops up from his long table and joins them to the side of the window. Red and blue flashing lights, from the police cruisers outside, reflect on the window's glass.

DUCK
Did they bring every cop in the city?

DUCK (CONT'D)
(looking out the window)
Looks like it.

OFFICER KYLE TULLY
(chuckles)
Of course they did. You really thought you were going to get away with this? I'll be home in time for Sportscenter.

Remus, his eyes glowing from the police lights, turns to Duck who is calmer than he should be.

REMUS
I need your gun, Duck. Yours too, Pooh Bear.

DUCK
Take a look out there, Ream. I can't do that.

REMUS
You trusted me this far. Please?

DUCK
(scoffs)
What the heck. I guess it doesn't matter anyways.

POOH BEAR
. . . If I die, I'm going to hurt you, Remus.

Remus smirks before Duck and Pooh Bear, reaching in their waistbands, hand over their handguns to him. Remus walks away from the window, and back by the defense's table where DA Kittlemen is seated. Remus lays both guns right in front of the DA.

OFFICER KYLE TULLY
Don't do anything stupid, Remus. The calvary is already here and you said you won't hurt me.

REMUS
So now, we're both liars.

OFFICER KYLE TULLY
What do you mean? You gave me your word!

Remus walks behind Officer Tully and pulls his chair from behind him, dragging him back to the defense table with Kittlemen.

POOH BEAR
Whatever you got planned, now is the time, Ream. They look like they're ready to come in.

REMUS
Ladies and gentlemen of the jury, you've heard the evidence, now we need your ruling. A man's life hangs in the balance.

OFFICER KYLE TULLY
(panicky)
You're really going through with this? I was honest with you!

REMUS
Members of the jury, your hands were taped closed because inside both of them is a cotton ball. The one in your left hand is blue for innocent and the one in your right hand is red for guilty.

OFFICER KYLE TULLY
You're really going to shoot me with the entire precinct outside? I don't believe you.

Remus storms over to Officer Tully and gets up close in his face.

REMUS
You think I can't kill you in cold blood or you hope I wont? I've shown you what I'm capable of.

Remus lifts up one of the handguns from off the table as DA Kittlemen's eyes bug nearly out their sockets.

REMUS (CONT'D)
You're not innocent either, Kittlemen. Since you didn't uphold the law justly, I'm making you his codefendant.

Kittlemen yells with the duck tape muffling his screams.

OFFICER KYLE TULLY
Don't worry Remus, your trial is coming too. You aint walking away from this.

REMUS
(cocking gun)
I think the jury has reached a verdict, Tully.

OFFICER KYLE TULLY
What? They haven't said anything all night!

Remus points the gun squarely at Officer Tully's face.

OFFICER KYLE TULLY
(CONT'D)
Don't do this. I'm sorry . . .

REMUS
Tell it to my brother . . .

Remus cocks his gun.

REMUS (CONT'D)
In the case of Officer Kyle Tully, on the charge of murder in the second degree, the jury of the people find you . . .

BANG! BANG!

INT. RECORDING STUDIO - MOMENTS LATER - NIGHT

A horde of ten Police Officers, weapons drawn, rush into the recording studio after kicking the door in. Leading the contingent of officers, is Sargent Turner, wearing a Kevlar vest, and wielding her Glock 9mm in front of her.

SARGENT CYNTHIA TURNER
Nobody move! Down on the ground now!

Laying face down on the studio floor is Duck and Pooh Bear with their hands in the air. Swarming immediately, the Police Officers quickly apprehend Duck and Pooh Bear and pull them off the ground.

POOH BEAR
(getting yanked off the floor)
Dang, you strong. We surrender. . .

Sargent Turner stomps over to Pooh Bear and Duck as the arresting officers slap the cuffs on them. Duck says nothing, but his face scrunches up.

SARGENT CYNTHIA TURNER
(raising voice)
Where are they?

POOH BEAR
The booth.

Sargent Turner looks through the Plexi glass and can see Remus sitting by the twelve jurors with his hands in the air. Sargent Turner, keeping her weapon drawn walks slowly to the recording booth's door and with several Police Officers with her, she enters the recording booth.

INT. RECORDING BOOTH - CONTINUOUS - NIGHT

Sargent Turner, clutching her black Glock 9mm, enters the recording booth. Seated in the middle of the booth, near a ribbon microphone, are the twelve jurors, sitting in two rows of six. Their faces are covered with black sacks and they are handcuffed to their chairs. Immediately to the jury's right is Remus, seated with his hands held high in the air. Five Police Officers, their firearms also drawn are walking right behind Sargent Turner as she walks gradually towards Remus.

SARGENT CYNTHIA TURNER
Remus, where is your weapon?

REMUS
Out there on the table. I'm unarmed. Don't shoot me.

SARGENT CYNTHIA TURNER
They wont, but don't give them a reason to. Where is Officer Tully and the DA?

REMUS
They're in that closet right there.

Remus nods over to a storage closet in the recording booth.

SARGENT CYNTHIA TURNER
Are they alive?

Ream cracks a grin.

REMUS
I guess you'll just have to see.

SARGENT CYNTHIA TURNER
I need you to keep those hands where I can see them. You understand?

REMUS
All too well.

SARGENT CYNTHIA TURNER
Stand up, turn around, and place your hands behind your back.

Sargent Turner walks over to the now standing Remus and with his hands placed behind his back, she handcuffs him.

SARGENT CYNTHIA TURNER
(CONT'D)
(to other Police Officers)
Wait there.

The other Officers wait inside the booth while Sargent Turner methodically steps over to the storage closet. She slowly turns the knob with her left hand, but keeping her gun drawn in her right. Opening the door, Sargent Turner breathes a sigh of relief as DA Kittlemen and Officer Tully stare back at her. They are still handcuffed to their chairs, but the both of them have their mouths duck-taped shut.

SARGENT CYNTHIA TURNER
(CONT'D)
(looking back to the officers)
Release them.

The Police Officers rush over to Tully and Kittlemen, into the closet, and un-cuff them from their steel restraints. Lastly, they remove the tape from their mouths as they pull the both of them out of the closet.

OFFICER KYLE TULLY
What took you so long, Sargent?

KITTLEMEN
You have no idea how happy I am to see you guys. This criminal had me gagged for hours.
(turns to Remus)
I'm going to charge you with so many counts that you'll be wishing for a closet like that.

OFFICER KYLE TULLY
He kidnapped me too. I want his mother arrested as well.

SARGENT CYNTHIA TURNER
We're taking care of everything. Free the jurors guys.

The Police Officers walk to the middle of the room and a POLICE OFFICER pulls off the black sack of the first juror. The Officers collectively gasp at what they see. Sargent Turner, Officer Tully, and DA Kittlemen stare blankly at juror, unable to mumble a word. Dumbstruck.

Sargent Turner shoots her befuddled gaze over to Remus who gives her a pleasant smile. The juror's head is that of a male mannequin.

POLICE OFFICER
(confused)
It's a dummy, Sargent. A mannequin?

SARGENT CYNTHIA TURNER
Check the rest of them.

One by one, the officers remove the black sacks from off the jurors heads. As they go down the line, all of the jurors are fully clothed mannequins.

OFFICER KYLE TULLY
(raises voice)
They weren't even real? You put me through all of this for nothing?

REMUS
It wasn't for nothing.

POLICE OFFICER
We got a live one here . . .

The police officers reach the final two jurors and realize that they are actually people.

SARGENT CYNTHIA TURNER
(walking over to jurors)
Well cut them loose. Who is it?

The officers remove the first black mask to reveal a woman, blonde, mid-thirties, with a sweaty brow, and a piece of duck tape covering her mouth. Once the officer removes the tape, Officer Tully's face drops when he spots his wife, SAMANTHA TULLY.

OFFICER KYLE TULLY
(flabbergasted)
Samantha?

SAMANTHA TULLY
(distraught)
Get me out of these cuffs . . .

The Police officers help remove the cuffs from off of Samantha Tully and they pull the tape from off of her hands.

OFFICER KYLE TULLY
(screaming)
You kidnapped my wife! I'll kill you!

Officer Tully lunges at Remus to rip his head off, but the officers step in, pulling him away from Remus.

OFFICER KYLE TULLY
(CONT'D)
You sick bastard! That's my wife!

It takes nearly four officers to keep Officer Tully from attacking Remus.

OFFICER KYLE TULLY
(CONT'D)
How dare you! I'll kill him myself.

SAMANTHA TULLY
How dare he?

Samantha walks up to Officer Tully who is surrounded by other officers and is next to Kittlemen.

SAMANTHA TULLY (CONT'D)
You've got a lot of nerve!

Samantha pushes Officer Tully forcefully in the chest.

SAMANTHA TULLY (CONT'D)
You killed his brother, tried to cover it up, and you're having an affair?

OFFICER KYLE TULLY
It's not like that! Just hear me out!

KITTLEMEN
I can explain what you might have heard.

SAMANTHA TULLY
Save it Kittlemen. I heard everything! You're a fraud. And you Kyle, I gave you twelve years of my life. You can have your mistress. It's over.

OFFICER KYLE TULLY
Listen, I can explain everything, Samantha. I love you.

SAMANTHA TULLY
I don't want to hear it. You're a disgrace to the good officers who risk their lives everyday to do it the right way.

All of the officers are now totally fixated on Samantha and Kyle's conversation.

OFFICER KYLE TULLY
Can we talk about this please?
(lowering voice)
Not here.

SAMANTHA TULLY
Talk about what? You said everything already. Your things will be on the sidewalk tonight. Congratulations on killing three people.

OFFICER KYLE TULLY
I only killed one . . . I mean I only shot one person.

SAMANTHA TULLY
Three. His brother, me, and Mason.

OFFICER KYLE TULLY
(eyes widening)
Mason?

Samantha removes the black mask off of the final juror, revealing MASON TULLY, ten years old, crying softly, with rosy cheeks from all the tears his weeping. Samantha Tully embraces her son as the Police Officers remove his restraints. Officer Tully can hardly believe his son is staring back at him.

OFFICER KYLE TULLY
(CONT'D)
Hey son. Are you okay?

Mason ignores his dad's words as Samantha attends to him.

SAMANTHA TULLY
Can we leave please?

SARGENT CYNTHIA TURNER
I need you to give the detectives outside your statement and then you're free to leave.

SAMANTHA TULLY
Sure, I can tell them we kidnapped ourselves.

SARGENT CYNTHIA TURNER
What do you mean? Remus Johnson and his accomplices kidnapped you.

SAMANTHA TULLY
I said we kidnapped ourselves. Come on, Mason.

Samantha and Mason head for the door of the recording booth.

OFFICER KYLE TULLY
Mason? Mason? Mason wait!

Officer Tully sprints over to his son, kneeling down in front of him.

OFFICER KYLE TULLY
(CONT'D)
Hey buddy. Mason? Mason, please? Say something to me.

Mason, tears in his eyes, gently grabs Tully's hand, opens his fingers palm side up, and places a red cotton ball inside of it, before walking out of the recording booth. Officer Tully stares at the red cotton ball and begins to lament. Samantha drops a second red cotton ball into her husband's hand before following Mason out of the room. On Sargent Turner's cue, a few Police Officers help Tully to his feet.

OFFICER KYLE TULLY
(CONT'D)
Thank you guys. You saved my life today.

Clack! A Police Officer slaps a handcuff onto Tully's wrist and locks his arms behind his back.

OFFICER KYLE TULLY
(CONT'D)
What the heck are you doing?

SARGENT CYNTHIA TURNER
Kyle Tully, you're charged with murder in the second degree and obstruction of justice. You have the right to remain silent . . .

OFFICER KYLE TULLY
(interrupting, shocked)
Are you insane, Sargent? I was kidnapped! He should be under the jail!

SARGENT CYNTHIA TURNER
Oh, he will be charged with kidnapping, but Remus was recording everything. You're done, Tully.

OFFICER KYLE TULLY
(shocked)
What? Let me speak to Captain Norton!

SARGENT CYNTHIA TURNER
It was his call. We got everything you said on camera. Can you also place DA Kittlemen under arrest for witness tampering and obstruction of justice.

The Police Officers arrest Kittlemen and handcuff him.

KITTLEMEN
This is outrageous! I need to call my lawyer.

SARGENT CYNTHIA TURNER
Why? You can't represent yourself? Can you get them out of here please. I'll take Remus myself.

On the other side of the Plexi glass, Samantha Tully is giving her statement to another Police Officer with a pen and a note pad. Mason stands next to his mother as he watches Officer Tully get hauled away with Remus and Kittlemen.

EXT. SIDEWALK - DAY

Pooh Bear, with a giant stuffed teddy bear in his arms, and two blue helium-filled balloons, with their strings tied to his wrist, walks over to a lamppost near an intersection. Taped to the lamppost are an array of colorful stuffed animals and a large picture of Romulus stapled to the post. At the foot of the lamppost are a few empty liquor bottles, some lit candles, and a pair of old tennis shoes. With a roll of clear tape in his other hand, Pooh Bear begins to poorly wrap the tape around the oversized teddy bear in his attempt to fasten it to the post.

DUCK
You can't even tape right, Pooh Bear.

Pooh Bear glances up and spots Duck walking over to him, also with two blue helium-filled balloons tied to his wrists and a small stuffed rhinoceros.

POOH BEAR
Look, I won this at the carnival. You see how big it is, right? Give me a hand.

DUCK
Alright, hold up.

Duck and Pooh Bear, working together, attach the large bear to the lamppost. As soon as they finish, Remus and Mrs. Johnson walk over to the lamppost, hand in hand.

Remus has two blue, helium balloons, tied to his wrist. When Duck and Pooh Bear see Remus they crack smiles.

REMUS
What's up, Duck? Pooh Bear?

DUCK
Ream, what's good? How are you, Mrs. Johnson?

MRS. JOHNSON
I'm fine. Good to see you both. You staying out of trouble?

POOH BEAR
Of course, Mrs. Johnson. You're cooking today, right?

MRS. JOHNSON
I am.

POOH BEAR
(rubbing gut)
Good, cause I'm eating.

DUCK
Stop thinking about food all the time. This is serious.

REMUS
(clearing throat)
Well, thank you guys and mom for coming out on the one year anniversary of my brother's passing. Rome was special. He loved people and he loved all of you.

Abruptly, Sargent Turner steps up by the lamppost holding a blue helium-filled balloon. Everyone's eyes track to her immediately.

SARGENT CYNTHIA TURNER
May I join you?

REMUS
. . . Sure. It's been a hard first year without Rome here, but we can celebrate his life and the good times we shared with him. I invited Sargent Turner here so that she could give up an update on everything. Sargent?

SARGENT CYNTHIA TURNER
Thank you for having me and on behalf of the entire police force, I'm sorry for your loss.

MRS. JOHNSON
Thank you.

SARGENT CYNTHIA TURNER
So, Kittlemen is getting disbarred and he's been indicted. Tully has been indicted as well and fired. The evidence is overwhelming so it should be a slam dunk.

POOH BEAR
What about our charges?

SARGENT CYNTHIA TURNER
Citing extraordinary circumstances and since your family dropped the lawsuit, the new DA, and the Captain, before he retired, have decided to not file charges against you.

DUCK
(cracks faint grin)
Cool.

POOH BEAR
(smiling)
Well, that's what I'm talking about.

SARGENT CYNTHIA TURNER
We're trying to make this right to see that justice is served. We aren't all bad and we only get better with your help.

REMUS
Thank you, Sargent. We're not going to be here long, but I have markers. Let's write his name down on the balloons first.

Remus passes out a few markers and Duck, Pooh Bear, Mrs. Johnson, Sargent Turner, along with Remus write his deceased brother's name on the balloons.

REMUS (CONT'D)
Okay, everybody done? Alright, on the count of three. One...two...three...

Duck, Pooh Bear, Mrs. Johnson, Sargent Turner, and Remus release the balloons into the air. From the top of the balloons as they ascend into the sky, they all read one word, "REMUS".

CUT TO:

FLASHBACK:

INT. CAR - NIGHT

Romulus and Remus are both seated in the front driver and passenger seats of a black sedan. Their crisp white shirts now unbuttoned at the neck and their ties loosened as they converse while waiting at a red light intersection.

Suddenly, bright blue and red lights begin to flash from a police cruiser behind Romulus and Remus's car. Both of the brothers, looking back confused, are backlit by the flickering glare of the beaming police sirens.

ROME
(looking at the lights in rear view mirror)
Come on, man. We didn't even do anything! My license is expired. I can't afford any more dings on my record.

REMUS
Well its a good thing I'm driving. Don't worry. This will all be over in a minute.

Remus hands Romulus his license and Romulus gives his ID to Remus.

CUT TO:

INT. RECORDING STUDIO - NIGHT

Officer Tully, handcuffed to the chair, rolls his eyes, but they catch Remus's hand and he spots the .38 revolver.

OFFICER KYLE TULLY
And what are you gonna to do with that? You kill me, you'll get the death penalty.

REMUS
<u>I'm</u> <u>already</u> <u>dead</u>, Officer Tully. I died the day you gunned down my brother.

CUT TO:

INT. RECORDING BOOTH - NIGHT

Sargent Turner is standing next to the handcuffed Officer Tully and Remus while the other Police Officers are near Kittlemen.

SARGENT CYNTHIA TURNER
We got everything you said on camera. Can you also place DA Kittlemen under arrest for witness tampering and obstruction of justice.

The Police Officers arrest Kittlemen and handcuff him.

KITTLEMEN
This is outrageous! I need to call my lawyer.

SARGENT CYNTHIA TURNER
Why? You can't represent yourself? Can you get them out of here please. Captain radioed me. We got to bring all three of them in. Let's move. I'll take Remus myself.

On the other side of the Plexi glass, Samantha Tully is giving her statement to another Police Officer with a pen and a note pad. Mason stands next to his mother as he watches Officer Tully get hauled away. Sargent Turner escorts Remus out personally.

REMUS
(talking under his breath)
They can't run my prints or they'll come back Romulus Johnson.

SARGENT CYNTHIA TURNER
(talking low)
I'm taking care of it.

REMUS
Did the video work at the station?

SARGENT CYNTHIA TURNER
It was must see TV.

Sargent Turner pushes the cuffed Remus Johnson out the recording booth.

BACK TO PRESENT.

EXT. SIDEWALK - DAY

Romulus Johnson, still holding his mother's hand, watches the balloons float higher and shrink into the blue expanse. Pooh Bear, Duck, and Sargent Turner look on as the balloons fade towards the clouds.

ROME
Thank you for all your help, Sargent. I know this wasn't easy.

SARGENT CYNTHIA TURNER
Doing the right thing never is. Without integrity, we're no better than the law breakers we are sworn to apprehend. Thank you for trusting me.

Romulus shakes Sargent Turner's hand.

POOH BEAR
I'm starving. Let's eat.

DUCK
You always eating, Tubby.

POOH BEAR
I aint tubby. I'm just big boned, man.

Pooh Bear, Duck, and Sargent Turner walk off from the lamppost, leaving Romulus and Mrs. Johnson alone.

MRS. JOHNSON
You got a new life son. Do right and honor your brother's name.

ROME
I will. . . I have to.

Romulus takes one final glimpse into the sky. He observes the balloons they released which are now tiny dots on the horizon, drifting towards the sun. Romulus cracks a smile as we

FADE OUT.

THE END

# EXHIBIT 3

**Brittany Fritz**

**From:** duffy.sl@execs.com
**Sent:** Wednesday, January 4, 2017 11:53 AM
**To:** [redacted]; jryan@tvone.tv; [redacted]
**Subject:** [External] Re: TV Screenplay Competition Round 1 Judging

Happy New Year all!
I will begin sending scripts tomorrow. As I said before, we get a majority of our submissions in the last week/few days of the entry period so you'll only get 1 to 2 scripts to start and others will trickle out to you as they come in. Please confirm receipt of this email and let me know if you're ready and available to receive scripts or if you're happy to wait until we get a little busier.

Much appreciated!

--
Duffy
[redacted] Fax
duffy.sl@execs.com

**Sent:** Tuesday, December 20, 2016 at 4:52 PM
**From:** duffy.sl@execs.com
**To:** duffy.sl@execs.com
**Subject:** TV Screenplay Competition Round 1 Judging




Seasons Greetings!
I hope this email finds you all in good spirits during this holiday season. I want to first thank you for being a very important part of the TV One Screenplay Competition 2017. We rely on your skill and judgement to get through all of our entries to find those chosen few. Second, I'd like us all to enjoy our holidays and therefore I'll delay the start of our judging until after the New Year. Although the entry period was open as of 12/16/16 and we have started getting submissions, there aren't enough to warrant adding work to our holidays! =D

That said, please save this email to refer back to in about 2 weeks as your instructions for the Round 1 Judging follow:

- Your scripts will be provided via dropbox link. I will email you all individually with your own link wherein you will have zip files for each submission assigned to you. (Each zip file will include the Contest Entry & Release Form, the script in pdf format and a scene selection in pdf format.) I'll start everyone with 1 or 2 submissions to begin. As those are completed, email me to provide more and once I've confirmed, simply refresh your link to access your newly assigned scripts.
- This year, all your scores & feedback will be recorded via online form at http://tv1screenplaycomp.slduffy.com/. The password is: tv14789rdr
  - The form has all the instructions you should need and can be saved to continue at a later time if you cannot complete it in one sitting. To do this hit the "save" button (on the bottom right) and provide your email address. You will also receive a confirmation email once your submission is complete; it too will include a link that will allow you to edit your entry if need be. (Great if you realize you scored an entry too high or too low in comparison to others you've scored.)
  - There are 2 sections of the form: The first page includes the score and overall judging comments. This will not be shared with the reader so please do not give inflated scores. Because we have various people reading scripts, we understand the scoring cannot be precise, however if all of one reader's scripts are scored 90 & above because they didn't want to be "harsh", other scripts that were judged fittingly by others may not be considered in the top scripts and make it to the next round. The second page includes notes that can be shared with the screenwriter. On this page, please be sure to be thorough as the screenwriters will have paid to receive this feedback.

That's it! Of course, if you have any questions please let me know. I'm here to help and will check my email throughout the holidays in case anything comes up. Thank you again - you are greatly appreciated!

To a beautifully blessed Christmas and a very happy New Year!

--
Duffy
[redacted] Fax
duffy.sl@execs.com

# EXHIBIT 4

CONFIDENTIAL - PARAGRAPH IV

**AGREEMENT FOR SERVICES**
**(Independent Contractor)**

**THIS AGREEMENT** shall be effective as of the 1st day of December, 2016, by and between **TV ONE, LLC** (*"TV One"*), a limited liability company with its principal place of business located at 1010 Wayne Avenue, 10th Floor, Silver Spring, MD 20910, and Ron moskovitz ("*Contractor*") whose address is [redacted].

I. SERVICES. TV ONE hereby engages Contractor to render non-exclusive personal services as a reader in connection with the TV One ABFF Screenplay Competition ("*Program*"). Said services shall include reading multiple scripts with fast turnaround and providing a detailed analysis as directed by TV One, including completing a scorecard for each script, revising or rewriting log line and submitted synopsis, and all services as requested by TV ONE and as usually and customarily rendered by and required of persons engaged in this capacity and shall be rendered in a diligent and cooperative manner. Contractor warrants and represents that Contractor possesses all necessary skills to perform the services described herein has the full right and power to enter into this Agreement. The quality of services to be provided by Contractor is a matter of prime importance and a material term of this Agreement. Should any portion of Contractor's services be unsatisfactory to TV ONE, TV ONE may reject the same. Contractor acknowledges that they cannot be a reader if they have already submitted a script into the screenwriter competition, and that they must recuse themselves if asked to read the script of someone that they know.

II. TERM. The term of this Agreement shall commence on the date above and expire [upon completion of services as set forth herein unless terminated earlier by TV ONE. In the event TV ONE terminates this Agreement, TV ONE shall have no further obligation to Contractor, except the obligation to pay Contractor for services rendered up to the date of such termination.

III. RIGHTS. Contractor acknowledges and agrees that the results and proceeds of its services hereunder ("*Material*") shall be the sole and absolute property of TV ONE for any and all purposes whatsoever. Contractor agrees that Contractor shall not have, either under this Agreement or otherwise, and right, title, or interest of any kind in or to the Material of the Program. Contractor further agrees that any such Material shall be deemed a "work-made-for-hire" under the United States Copyright Act of 1976, as amended. TV ONE shall not be obligated to use the services of Contractor or to exhibit any program upon which Contractor performs services hereunder. TV ONE has the right to use its Program(s) and/or the Material, in part or in whole, throughout the universe in any manner and/or media now known or hereafter devised in perpetuity, without any further approval of or obligation to Contractor.

* IV. COMPENSATION. In full consideration for services rendered, TV ONE shall pay Contractor a flat fee of Forty Dollars ($40) per script for the first 15 scripts, and Forty-Five Dollars ($45) for any scripts above the initial 15. Such payment will be made upon satisfactory completion of services and within thirty (30) days after TV ONE's receipt and acceptance of Contractor's invoice. TV ONE's obligation to Contractor shall be fully satisfied by the consideration described in this Section.

V. SUPERVISION AND CONTROL. Contractor agrees that although its employees and agents shall at all times be completely within its control, it is the intention of the parties that TV ONE shall be in sole control of the Program(s) and the Contractor's employees and agents shall adhere to the reasonable direction of TV ONE or its designee regarding issues related to the Program(s). Contractor shall be solely responsible for obtaining and paying for all insurance coverage related to Contractor's benefits and the performance of Contractor's responsibilities pursuant to this Agreement, including but not limited to health and worker's compensation, as well as payment of all local, state or federal taxes required by law. Contractor agrees that Contractor shall be acting as an independent contractor in providing its services hereunder. Contractor shall comply with all applicable local, state or federal laws and regulations.

VI. INDEMNIFICATION/LIABILITY. Contractor agrees to indemnify and hold harmless TV ONE, its parent, affiliates, officers, directors, employees and agents from and against any and all liability, damages costs or judgments (including reasonable attorneys' fees) for any and all claims, damages, costs or judgments for claims including but not limited to personal injury, property losses or property damages brought by or on behalf of any third party (including Contractor's employees) arising from or out of the services rendered hereunder or by the breach or alleged breach of this Agreement or the negligence of Contractor. Contractor shall be liable to TV ONE for any TV ONE owned property or equipment damaged as a result of any misconduct or negligence by Contractor, its employees, laborers, or agents. Contractor shall be solely liable for contracts made between Contractor and any third parties.

VII. CONFIDENTIALITY. Contractor may not without TV ONE's express prior written consent disclose or supply any information to any third party regarding the scripts that are read in the provision of services, the Material, the Program, this Agreement, the Services provided by Contractor to TV ONE and any information provided and exchanged during the provision of Services, TV ONE its affiliates or any matter arising directly or indirectly in connection with any of the information described in this section VII.

VIII. ASSIGNMENT. Contractor agrees that TV ONE may assign this Agreement and its rights hereunder, in whole or part, at any time to any person or entity. Contractor does not have the right to assign this Agreement or delegate any of the Contractor's duties as detailed in this Agreement.

IX. NOTICES. All notices concerning this Agreement must be in writing and must be given either by personal delivery or facsimile, or by registered or certified mail (postage prepaid), or by Federal Express or other recognized overnight courier service, to the appropriate party at its address listed below, and the date of the personal delivery or report of confirmed facsimile transmission, or

the date that is three (3) business days following the date of the mailing, or the date that is one (1) business day following the date of the transmittal via an overnight courier service, will be the date of the giving of the notice. The names and addresses provided in this Section IX concerning notices to the parties will also be deemed the place where payments that may be required under this Agreement may be sent.

To TV ONE: TV One, LLC
1010 Wayne Avenue, 10th Floor
Silver Spring, MD 20910
Attn: Chief Legal Officer
Facsimile: 301-755-2913

To Contractor: Contractor's address above

X. NON-UNION ACKNOWLEDGMENT. Contractor understands that TV ONE, its parent, affiliate and subsidiary companies, are not, and during the term of Contractor's services hereunder, do not anticipate becoming, a signatory to any union or guild or other collective bargaining agreements that may be construed to relate to Contractor's services hereunder. Contractor therefore understands that no collective bargaining agreement grants rights separate from or supplemental to this Agreement, and Contractor is not entitled to receive any compensation other than that expressly provided for in this Agreement with respect to any and all uses or reuses of the results or proceeds of Contractor's services in any and all media, whether now known or hereafter devised, for any and all purposes, including, without limitation, all replays, broadcasts in foreign areas, home video release and exhibition in any supplemental markets.

XI. ENTIRE AGREEMENT. This Agreement shall be governed by the laws of the State of Maryland without regard to the conflict of law principles thereof. With respect to the subject matter hereof, this Agreement contains the complete and exclusive statement of the agreement between the parties and supersedes all prior agreements and understandings (whether oral or written) between the parties. This Agreement may not be modified or amended except in a writing executed by TV ONE and Contractor, which refers to this Agreement. This Agreement will not be binding unless and until this Agreement has been signed by all parties and a fully executed Agreement has been returned to TV ONE. This Agreement may be executed by manual or facsimile signature, in any number of counterparts, each of which shall be deemed an original and which when read together shall constitute one agreement. The provisions of Section III (Rights), Section VI (Indemnification) and Section VII (Non-Union Acknowledgment) shall survive the expiration or earlier termination of this Agreement.

CONTRACTOR hereby acknowledges and accepts the foregoing terms and conditions by signing below. The parties have caused this Agreement to be executed as of the date first written above.

**CONTRACTOR**

(Signature)

Tax ID or SSN: [redacted]

Date: 12/13/16

**TV ONE, LLC**

Authorized Representative

Name: Jody Drewer

Title: EVP | CFO

Date: 3/8/17

# EXHIBIT 5

**From:** Endi Piper [mailto:epiper@tvone.tv]
**Sent:** Tuesday, April 04, 2017 3:40 PM
**To:** duffy.sl@execs.com
**Cc:** Luvie Raines
**Subject:** FW: [External] Screenplay Competition Finalists 2017 Selected!

+Luvie

Luvie will need to create releases for them to sign prior to going to ABFF…so please keep her in the loop!

Thanks,

Endi

---

**From:** duffy.sl@execs.com [mailto:duffy.sl@execs.com]
**Sent:** Monday, April 03, 2017 9:20 PM
**To:** amelia winfree; jeff@abffventures.com; melanie@abffventures.com; jazmin washington; sponsorship@abffventures.com
**Cc:** Tosha Whitten-Griggs; Alonda Thomas; Karen Peterkin; Robyn Greene Arrington; D'Angela Proctor; Brad Siegel; Gail Luxton; Lori Hall (TV One); Michael O'Reilly; Endi Piper; Tamara Knechtel; Angelique Mais; Barry Macon; DaLeyna Adkinson; Rahsan-Rahsan Lindsay; Jeff Meza; James Hill; Jenee' James; Kinyette Newman; Gold Morgan; Donyell McCullough; Alison Threadgill; Shakira Hedgpeth; Leatha Mayo; Duffy SLDuffy.com; Jubba Seyyid; Lamar Chase; Tia Smith
**Subject:** [External] Screenplay Competition Finalists 2017 Selected!

Greetings all -

Our 3 finalists have been selected! Again, our OFFICIAL announcement is scheduled for next Monday 4/10/17 so please do not share this info until then. So that we can prepare our press release, web articles, etc. for release on 4/10, below are the titles with the logline & writer bio - attached are the full scripts and writer's scene selection for those who need to review them (Karen, can you please forward this info to *Downsized* director Rhonda Baraka so she can review for the Celebrity Scene Stealers scenes). Please message myself and Karen directly for any additional information or direction.

Thank you!

**Down For Whatever** (Drama)
by Timothy Folsome
*Log Line:* A young female doctor who works at a prestigious hospital learns that her newly found biological teen sisters are ruthless cop killers that her detective husband is hunting down.

*Mr. Folsome's provided Bio:* Timothy Wayne Folsome is from Youngstown Ohio. There, he was part of a popular dance group called, "Hollywood Poppers." The group had major success throughout the state of Ohio. Youngstown is where Mr. Folsome got the entertainment bug. After graduating from high school, he went on to get a college degree at The Ohio State University where he majored in Criminal Justice. His plan was to become a lawyer, but the entertainment bug hit him again. Mr. Folsome started to write a screenplay and decided that his passion is with the entertainment business. Mr. Folsome got into his Volkswagon Jetta and drove out to Los Angeles California. Realizing that he needed to be more aware of the filmmaking process, Mr. Folsome got a film certificate from Los Angeles Community College.

Mr. Folsome began his career writing, producting directing a short film called, "A Blow From The Past", then went on to make another short film called "Secret Lives". Both were accepted to many festivals throughout the USA and abroad. Mr. Folsome called up a childhood buddy and together, they raised the money for his first feature film called "Uninvited Guest", starring Mekhi Phifer of "Clockers", "8 Mile", and "ER". The movie was the winner of the 1999 Acapulco Black Film Festival and the 1999 Urbanworld Film Festival in New York. The film had a limited release in the fall of 2000.
Mr. Folsome went on to direct, "Hidden Blessings", a BET Network Original, starring the very talented Cynda

Williams from the smash hit, "One False Move" and Kim Fields, the child star who played in the hit television show "Facts of Life." Mr. Folsome's next project that he wrote, produced and directed was, "Jacked Up", starring Anna Maria Horsford, from the TV show, "The Wayans" and Ron Reaco Lee, of the Starz hit "Survivor's Remorse". "Jacked Up" was the winner of the 2001 Acapulco Black Film Festival.

Mr. Folsome went on to write, produce and direct another feature with Barnholtz Entertainment called "Cutthroat Alley." This was Mr. Folsome's first attempt at horror and it starred Cisco Reyes, from the movie, "Next Day Air" and Bizzy Bone of the popular rap group, "Bone, Thugs and Harmony." Mr. Folsome's next project was the award winning short film, "The Little Girl." The film went on to win the Honolulu Film Award for Best Screenplay.

"Uninvited Guest", "Jacked Up" and "Cutthroat Alley" can all be seen on Netflix and most video streaming services. "Uninvited Guest" also continues to appear on Showtime and "Hidden Blessings" had showing on Centric Network. Mr. Folsome's future goals include a continued stride toward work on television projects and major motion pictures. Along with a desire to make bigger budget films, he maintains his passion for independent film making.

**Mr. Wonderful** (Romantic Comedy)
by Roni Brown
*Logline:* A biochemist has uncovered the perfect love potion to make sure her unwitting boyfriend becomes her husband.

*Ms. Brown's provided Bio:* ShaRhonda "Roni" Brown is originally from Columbus, Ohio where she became a published author before age 18. While dreaming of becoming an animator she wrote her first screenplay on her mother's typewriter in high school and developed her love for writing stories, drawing and producing throughout college. She earned her BFA in Media Studies focusing on animation at the Columbus College of Art and decided writing and producing for film and television was her goal.

To further her production career she moved to Los Angeles where she began working freelance in production for networks such as ABC, Adult Swim, TLC, NBC and more. Over the span of 9 years she has worked on such projects as America's Got talent, Miami Ink, SpaceBalls! The Animated Series, and has served on the writing staff for Black Dynamite the animated series on Adult Swim in 2013.

Taking her versatile production experience and completing the Bill Cosby Screenwriting Fellowship, Roni is looking forward to continue writing and producing for live action and animated projects.

**The Replacement** (Thriller)
by Sade Sellers
*Logline:* An up and coming HR Manager has her world upside down when her new co-worker tries to steal her life.

*Ms. Sellers' provided Bio:* Originally from Lansing, MI, Sade' ( Shar-day) Sellers fell in love with the movies at a young age. Born in New York City to an immigrant mother, Sade' was named after one of the world's greatest entertainers. Since then, her destiny has been sealed in stone.

In 1998, Sade' begged her mother to take her to her first audition for the play The Lion, The Witch and The Wardrobe. It was then she knew she had caught "the bug". Although she was shy, Sade' always found her outlet on the stage. She spent the next ten years of her life performing in productions like Hello, Dolly!, Chicago and To Kill A Mockingbird. In 2007, Sade' graduated high school yearning for more. It wouldn't be until two years later when she would make the big move.

Putting her degree on hold, Sade' moved from Lansing to Los Angeles to pursue her dreams. During that year, she not only landed an agent, but her first commercial. After a slew of roles in both film and television, Sade' decided to start writing. Frustrated by the lack of roles for African American women, she started to create her own content.

In 2016, Sade' wrote, directed and starred in her first short film titled Plum. Shot entirely by a crew of minority women, Plum will be making the film festival rounds in fall of 2017.
Sade' currently lives in Burbank, CA with her sister.

--
Duffy

[redacted] Cell | [redacted] Fax
duffy.sl@execs.com

# EXHIBIT 6

**Brittany Fritz**

**From:** Alonda Thomas <AThomas@tvone.tv>
**Sent:** Monday, April 10, 2017 3:24 PM
**Subject:** TV One Announces the 3rd Annual ABFF TV One Screenplay Competition Finalists

Dear Media Colleagues,

Please see below the following announcement regarding the ABFF TV One Screenplay Competition Finalists!

Best,
Alonda

# TV ONE ANNOUNCES THIRD ANNUAL AMERICAN BLACK FILM FESTIVAL SCREENPLAY COMPETITION FINALISTS

*The Film Premiere of "Downsized," TV One's 2016 Screenplay Competition Finalist, Set to Debut at American Black Film Festival on*
*Friday, June 16 with Television Premiere Scheduled August 2017 on TV One*

**SILVER SPRING, MD – APRIL 10, 2017** – TV One, the network dedicated to representing Black culture and entertainment past, present and future, announced today the 2017 American Black Film Festival (ABFF) TV One Screenplay Competition finalists – Timothy Folsome (Northridge, Calif.), writer of "Down For Whatever;" Roni Brown (Jonesboro, Ga.), writer of "Mr. Wonderful;" and Sade Sellers (Burbank, Calif.), writer of "The Replacement."

"Launched in 2015, the ABFF TV One Screenplay Competition was developed in partnership with the American Black Film Festival to encourage and find new talent and to look at television as an opportunity to get more screenplays made," said D'Angela Proctor, TV One's SVP, Original Programming & Production. "TV One is grateful to continue working with ABFF and to help foster new talent and fresh, original ideas."

TV One's three finalists will receive an all-expense paid trip to this year's ABFF in Miami (June 14-18). During ABFF's "Celebrity Scene Stealers" event on Friday, June 16, each finalist will direct a table read of a scene from their script, performed by professional actors participating in this year's festival, in front of a live audience. A brief overview of the TV One Screenplay Competition finalists scripts are as follows:

- "Down For Whatever," a drama by Timothy Folsome: A young female doctor who works at a prestigious hospital learns that her newly-found biological teen sisters are ruthless cop killers that her detective husband is hunting down.

- "Mr. Wonderful," a romantic comedy by Roni Brown: A biochemist has uncovered the perfect love potion to make sure her unwitting boyfriend becomes her husband.

- "The Replacement," a thriller by Sade Sellers: An up-and-coming HR manager has her world turned upside down when her new co-worker tries to steal her life.

This year's winner will be announced at the ABFF Filmmaker Ceremony on Sunday, June 18. The winner will earn a $5,000 cash prize and an opportunity to have their screenplay produced into an original, made-for-TV movie, which will debut in 2018 on TV One and at the 22nd Annual American Black Film Festival.

Screenwriter and TV One's 2016 ABFF Screenplay Competition finalist Michelle McKissic will debut her original film, *Downsized*, during this year's festival on Friday, June 16 at The Colony Theatre (1040 Lincoln Road Miami Beach, FL 33139). The film is slated to premiere on TV One in August 2017.

In the film ***Downsized*****,** Ebony and Michael were forced into a modern "shotgun" wedding after becoming teenaged parents, putting their personal goals on hold in order to support their family. Amazingly, the two high school sweethearts manage to overcome the odds and establish a seemingly ideal life for themselves. However, the success that initially was meant to strengthen their family has become the very thing that is driving them apart. As a result, Michael desperately tries to hold onto everything he's worked his entire life to gain. This leads the family on an unconventional adventure to restore the faith, hope, and trust that initially brought them together. The film stars husband and wife duo **Boris Kodjoe** (***Code Black, Cape Town***) as Michael and **Nicole Ari Parker** (***Time After Time, Almost Christmas***) as Ebony.

"Writers and projects like Michelle McKissick and *Downsized* are perfectly aligned with the TV One goal of representing all aspects of Black life, and affords us the chance to bring new creative voices to the forefront of the Black film world," said Proctor.

For more information about TV One's upcoming programming, including original movies, visit the network's companion website at www.tvone.tv. TV One viewers can also join the conversation by connecting via social media on Twitter, Instagram and Facebook (@tvonetv) using the hash tags #Represent and #ABFF17, and catch clips and promos on TV One's YouTube Channel.

ABOUT THE AMERICAN BLACK FILM FESTIVAL:
The American Black Film Festival (ABFF) is an annual event dedicated to showcasing quality film and television content by and about people of African descent. It supports emerging artists to foster a wider range of images, stories and storytellers represented in the entertainment industry. The festival is committed to the belief that Black artists and content creators deserve the same opportunities as their mainstream counterparts. ABFF founder Jeff Friday conceived the festival in 1997 as a vehicle to promote diversity in the motion picture industry, and strengthen the Black filmmaking community through resource sharing, education, artistic collaboration and career development. Today, the ABFF is recognized as the preeminent pipeline to new Black talent, both in front of and behind the camera, and is regarded as one of the leading film festivals in the world. The ABFF is a property of ABFF Ventures, a multifaceted entertainment company specializing in the production of live events, television and digital content targeted to upscale African American audiences.

ABOUT TV ONE:
Launched in January 2004, TV One serves more than 60 million households, offering a broad range of real-life and entertainment-focused original programming, classic series, movies and music designed to entertain and inform a diverse audience of adult black viewers. The network represents the best in black culture and entertainment with fan favorite shows *Unsung, Rickey Smiley For Real, Fatal Attraction, Hollywood* Divas and *The NAACP Image Awards*. In addition, TV One is the cable home of blockbuster drama *Empire*, and *NewsOne Now*, the only live daily news program dedicated to black viewers. In December 2008, the company launched TV One High Def, which now serves 14 million households. TV One is solely owned by Radio One [NASDAQ: ROIA and ROIAK, www.radio-one.com], the largest African-American owned multi-media company primarily targeting Black and urban audiences.

CAST AVAILABLE FOR INTERVIEWS UPON REQUEST

# # #

**TV One Media Contact:**
Tosha Whitten-Griggs, [redacted] or TWhitten-Griggs@tvone.tv
Alonda Thomas, [redacted] or athomas@tvone.tv

**Alonda Thomas**
Public Relations Manager
AThomas@tvone.tv
[redacted]

1010 Wayne Ave, Suite 1000
Silver Spring, MD 20910



# EXHIBIT 7

# TV ONE INTRODUCES NEW CREATIVE VOICES DURING 21st ANNUAL AMERICAN BLACK FILM FESTIVAL WITH TWO ORIGINAL FILM PREMIERES, SCREENPLAY COMPETITION AND CELEBRITY SCENE STEALERS EVENT

***2016 TV One ABFF Screenplay Competition Finalist "Downsized" and True Crime Spin Off "When Love Kills: The Falicia Blakely Story" Set to Debut, Followed by Q&A with Tasha Smith, Lil Mama, Lance Gross, Tami Roman, Boris Kodjoe and Nicole Ari Parker***

**News One Now Host Roland Martin to Broadcast Live From the Festival on Thursday, June 17 and Friday, June 18 at 7 am ET**

**WASHINGTON D.C. – JUNE 12, 2017 – TV One** returns to Miami for the **21st Annual Black Film Festival (June 14-18),** and the third annual **TV One Screenplay Competition** winner announcement. The network will also host the popular **Celebrity Scene Stealers** event, and debut two original movies – ***Downsized*** written by 2016 **ABFF TV One Screenplay Competition** finalist **Michelle McKissick,** and ***When Love Kills: The Falicia Blakely Story,*** directed by actress **Tasha Smith**.

On Wednesday, June 14, Senior Vice President of Original Programming **D'Angela Proctor** will kick off TV One's participation at the festival as a panelist at the ABFF Creators Summit event, *You Made It To The Festival, Now What?* Later, she will give opening remarks at **ABFF's Opening Night Film Premiere** of Universal Pictures' ***Girls Trip*.**

***News One Now*** will broadcast live from Miami on Thursday and Friday morning from 7 a.m. to 8 a.m. ET during ABFF. Host and Managing Editor **Roland S. Martin** will integrate exclusive interviews with the actors and filmmakers from ABFF into the daily show, in addition to behind-the-scenes coverage of festival events and regular news.

On Thursday, June 15, TV One will host a special networking session called "Breakfast & Bites" at the Loew's Hotel for industry insiders to connect over coffee, and will later screen the original movie ***When Love Kills: The Falicia Blakely Story*** at The Colony Theatre at 2:45 p.m ET. Following the screening, a panel discussion will feature the film's stars and creative team, including **Lil Mama** (*CrazySexyCool: The TLC Story*), **Lance Gross** (*Sleepy Hollow, House of Payne*)**, Tami Roman** (*Belle's, Basketball Wives*) **Tiffany Black** (*Vice Principals*), **Tasha Smith** (*Empire, For Better Or Worse, Power)*, who makes her feature film directorial debut, and writer **Cas Sigers-Beedles** (*Girlfriends Getaway I and II*). The film tells the tragic, ripped-from-the-headlines story of Falicia Blakely (Lil Mama), a teen mom in 90s era Atlanta who only knows life in the fast lane. When she becomes an exotic dancer, she attracts the attention of charismatic pimp and predator, Dino (Gross). His empty promises of a life together turn Falicia into a pawn in his dangerous games and she's forced to prove her love for him at the expense of innocent lives. The film was inspired by an episode of TV One's original true

crime series ***For My Man***, about women who committed unspeakable crimes in the name of romance. The TV One broadcast premiere is scheduled for September 2017.

Friday, June 16 marks the return of TV One's popular ABFF event, **Celebrity Scene Stealers** at 12 p.m. ET. During the event the **TV One Screenplay Competition** finalists will set up and direct a scene from their scripts as performed by actors **Nicole Ari Parker** (*Soul Food*), **Boris Kodjoe** (*Soul Food, Undercovers*), **Lance Gross, Lil Mama and Lisa Wu** (RHOA) in front of a live audience. This year's finalists are **Timothy Folsome**, writer of the drama "Down For Whatever"; **Roni Brown**, writer of the romantic comedy "Mr. Wonderful"; and **Sade Sellers**, writer of the thriller "The Replacement."

Following **Celebrity Screen Stealers,** screenwriter and **TV One's 2016 ABFF Screenplay Competition** finalist **Michelle McKissick** will debut her original film ***Downsized*** with a Spotlight Screening at The Colony Theatre at 3 p.m. ET. In ***Downsized,*** two high school sweethearts played by **Parker** and **Kodjoe** in danger of losing the family and success they have built take an unconventional adventure to bring it all back together. After the screening, the cast and director **Rhonda Baraka** (*Saint and Sinners, The Secret She Kept*) will hold a question and answer session. The TV One broadcast premiere of the film is scheduled **Sunday, August 6** at **7 p.m. ET.**

On Saturday, June 16, **Roland S. Martin,** host and managing editor of **TV One's *News One Now*,** will moderate **"The Business of Entertainment,"** with director, writer, and producer **John Singleton**. During the event, Singleton will share insights from his three decades in the entertainment industry, from being the youngest director to receive the Best Director Oscar nomination in 1991 for *Boyz N The Hood*, to creating the new FX series *Snowfall*, and more.

The festival will close out on Sunday, when the winner of this year's TV One Screenwriting Competition will be announced at the ABFF Filmmaker Ceremony. The winner will earn a $5000 cash prize and a chance to have their screenplay produced into an original, made-for-TV movie, which will debut in 2018 on **TV One** and at the **22nd Annual ABFF.** Lastly, there will be a free community screening which includes *Downsized* at the Little Haiti Cultural Center at 5 p.m. ET.

**An Overview of TV One's involvement at this year's ABFF is outlined below:**

## <u>TV ONE'S ABFF SCHEDULE</u>

### <u>WEDNESDAY, JUNE 14</u>

**ABFF Creators Summit: You Made It To The Festival, Now What?**
**Time:** 9:30 a.m. ET
**TV One Participants:** Senior Vice President of Original Programming D'Angela Proctor
**Location:** Betsy Hotel, 1440 Ocean Drive, Miami, FL 33131

**Opening Night Film:** ***Girls Trip***
**Courtesy of Universal Pictures**
**Time:** 8 p.m. ET
**TV One Participants:** Senior Vice President of Original Programming D'Angela Proctor
**Location:** Olympia Theater, 174 E. Flagler Street, Miami, FL 33131

**<u>THURSDAY, JUNE 15</u>**

***When Love Kills: The Falicia Blakely Story*** **Spotlight Screening**
**Time:** 2:45 p.m. ET
**TV One Participants:** Director Tasha Smith; Stars Lil Mama, Lance Gross, Tami Roman; writer Cas Sigers-Beedles, director of photography Bruce Francis Cole and TV One executives
**Location:** The Colony Theater, 1040 Lincoln Rd, Miami, FL 33131

***Industry Expo:*** **Breakfast & Bites with TV One**
**Time:** 10 a.m. – 1 p.m. p.m. ET
**TV One Participants:** Festival attendees can stop by for exclusive TV One swag, to win cool prizes and more! Join TV One for a morning network session with industry insiders and learn all about the network that represents the best of Black culture**.**
**Location:** Rotunda of Loews Miami Beach Hotel, 1601 Collins Ave, Miami, FL 33139

**<u>FRIDAY, JUNE 16</u>**

**Celebrity Scene Stealers**
**Time:** 12 p.m. – 1:30 p.m. ET
**TV One Participants:** ABFF Finalists Timothy Folsome, Roni Brown, and Sade Sellers; 2016 ABFF Screenplay Competition Finalist Michelle McKissick, Nicole Ari Parker, Boris Kodjoe, Lance Gross, Lil' Mama, Tami Roman, and director Rhonda Baraka.
**Location:** New World Center Performance Hall, 500 17th Street, Miami, FL 33131

***Downsized*** **Spotlight Screening**
**Time:** 3 p.m. ET
**TV One Participants:** 2016 ABFF Screenplay Competition Finalist Michelle McKissick, stars Nicole Ari Parker, Boris Kodjoe, and director Rhonda Baraka
**Location:** Colony Theater, 1040 Lincoln Rd, Miami Beach, FL 33139

**<u>SATURDAY, JUNE 17</u>**

**"The Business of Entertainment with Director John Singleton," moderated by** ***News One Now*****'s Roland Martin**
**Time:** 4 p.m. ET
**TV One Participants:** *News One Now*'s Roland S. Martin,
**Location:** New World Center Performance Hall, 500 17th Street, Miami, FL 33131

**SUNDAY, JUNE 18**

**ABFF Filmmaker Ceremony**
**Time:** 10 a.m. ET
**TV One Attendees:** ABFF Finalists, D'Angela Proctor
**Location:** New World Center Performance Hall, 500 17th Street, Miami, FL 33131
***Downsized* Community Screening**
**Time:** 5 p.m. ET
**TV One Attendees:** Director Rhonda Baraka, Executive Vice President of Affiliate Sales & Marketing Michelle Rice, President Brad Siegel
**Location:** Little Haiti Cultural Center, 212 NE 59th Terrace, Miami, FL 33131

For more information about **TV One's** upcoming programming, including original movies, visit the network's companion website at www.tvone.tv. **TV One** viewers can also join the conversation by connecting via social media on Twitter, Instagram and Facebook **(@tvonetv)** using the hash tags **#TVOneAtABFF** and catch clips and promos on **TV One's** YouTube Channel.

To purchase passes and tickets for events, panels and screenings at the **American Black Film Festival**, log on to www.ABFF.com. Fans may also join the conversation on social media by logging on to ABFF's multiple social media platforms:

- On Twitter by using hashtag: **#ABFF21, #ABFFBackToTheBeach**; @ABFF
- On Facebook by liking the fan page, American Black Film Festival
- On Instagram by liking the fan page at Instagram.com/AmericanBlackFilmFestival
- On YouTube, https://www.youtube.com/channel/UC-GzePGxJt8ZzbuLLL8ESVg

**ABOUT ABFF:**
The **American Black Film Festival (ABFF)** is an annual event dedicated to showcasing quality film and television content by and about people of African descent. The festival is committed to the belief that Black artists and content creators deserve the same opportunities as their mainstream counterparts. **ABFF** founder Jeff Friday, conceived the festival in 1997 as a vehicle to promote diversity in the motion picture industry, and strengthen the Black filmmaking community through resource sharing, education, artistic collaboration and career development. Today, the **ABFF** is recognized as the preeminent pipeline to new Black talent, both in front of and behind the camera, and is regarded as one of the leading film festivals in the world. The **ABFF** is a property of ABFF Ventures, LLC., which is a partnership between Film Life, Inc., and Black Enterprise.

**ABOUT TV ONE:**
Launched in January 2004, **TV One** serves 59 million households, offering a broad range of real-life and entertainment-focused original programming, classic series, movies and music designed to entertain and inform a diverse audience of adult black viewers. The network represents the best in black culture and entertainment with fan favorite shows Unsung, Rickey Smiley For Real, Fatal Attraction, The Manns and The NAACP Image Awards. In addition, **TV One** is the cable home of blockbuster drama Empire, and News One Now, the only live daily

news program dedicated to black viewers. In December 2008, the company launched TV One High Def, which now serves 14 million households. TV One is solely owned by Urban One, Inc., formerly known as Radio One, Inc. [NASDAQ: UONE and UONEK, www.urban1.com], the largest African-American owned multi-media company primarily targeting Black and urban audiences.

# # #

**TV One Media Contacts:**
Tosha Whitten-Griggs, TWhitten-Griggs@tvone.tv or 301-367-4818 (mobile)
Alonda Thomas, athomas@tvone.tv or 240-688-9061 (mobile)

# EXHIBIT 8

# Celebrity Scene Stealers: Go Behind the Scenes of a Live Table Read

Written by
Jessica D. Lane

Published on
June 19, 2017

Share




You May Like

Ads By ZergNet


Graphic Photos Of Palmer's Ex Allegedly Abusing Her Are Released
PageSix.com


Something About Chelsea Clinton's Marriage Always Felt Off
NickiSwift.com


The Real Reason Why Alex Van Halen Lives In Seclusion
Rockcelebrities.net


Obama's Former Press Secretary Reveals Her Life As An Insider
TheList.com

## 1. Lisa Wu & Lance Gross



Scenes from 'Mr. Wonderful' by the 2017 ABFF TVOne Screenplay Competition Finalist Roni Brown, featuring a very surprised Lisa Wu and Lance Gross

## 2. Lance Gross & Lisa Wu



Scenes from 'Mr. Wonderful' by the 2017 ABFF TVOne Screenplay Competition Finalist Roni Brown, featuring a lovestruck Lance Gross and Lisa Wu

## 3. Tami Roman, Lisa Wu, Lance Gross & Tobias Truvillion




Scenes from 'Mr. Wonderful' by the 2017 ABFF TVOne Screenplay Competition Finalist Roni Brown, where Tobias Truvillion yokes up Lance Gross

## 4. Tami Roman & Lisa Wu



Scenes from 'Mr. Wonderful' by the 2017 ABFF TVOne Screenplay Competition Finalist Roni Brown, where Tami Roman & Lisa Wu share bedroom secrets

## 5. Dondre Whitfield & Roni Brown



Our Celebrity Scene Stealers host Dondre Whitfield & the 2017 ABFF TVOne Screenplay Competition Finalist Roni Brown discussing her winning screenplay 'Mr. Wonderful'

## 6. Lil Mama & Tami Roman



Scenes from 'Down For Whatever' by the 2017 ABFF TVOne Screenplay Competition Finalist Timothy Folsome, where Lil Mama threatens to shoot Tami Roman

## 7. Lil Mama & Tami Roman



Scenes from 'Down For Whatever' by the 2017 ABFF TVOne Screenplay Competition Finalist Timothy Folsome, where Tami Roman cowers in fear from Lil Mama's gun

## 8. Lil Mama, Tami Roman & Tiffany Black



Scenes from 'Down For Whatever' by the 2017 ABFF TVOne Screenplay Competition Finalist Timothy Folsome, where Tami Roman saves Tiffany Black's life…or at least tries to.

## 9. Dondre Whitfield & Timothy Folsome



Our Celebrity Scene Stealers host Dondre Whitfield & the 2017 ABFF TVOne Screenplay Competition Winner Timothy Folsome discussing his winning screenplay 'Down For Whatever'

## 10. Tiffany Black, Nicole Ari Parker & Boris Kodjoe



Scenes from 'The Replacement' by the 2017 ABFF TVOne Screenplay Competition Finalist Sade Sellers, where Tiffany Black has her eyes for Nicole Ari Parker's job and her man

## 11. Nicole Ari Parker & Boris Kodjoe




Scenes from 'The Replacement' by the 2017 ABFF TVOne Screenplay Competition Finalist Sade Sellers, featuring Nicole Ari Parker and Boris Kodjoe

## 12. Tami Roman



Scenes from 'The Replacement' by the 2017 ABFF TVOne Screenplay Competition Finalist Sade Sellers, featuring Tami Roman

## 13. Nicole Ari Parker



Scenes from 'The Replacement' by the 2017 ABFF TVOne Screenplay Competition Finalist Sade Sellers, featuring Nicole Ari Parker

## 14. Boris Kodjoe



Scenes from 'The Replacement' by the 2017 ABFF TVOne Screenplay Competition Finalist Sade Sellers, featuring Boris Kodjoe

## 15. Dondre Whitfield & Sade Sellers



Our Celebrity Scene Stealers host Dondre Whitfield & the 2017 ABFF TVOne Screenplay Competition Finalist Sade Sellers discussing her winning screenplay 'The Replacement'

## 16. Sade Sellers, Timothy Fulsome & Roni Brown



Our 2017 ABFF TVOne Screenplay Competition Finalists Sade Sellers and Roni Brown and our 2017 ABFF TVOne Screenplay Competition Winner Timothy Folsome

RELATED TAGS

BORIS KODJOE DENNIS WHITE DOWNSIZED

From the Web

Ads By ZergNet


Tragic Details About David Bromstad That Are Hard To Stomach
NickiSwift.com


Cassie Seen Bruised On Red Carpet After Diddy's Brutal Attack
PageSix.com


Nicki Minaj Fills Her Fans In On What's Next After Her Arrest
NYPost.com


The Kate Middleton Situation Is Worse Than We Thought
NickiSwift.com


Lzzy Hale Finally Comments On Her Drastic Body Transformation
Rockcelebrities.net


The Tragedy Of Mayim Bialik Just Gets Sadder And Sadder
Looper.com


Draya Michele Shows Off Rapid Weight Loss
PageSix.com


Malia Obama's Transformation Is A Sight To See
NickiSwift.com

# Sign Up For
# The TV One Newsletter

Enter your email

Subscribe

We care about your data. See our privacy policy.

Careers
Affiliates
Advertising
Submission Guidelines
Terms of Service
Privacy Policy
FCC Calm Act
Ad Choice
COOKIE SETTINGS

Copyright © 2024 Interactive One, LLC. All Rights Reserved.

Powered by WordPress VIP | An Urban One Brand

CLOSE

# EXHIBIT 9

**From:** Leonard Bennett
**To:** Corinne Kirkland-Mercedes
**Cc:** Josh Schiller; Laura O"Daly
**Subject:** Re: [EXTERNAL] TV ONE Screen play Competition from 2017
**Date:** Thursday, April 28, 2022 10:42:28 AM
**Attachments:** TV1_StalkerMain_275x150small4-28-22_aa9edcf5-21f9-44f7-a0e6-9ac293346dba.jpg

---

Thank you so much for your assistance regarding our request.

Kind regards,

Leonard C. Bennett, Esquire
Bennett & Bennett Law Group, LLC
5000 Sunnyside Avenue, Suite 101
Beltsville, Maryland 20705
Office: (240) 398-3140
Fax: (240) 398-3140

E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**Bennett & Bennett Law Group, LLC is a law firm engaged in the collection of debts. If the subject of this communication concerns the collection of a debt, please be advised that this communication is itself an attempt to collect a debt, and that any information obtained by us may be used for that purpose.**

---

**From:** Corinne Kirkland-Mercedes <CKirkland-Mercedes@tvone.tv>
**Sent:** Thursday, April 28, 2022 9:48 AM
**To:** Leonard Bennett <Leonard@bblegal.net>
**Cc:** Josh Schiller <JiSchiller@BSFLLP.com>; Laura O'Daly <lodaly@iOneDigital.com>
**Subject:** RE: [EXTERNAL] TV ONE Screen play Competition from 2017

Mr. Bennett,

I received your voicemail, and I apologize for the delay in responding. Please note that we have checked our contract files and have not found any agreements that confirmed that Omari Hardwick or Nathaniel Parker had access to the script for "A Routine Stop". Additionally, we have followed up internally with our employees to see if there is any recollection of the script being provided to Omari Hardwick or Nathaniel Parker and none of our employee recollects that this has occurred. Moreover, we have attempted to reach out to prior employees, which did not yield any feedback that confirms "A Routine Stop" was shared with Omari Hardwick or Nathaniel Parker.

Best regards,

**Corinne Kirkland-Mercedes**
Director, Business and Legal Affairs
C: [redacted]
1010 Wayne Avenue 14th Floor, Silver Spring, MD 20910

**From:** Leonard Bennett <Leonard@bblegal.net>
**Sent:** Thursday, March 24, 2022 6:59 PM
**To:** Corinne Kirkland-Mercedes <CKirkland-Mercedes@tvone.tv>
**Cc:** Josh Schiller <JiSchiller@BSFLLP.com>
**Subject:** [EXTERNAL] TV ONE Screen play Competition from 2017

Mrs./Ms. Kirkland-Mercedes,

Thank you for taking our call this afternoon. As we discussed briefly on the call, we have filed a complaint in the District Court in Washington DC concerning a screenplay written by our clients Selton (and his brother Langston) Shaw that was titled "A Routine Stop." For your records, Selton would have been the named screenwriter on the submission. The screenplay was only submitted to the TV One Screenplay Competition. We believe that the creators of the film "American Skin," a film that came out several years after the 2017 competition and won awards at the Venice Film Festival, is substantially similar to "A Routine Stop" and that the creators somehow obtained a copy of the screenplay that they then used to create "American Skin."

At the moment, we are taking some discovery in the case and are interested in learning more about the TV One Screenplay Competition. We would very much appreciate your assistance in helping us understand the answers to the following questions.

First, we would like to know who served as judges for the 2017 TV Screenplay Competition and who may have obtained copies of the screenplays. Second, we are also appreciate understanding whether some of the folks involved in creating "American Skin" have any past relationship or affiliation with TV One including Nate Parker (Nathaniel Parker) and Omari Hardwick.

I am available for a call should you wish to discuss this matter further.

Kind regards,

Leonard C. Bennett, Esquire
Bennett & Bennett Law Group, LLC
5000 Sunnyside Avenue, Suite 101
Beltsville, Maryland 20705
Office: (240) 398-3140
Fax: (240) 398-3140

E-MAIL CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited.

**Bennett & Bennett Law Group, LLC is a law firm engaged in the collection of debts. If the subject of this communication concerns the collection of a debt, please be advised that this communication is itself an attempt to collect a debt, and that any**

**information obtained by us may be used for that purpose.**