1  Joshua I. Schiller (CA Bar No. 330653)
2  jischiller@bsfllp.com
   **BOIES SCHILLER FLEXNER LLP**
3  44 Montgomery Street, 41st Floor
   San Francisco, CA 94104
4  Tel: (415) 293-6800
   Fax: (415) 293-6899
5

6  Benjamin Margulis (admitted *pro hac vice*)
   bmargulis@bsfllp.com
7  **BOIES SCHILLER FLEXNER LLP**
   55 Hudson Yards
8  New York, NY 10001
   Tel: (212) 446-2300
9  Fax: (212) 446-2350

10                                                         Leonard Bennett (admitted *pro hac vice*)
   Gina A. Rossman (admitted *pro hac vice*)
11 grossman@bsfllp.com                                     leonard@bblegal.net
   **BOIES SCHILLER FLEXNER LLP**                          **BENNETT & BENNETT LAW**
12 1401 New York Ave, NW                                   **GROUP, LLC**
   Washington, D.C. 20005                                  5000 Sunnyside Avenue, No. 101
13 Tel: (202) 237-2727                                     Beltsville, MD 20705
                                                           Tel: (240) 398-3140
14 Fax: (202) 237-6131                                     Fax: (240) 398-3140

15 *Attorneys for Plaintiffs*
   *Changing World Films LLC, Selton Shaw,*
16 *and Langston Shaw*

17

18                    **UNITED STATES DISTRICT COURT**

19                   **CENTRAL DISTRICT OF CALIFORNIA**

20  CHANGING WORLD FILMS LLC,      | Case No. 22-cv-09021-DMG-PVC
21  et al.,                         |
                                    | **DECLARATION OF JOSHUA I.**
22         Plaintiffs,              | **SCHILLER IN SUPPORT OF**
                                    | **PLAINTIFFS' OPPOSITION TO**
23     v.                           | **DEFENDANTS' MOTION FOR**
                                    | **SUMMARY JUDGMENT ON**
24  NATHANIEL PARKER, et al.,       | **ACCESS (PHASE I)**
25         Defendants.              |

26
27
28

**DECLARATION OF JOSHUA I. SCHILLER**

I, Joshua I. Schiller, declare and state as follows:

1. I am an attorney admitted to practice in the State of California and a member of the bar of this Court. I am a partner at Boies Schiller Flexner LLP ("BSF"), counsel for Plaintiffs Changing World Films LLC, Selton Shaw, and Langston Shaw ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment on Access (Phase I). I have personal knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness in this matter.

2. On March 24, 2022, co-counsel and I participated in a phone call with Corinne Kirkland-Mercedes, TV One's Director of Legal and Business Affairs. During that call, we explained that our clients had filed a complaint in DC district court relating to claims that Defendants unlawfully obtained our clients' screenplay from TV One's 2017 Screenplay Competition. We then asked Ms. Kirkland-Mercedes for information about the 2017 Competition, including how the screenplays were submitted and judged.

3. In response, Ms. Kirkland-Mercedes stated that TV One's records concerning the 2017 Competition were disorganized and potentially incomplete. She also stated that the 2017 Competition pre-dated her tenure at TV One, so she did not have firsthand knowledge about the competition and needed time to confer with her team.

4. Plaintiffs' counsel had a second phone call with Ms. Kirkland-Mercedes on March 29, 2022. During that call, Ms. Kirkland-Mercedes represented that she had met with her team, and she believed there was a connection between TV One and Nate Parker or Omari Hardwick. Ms. Kirkland-Mercedes also stated that as part of the 2017 Competition, she believed portions of finalist screenplays were "acted" or "read" out loud.

5. Plaintiffs' counsel called and left a voicemail for Ms. Kirkland-Mercedes to continue their conversation a few weeks later. She responded via email on April 28, 2022. At no point did Ms. Kirkland-Mercedes deny the plausibility of Plaintiffs' claims, or correct her earlier statement regarding Mr. Parker and Mr. Hardwick's potential involvement with TV One.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of November, 2024, at San Francisco, California.

*/s/ Joshua I. Schiller*
JOSHUA I. SCHILLER