JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANGING WORLD FILMS, LLC, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NATHANIEL PARKER, *et al.*,<br><br>　　　　　　Defendants. | Case No. CV 22-9021-DMG (PVCx)<br><br>**JUDGMENT** |

This Court having granted Defendants' motion for summary judgment, by Order dated January 10, 2025,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants Nathaniel Parker, TM Film Finance, LLC, Tiny Giant Productions, LLC, Vertical Entertainment, LLC, and ASP Films, LLC and against Plaintiffs Changing World Films, LLC, Selton Shaw, and Langston Shaw.

DATED: January 10, 2025

_____
DOLLY M. GEE
Chief United States District Judge