1  Joshua I. Schiller (CA Bar No. 330653)
   jischiller@bsfllp.com
2  **BOIES SCHILLER FLEXNER LLP**
3  44 Montgomery Street, 41st Floor
   San Francisco, CA 94104
4  Tel: (415) 293-6800
   Fax: (415) 293-6899
5

6  Benjamin Margulis (admitted *pro hac vice*)
   bmargulis@bsfllp.com
7  **BOIES SCHILLER FLEXNER LLP**
   55 Hudson Yards
8  New York, NY 10001
   Tel: (212) 446-2300
9  Fax: (212) 446-2350

10 Gina A. Rossman (admitted *pro hac vice*)       Leonard Bennett (admitted *pro hac vice*)
11 grossman@bsfllp.com                             leonard@bblegal.net
   **BOIES SCHILLER FLEXNER LLP**                  **BENNETT & BENNETT LAW GROUP, LLC**
12 1401 New York Ave, NW                           5000 Sunnyside Ave. No. 101
   Washington, D.C. 20005                          Beltsville, MD 20705
13 Tel: (202) 237-2727                             Tel: (240) 398-3140
   Fax: (202) 237-6131                             Fax: (240) 398-3140
14
   *Attorneys for Plaintiffs*
15 *Changing World Films, LLC, Selton Shaw,*
   *and Langston Shaw*
16

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANGING WORLD FILMS, LLC, et al., | Case No. 22-cv-09021-DMG-PVC |
| Plaintiffs, | **PLAINTIFFS' REPRESENTATION STATEMENT** |
| v. | |
| NATHANIEL PARKER, et al., | [Notice of Appeal filed concurrently herewith] |
| Defendants. | |

PLAINTIFFS' REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), the undersigned represent Changing World Films, LLC, Selton Shaw, and Langston Shaw, Plaintiffs and Appellants in this matter.

Defendants and Appellees, Nathaniel Parker, TM Film Finance LLC, Tiny Giant Productions, LLC, Vertical Entertainment, LLC, and ASP Film, LLC are represented by the following attorneys:

| Defendants/Respondents | Counsel |
|---|---|
| Nathaniel Parker | Cydney Swofford Freeman<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-633-8612<br>Email: cydneyfreeman@dwt.com<br><br>John D Freed<br>Davis Wright Tremaine LLP<br>50 California Street Suite 2300<br>San Francisco, CA 94111<br>Telephone: 415-276-6500<br>Fax: 415-276-6599<br>Email: jakefreed@dwt.com<br><br>Rachel Rose Goldberg<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-633-6800<br>Email: rachelgoldberg@dwt.com<br><br>Samantha Whitney Lachman<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-633-6800<br>Fax: 213-633-6899<br>Email: samlachman@dwt.com<br><br>Sarah E Burns<br>Davis Wright Tremaine LLP<br>50 California Street, Suite 2300<br>San Francisco, CA 94111<br>Telephone: 415-276-6500<br>Fax: 415-276-6599<br>Email: sarahburns@dwt.com |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | | Nicolas A Jampol<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-633-6800<br>Fax: 213-633-6899<br>Email: nicolasjampol@dwt.com |
| 5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27 | TM Film Finance LLC | Cydney Swofford Freeman<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-633-8612<br>Email: cydneyfreeman@dwt.com<br><br>John D Freed<br>Davis Wright Tremaine LLP<br>50 California Street Suite 2300<br>San Francisco, CA 94111<br>Telephone: 415-276-6500<br>Fax: 415-276-6599<br>Email: jakefreed@dwt.com<br><br>Rachel Rose Goldberg<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-633-6800<br>Email: rachelgoldberg@dwt.com<br><br>Samantha Whitney Lachman<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-633-6800<br>Fax: 213-633-6899<br>Email: samlachman@dwt.com<br><br>Sarah E Burns<br>Davis Wright Tremaine LLP<br>50 California Street, Suite 2300<br>San Francisco, CA 94111<br>Telephone: 415-276-6500<br>Fax: 415-276-6599<br>Email: sarahburns@dwt.com<br><br>Nicolas A Jampol<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-633-6800<br>Fax: 213-633-6899<br>Email: nicolasjampol@dwt.com |
| 28 | | |

PLAINTIFFS' REPRESENTATION STATEMENT

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23 | Tiny Giant Productions, LLC | Cydney Swofford Freeman<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-633-8612<br>Email: cydneyfreeman@dwt.com<br><br>John D Freed<br>Davis Wright Tremaine LLP<br>50 California Street Suite 2300<br>San Francisco, CA 94111<br>Telephone: 415-276-6500<br>Fax: 415-276-6599<br>Email: jakefreed@dwt.com<br><br>Rachel Rose Goldberg<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-633-6800<br>Email: rachelgoldberg@dwt.com<br><br>Samantha Whitney Lachman<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-633-6800<br>Fax: 213-633-6899<br>Email: samlachman@dwt.com<br><br>Sarah E Burns<br>Davis Wright Tremaine LLP<br>50 California Street, Suite 2300<br>San Francisco, CA 94111<br>Telephone: 415-276-6500<br>Fax: 415-276-6599<br>Email: sarahburns@dwt.com<br><br>Nicolas A Jampol<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-633-6800<br>Fax: 213-633-6899<br>Email: nicolasjampol@dwt.com |
| 24<br>25<br>26<br>27<br>28 | Vertical Entertainment, LLC | Cydney Swofford Freeman<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-633-8612<br>Email: cydneyfreeman@dwt.com<br><br>John D Freed<br>Davis Wright Tremaine LLP |

BOIES SCHILLER FLEXNER LLP

| | | |
|---|---|---|
| 1 | | 50 California Street Suite 2300<br>San Francisco, CA 94111<br>Telephone: 415-276-6500<br>Fax: 415-276-6599<br>Email: jakefreed@dwt.com |
| 2 | | |
| 3 | | |
| 4 | | Rachel Rose Goldberg<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-633-6800<br>Email: rachelgoldberg@dwt.com |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | Samantha Whitney Lachman<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-633-6800<br>Fax: 213-633-6899<br>Email: samlachman@dwt.com |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | Sarah E Burns<br>Davis Wright Tremaine LLP<br>50 California Street, Suite 2300<br>San Francisco, CA 94111<br>Telephone: 415-276-6500<br>Fax: 415-276-6599<br>Email: sarahburns@dwt.com |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | Nicolas A Jampol<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-633-6800<br>Fax: 213-633-6899<br>Email: nicolasjampol@dwt.com |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | ASP Film, LLC | Cydney Swofford Freeman<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-633-8612<br>Email: cydneyfreeman@dwt.com |
| 21 | | |
| 22 | | |
| 23 | | John D Freed<br>Davis Wright Tremaine LLP<br>50 California Street Suite 2300<br>San Francisco, CA 94111<br>Telephone: 415-276-6500<br>Fax: 415-276-6599<br>Email: jakefreed@dwt.com |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | Rachel Rose Goldberg<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor |
| 28 | | |

PLAINTIFFS' REPRESENTATION STATEMENT

|     |                                                                                                                                                                                 |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     | Los Angeles, CA 90071<br>Telephone: 213-633-6800<br>Email: rachelgoldberg@dwt.com                                                                                                |
|     | Samantha Whitney Lachman<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-633-6800<br>Fax: 213-633-6899<br>Email: samlachman@dwt.com |
|     | Sarah E Burns<br>Davis Wright Tremaine LLP<br>50 California Street, Suite 2300<br>San Francisco, CA 94111<br>Telephone: 415-276-6500<br>Fax: 415-276-6599<br>Email: sarahburns@dwt.com |
|     | Nicolas A Jampol<br>Davis Wright Tremaine LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>Telephone: 213-633-6800<br>Fax: 213-633-6899<br>Email: nicolasjampol@dwt.com |

There are no other parties or counsel.

DATE: February 10, 2025          Respectfully submitted,

/s/ Joshua I. Schiller
Joshua I. Schiller (CA Bar No. 330653)
jischiller@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
Fax: (415) 293-6899

Benjamin Margulis (*admitted pro hac vice*)
bmargulis@bsfllp.com
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Tel: (212) 446-2300
Fax: (212) 446-2350

Gina A. Rossman (*admitted pro hac vice*)
grossman@bsfllp.com
BOIES SCHILLER FLEXNER LLP

1401 New York Ave, NW
Washington, D.C. 20005
Tel: (202) 237-2727
Fax: (202) 237-6131

Leonard Bennett (*admitted pro hac vice*)
leonard@bblegal.net
BENNETT & BENNETT LAW GROUP, LLC
5000 Sunnyside Avenue, No. 101
Beltsville, MD 20705
Tel: (240) 398-3140
Fax: (240) 398-3140

*Attorneys for Plaintiffs Changing World Films, LLC, Selton Shaw, and Langston Shaw*

PLAINTIFFS' REPRESENTATION STATEMENT