Joshua I. Schiller (CA Bar No. 330653)
jischiller@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
Fax: (415) 293-6899

Benjamin Margulis (admitted *pro hac vice*)
bmargulis@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, NY 10001
Tel: (212) 446-2300
Fax: (212) 446-2350

Gina A. Rossman (admitted *pro hac vice*)
grossman@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave, NW
Washington, D.C. 20005
Tel: (202) 237-2727
Fax: (202) 237-6131

Leonard Bennett (admitted *pro hac vice*)
leonard@bblegal.net
**BENNETT & BENNETT LAW GROUP, LLC**
5000 Sunnyside Avenue, No. 101
Beltsville, MD 20705
Tel: (240) 398-3140
Fax: (240) 398-3140

*Attorneys for Plaintiffs
Changing World Films LLC, Selton Shaw,
and Langston Shaw*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANGING WORLD FILMS LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATHANIEL PARKER, et al., <br><br> Defendants. | Case No. 22-cv-09021-DMG-PVC <br><br> **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION FOR ATTORNEYS' FEES** |

This stipulation is entered by and between plaintiffs Changing World Films LLC, Selton Shaw, and Langston Shaw ("Plaintiffs") and defendants Nathaniel Parker, Tiny Giant Productions, LLC, ASP Film, LLC, TM Film Finance LLC, and Vertical Entertainment, LLC ("Defendants"), with reference to the following facts:

1. On January 10, 2025, this Court granted Defendants' Motion for Summary Judgment and entered judgment in favor of Defendants. [Dkts. 79, 80.]

2. On January 24, Defendants filed the Motion for Attorneys' Fees ("Fee Motion"). [Dkt. 82.]

3. On January 29, the parties filed a joint stipulation to extend the time for Plaintiffs to respond to Defendants' Fee Motion. [Dkt. 83.] Among other reasons, the parties requested an extension so that they could discuss the potential for resolving the substance of the motion outside of court. [*Id.* at 2.]

4. On January 31, the Court granted the parties' joint stipulation. [Dkt. 84.] The Court entered the following schedule:

- Plaintiffs' opposition to the Fee Motion shall be filed on February 21, 2025.
- Defendants' reply in support of the Fee Motion shall be filed on March 7, 2025.
- The hearing on the Fee Motion shall be set for March 21, 2025 at 9:30 am.

5. In the two weeks following the Court's order, the parties have had several substantive discussions regarding the Fee Motion. Defendants are still considering and internally discussing Plaintiffs' proposal for an out-of-court settlement. Plaintiffs continue to believe they can resolve this dispute with Defendants outside of court.

6. The parties have met and conferred and are in agreement that, due to the progress in the parties' discussions, the parties need additional time to brief the Fee

Motion and that the hearing should be continued. In particular, should the parties reach an out-of-court resolution, it would obviate the need for additional briefing and for a hearing. Avoiding such proceedings would promote judicial economy by saving both the Court and the parties from wasting additional resources.

7. Given the foregoing reasons, good cause exists for the Court to extend the briefing deadlines and the hearing date for the Fee Motion.

8. Plaintiffs and Defendants have agreed that the deadlines should be extended as follows:

- Plaintiffs' opposition to the Fee Motion shall be filed on March 14, 2025.
- Defendants' reply in support of the Fee Motion shall be filed on March 28, 2025.
- The hearing on the Fee Motion shall be set for April 18, 2025 at 9:30 am.

9. This is the parties' second request for an extension of time for the Fee Motion deadlines.

Now, therefore, it is STIPULATED AND AGREED that:

(a) Subject to the Court's approval, the briefing deadlines associated with the Fee Motion shall be extended by three weeks (21 days) and the hearing continued by four weeks (28 days) in accordance with the schedule set forth above.

///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: February 14, 2025 | **BOIES SCHILLER FLEXNER LLP** |
| 2 | | Joshua I. Schiller |
| | | Benjamin Margulis |
| 3 | | Gina A. Rossman |
| 4 | | |
| 5 | | **BENNETT & BENNETT LAW GROUP, LLC** |
| 6 | | Leonard Bennett |
| 7 | | By: ___/s/ *Joshua I. Schiller*___ |
| 8 | | Joshua I. Schiller |
| 9 | | Attorneys for Plaintiffs |
| 10 | | CHANGING WORLD FILMS LLC, |
| 11 | | SELTON SHAW, and LANGSTON SHAW |
| 12 | Dated: February 14, 2025 | **DAVIS WRIGHT TREMAINE LLP** |
| 13 | | Nicolas A. Jampol |
| 14 | | John D. Freed |
| | | Sarah E. Burns |
| 15 | | Samantha Lachman |
| 16 | | By: ___/s/ *John D. Freed*___ |
| 17 | | John D. Freed |
| 18 | | Attorneys for Defendants |
| 19 | | NATHANIEL PARKER, TINY GIANT |
| 20 | | PRODUCTIONS, LLC, ASP FILM, LLC, TM FILM FINANCE, LLC, AND |
| 21 | | VERTICAL ENTERTAINMENT, LLC |

**FILER'S ATTESTATION**

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to John D. Freed, counsel for Defendants Nathaniel Parker, Tiny Giant Productions, LLC, ASP Film, LLC, TM Film Finance, LLC, and Vertical Entertainment, LLC, and I have obtained his authorization to affix his electronic signature to this document.

DATED: February 14, 2025        BOIES SCHILLER FLEXNER LLP

                                By: /s/ Joshua I. Schiller
                                    Joshua I. Schiller

                                Attorneys for Plaintiffs
                                CHANGING WORLD FILMS LLC,
                                SELTON SHAW, and LANGSTON SHAW