# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANGING WORLD FILMS LLC, et al., | Case No. CV 22-9021-DMG (PVCx) |
| Plaintiffs, | **ORDER RE JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE [88]** |
| v. | |
| NATHANIEL PARKER, et al., | Hon. Dolly M. Gee |
| Defendants. | |

Upon consideration of the Stipulation of Plaintiffs Changing World Films LLC, Selton Shaw, and Langston Shaw and Defendants Nathaniel Parker, Tiny Giant Productions, LLC, ASP Film, LLC, TM Film Finance LLC, and Vertical Entertainment, LLC for An Extension of Time to Respond to Defendants' Motion for Attorneys' Fees; and

FOR GOOD CAUSE SHOWN, the parties' joint stipulation requesting an extension of the briefing schedule is **APPROVED**. The deadlines associated with the Fee Motion are hereby extended, as follows:

- Plaintiffs' opposition to the Fee Motion shall be filed on March 14, 2025;
- Defendants' reply in support of the Fee Motion shall be filed on March 28, 2025; and
- The hearing on the Fee Motion shall be set for April 18, 2025 at 9:30 am.

**IT IS SO ORDERED.**

Dated:  February 18, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE